# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| United States of America, | ) | **CR07-253-001-PHX-MHM** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER TO CONTINUE TRIAL AND EXTEND TIME FOR FILING PRETRIAL MOTIONS** |
| | ) | |
| Martinez Sanchez, | ) | (Fifth Request) |
| | ) | |
| Defendant. | ) | |

Upon motion of the Defendant, for the reasons set forth in the motion and good cause appearing,

IT IS HEREBY ORDERED that the Defendant's Motion to Continue Trial and Extend Time for Filing Pretrial Motions is granted pursuant to 18 U.S.C.§3161(h)(8)(A). This court specifically finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant. This finding is based upon the court's conclusion that the failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C.§3161(h)(8)(B)(iv).

IT IS ORDERED that the Trial date be continued from Tuesday, December 11, 2007 at 9:00 a.m. to January 29, 2007 at 9:00 a.m. in Phoenix, Arizona.

1      IT IS FURTHER ORDERED extending time for filing pretrial motions to <u>December 11, 2007</u>.

     IT IS FURTHER ORDERED that excludable delay under Title 18 U.S.C. §3161(h)(8)(A) and (B)(iv) is found to commence on 12/11/07 for a period of <u>49</u> days.

     DATED this 4th day of December, 2007.

                                      Mary H. Murguia
                                      United States District Judge