AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    ARIZONA

Soilworks LLC

**SUMMONS IN A CIVIL CASE**

V.

Midwest Industrial Supply, Inc.

CASE NUMBER:   CV06-2141-PHX-DGC

TO: (Name and address of Defendant)

Midwest Industrial Supply, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

E. Scott Dosek
Kutak Rock LLP
8601 N. Scottsdale Rd., Suite 300
Scottsdale, AZ 85253-2742
480-429-7112

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Richard H. Weare                             ISSUED ON September 11, 2006 (12:19pm)
CLERK                                        DATE

s/P.Muñoz

(By) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                     Date                     *Signature of Server*

                                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.