E. SCOTT DOSEK (AZSBN #012114)
JOHN P. PASSARELLI
KUTAK ROCK LLP
Suite 300
8601 North Scottsdale Road
Scottsdale, AZ 85253-2742
(480) 429-5000
Facsimile: (480) 429-5001

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>Defendant. | NO.: CV06-2141-PHX DGC<br><br>**CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Plaintiff, Soilworks, LLC ("Soilworks"), in compliance with the provisions of Rule 7.1(a), Federal Rules of Civil Procedure as follows:

A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

The filing party hereby declares that there is no such corporation.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

4810-4440-8577.1

Dated this 20th day of September, 2006.

                    KUTAK ROCK LLP

                    By _____
                    E. Scott Dosek
                    John P. Passarelli
                    Suite 300
                    8601 North Scottsdale Road
                    Scottsdale, AZ 85253-2742

                    *Attorneys for Plaintiff*