BRYAN CAVE LLP, 00145700
Lawrence G. Scarborough, 006965
George C. Chen, 019704
Two N. Central Avenue, Suite 2200
Phoenix, AZ 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
Email: lgscarborough@bryancave.com
Email: george.chen@bryancave.com

Attorneys for Defendant
Midwest Industrial Supply, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Soilworks, LLC, an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>Midwest Industrial Supply, Inc., an Ohio corporation authorized to do business in Arizona,<br><br>Defendant. | No. 2:06-CV-02141-DGC<br><br>**STIPULATION FOR EXTENSION OF TIME FOR MIDWEST INDUSTRIAL SUPPLY, INC. TO RESPOND TO COMPLAINT** |

Soilworks, LLC ("Soilworks) and Midwest Industrial Supply, Inc. ("MIS"), through their attorneys of record, hereby stipulate that the time for MIS to respond to Soilwork's Complaint be extended to and include October 12, 2006.

///

///

///

559801

DATED this 5th day of October 2006.

         By /s/ George C. Chen
           Lawrence G. Scarborough
           George C. Chen
           Bryan Cave LLP
           Two N. Central Avenue, Suite 2200
           Phoenix, AZ 85004-4406

           Attorneys for Defendant
           Midwest Industrial Supply, Inc.


         By /s/ E. Scott Dosek
           E. Scott Dosek
           Kutak Rock LLP
           8601 N. Scottsdale Road, Suite 300
           Scottsdale, AZ 85253-2742

           Attorneys for Plaintiff
           Soilworks, LLC

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000