# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Soilworks, LLC, an Arizona corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Midwest Industrial Supply, Inc., an Ohio corporation authorized to do business in Arizona,<br><br>　　　　Defendant. | No. 2:06-CV-02141-DGC<br><br>**ORDER FOR EXTENSION OF TIME FOR MIDWEST INDUSTRIAL SUPPLY, INC. TO RESPOND TO COMPLAINT** |

Pursuant to the Stipulation of the parties, it is hereby ordered that the time for Midwest Industrial Supply, Inc. to respond to Soilwork's Complaint shall be extended to and include October 12, 2006.

IT IS SO ORDERED.

Dated this 12th day of October, 2006.

_____
David G. Campbell
United States District Judge

559806