Name: John P. Passarelli
Law Firm: Kutak Rock LLP
Address: 1650 Farnam Street, Omaha, NE 68102-2186
Phone #: (402) 346-6000
Appearing For: Plaintiff, Soilworks, LLC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

SOILWORKS, LLC,  )
    Plaintiff(s)/Petitioner(s),  )
)  CASE NO: 2:06-CV-02141-DGC
vs.  )
)  **Application of Attorney For Admission To Practice**
MIDWEST INDUSTRIAL SUPPLY, INC.,  )  **Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)**
    Defendant(s)/Respondent(s)  )

**NOTICE: Please submit the $100 fee with your application.**

I, __John P. Passarelli__, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of __Soilworks, LLC, Plaintiff__.

CITY AND STATE OF PRINCIPAL RESIDENCE: Omaha, Nebraska
FIRM NAME: Kutak Rock LLP
ADDRESS: 1650 Farnam Street     SUITE: ___
CITY: Omaha     STATE: NE     ZIP: 68102-2186
FIRM/BUSINESS PHONE: (402) 346-6000
FIRM FAX PHONE: (402) 346-1148     E-MAIL ADDRESS: john.passarelli@kutakrock.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING (circle) |
|---|---|---|
| Please see Exhibit "A" attached. | | Yes / No* |
| | | Yes / No* |
| | | Yes / No* |

(An Original Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| CASE NUMBER | TITLE OF ACTION | DATE GRANTED OR DENIED* |
|---|---|---|
| | | |
| | | |

*EXPLAIN: _____

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**
If you answer YES to either of the following questions, please explain all circumstances on a separate page.
    Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? Y/**N**
    Have you ever been disbarred from practice in any Court? Y/**N**

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I have read and will ascribe to the Standards for Professional Conduct.

October 17th, 2006     /s/ John P. Passarelli
Date               Signature of Applicant

Fee Receipt # _____

(Rev. 03/05)

# EXHIBIT "A"

## JOHN P. PASSARELLI
### Court Admissions as of October 17, 2006

| COURT NAME | ADMISSION DATE | MEMBER IN GOOD STANDING? | CURRENT STATUS |
|---|---|---|---|
| Supreme Court of the State of Nebraska | 9/12/79 | Yes | Active |
| United States District Court for the District of Nebraska | 9/12/79 | Yes | Active |
| United States Court of Appeals for the Fourth Circuit | 11/19/86 | Yes | Active |
| United States Court of Appeals for the Federal Circuit | 3/10/88 | Yes | Active |
| United States Court of Appeals for the Ninth Circuit | 4/24/89 | Yes | Active |
| United States Court of Appeals for the Eighth Circuit | 2/5/92 | Yes | Active |
| United States Court of Appeals for the Fifth Circuit | 2/1/93 | Yes | Active |
| United States Court of Appeals for the Seventh Circuit | 11/4/94 | Yes | Active |
| United States District Court for the District of Arizona | 1/24/95 | Yes | Active |
| United States District Court for the District of Colorado | 3/19/99 | Yes | Active |
| Supreme Court of the United States | 8/1/05 | Yes | Active |

AO 136 (3/78)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA )
) ss.
DISTRICT OF NEBRASKA )

I, Denise M. Lucks, Clerk of the United States District Court for the District of Nebraska, DO HEREBY CERTIFY that John P. Passarelli was duly admitted to practice in said Court on September 12, 1979, and is in good standing in said Court.

Dated at Omaha, NE.         DENISE M. LUCKS
on October 17, 2006.                                      Clerk

By _____
                                 Deputy Clerk