BRYAN CAVE LLP, 00145700
Lawrence G. Scarborough, 006965
George C. Chen, 019704
Two N. Central Avenue, Suite 2200
Phoenix, AZ 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
Email: lgscarborough@bryancave.com
Email: george.chen@bryancave.com

Attorneys for Defendant
Midwest Industrial Supply, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Soilworks, LLC, an Arizona corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Midwest Industrial Supply, Inc., an Ohio corporation authorized to do business in Arizona,<br><br>　　　　Defendant. | No. 2:06-CV-02141-DGC<br><br>**STIPULATION FOR EXTENSION OF TIME FOR MIDWEST INDUSTRIAL SUPPLY, INC. TO ANSWER THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

　　　Soilworks, LLC ("Soilworks) and Midwest Industrial Supply, Inc. ("MIS"), through their attorneys of record, hereby stipulate that the time for MIS to answer Soilwork's Complaint be extended to and include March 26, 2007.

/ / /
/ / /
/ / /

573709

DATED this 19th day of March 2007.

By /s/ George C. Chen
 Lawrence G. Scarborough
 George C. Chen
 Bryan Cave LLP
 Two N. Central Avenue, Suite 2200
 Phoenix, AZ 85004-4406

 Attorneys for Defendant
 Midwest Industrial Supply, Inc.

By s/ E. Scott Dosek with permission
 E. Scott Dosek
 Kutak Rock LLP
 8601 N. Scottsdale Road, Suite 300
 Scottsdale, AZ 85253-2742

 Attorneys for Plaintiff
 Soilworks, LLC