IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Soilworks, LLC, an Arizona corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>Midwest Industrial Supply, Inc., an Ohio corporation authorized to do business in Arizona,<br><br>    Defendant. | No. 2:06-CV-02141-DGC<br><br>**ORDER FOR EXTENSION OF TIME FOR MIDWEST INDUSTRIAL SUPPLY, INC. TO ANSWER THE COMPLAINT** |

Pursuant to the Stipulation of the parties, it is hereby ordered that the time for Midwest Industrial Supply, Inc. to respond to Soilwork's Complaint shall be extended to and include March 26, 2007.

IT IS SO ORDERED.

Dated this 23rd day of March, 2007.

_____
David G. Campbell
United States District Judge

573710