# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

```
_ FILED    _ LODGED
_ RECEIVED _ COPY
   APR 0 9 2007
CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Soilworks, LLC, an Arizona corporation  )
   **Plaintiff(s)/Petitioner(s),**  )
     )
     )    CASE NO:    2:06-CV-02141-DGC
vs. Midwest Industrial Supply, Inc., an )
    Ohio corporation authorized to do  )    **Application of Attorney For Admission To Practice**
    business in Arizona  )    **Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)**
**Defendant(s)/Respondent(s)**  )

NOTICE: Please submit the $100 fee with your application.

I, __Jill A. Grinham_____, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of __Midwest Industrial Supply, Inc._____.

CITY AND STATE OF PRINCIPAL RESIDENCE: Cleveland, Ohio
FIRM NAME: Brouse McDowell
ADDRESS: 1001 Lakeside Avenue    SUITE: 1600
CITY: Cleveland    STATE: Ohio    ZIP: 44114
FIRM/BUSINESS PHONE: (216) 830-6830
FIRM FAX PHONE: (216) 830-6807    E-MAIL ADDRESS: JGrinham@brouse.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING (circle) |
|---|---|---|
| State of Ohio | Nov 18, 2002 | **Yes** / No* |
| U.S. District Court, ND Ohio | June 14, 2004 | **Yes** / No* |
|  |  | Yes / No* |

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| CASE NUMBER | TITLE OF ACTION | DATE GRANTED OR DENIED* |
|---|---|---|
|  |  |  |
|  |  |  |

*EXPLAIN: _____

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**

If you answer YES to either of the following questions, please explain all circumstances on a separate page.
    Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?    Y **(N)**
    Have you ever been disbarred from practice in any Court?    Y **(N)**

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I have read and will ascribe to the Standards for Professional Conduct, and will comply with LRCiv 83.1(c).

3/26/07                       *Jill A Grinham*
Date                                Signature of Applicant

Fee Receipt# phx056345                                               (Rev. 11/06)

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Northern      **DISTRICT OF**      Ohio

**CERTIFICATE OF
GOOD STANDING**

I,     *Geri M. Smith*     *, Clerk of this Court,*

*certify that*     Jill A. Grinham     *, Bar #*     0075560     ,

*was duly admitted to practice in this Court on*

June 14, 2004     *, and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at*     Akron, Ohio     *on*     March 30, 2007     .
LOCATION                                           DATE

Geri M. Smith             by: *Heidi L. Sultzbaugh*
CLERK                                   DEPUTY CLERK