UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Soilworks, LLC, an Arizona corporation )
**Plaintiff(s)/Petitioner(s),** )
)
) CASE NO: 2:06-CV-02141-DGC
vs )
Midwest Industrial Supply, Inc., an Ohio )
corporation authorized to do business in ) **Application of Attorney For Admission To Practice**
Arizona ) **Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)**
**Defendant(s)/Respondent(s)** )

FILED ___ LODGED
___ RECEIVED ___ COPY
APR 0 9 2007
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**NOTICE:** Please submit the $100 fee with your application.

I, __John M. Skeriotis__, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of __Midwest Industrial Supply, Inc.__

**CITY AND STATE OF PRINCIPAL RESIDENCE:** Akron, Ohio
**FIRM NAME:** Brouse McDowell
**ADDRESS:** 388 S. Main Street     **SUITE:** 500
**CITY:** Akron     **STATE:** Ohio     **ZIP:** 44311-4407
**FIRM/BUSINESS PHONE:** (330) 535-5711
**FIRM FAX PHONE:** (330) 253-8601     **E-MAIL ADDRESS:** JSkeriotis@brouse.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING (circle) |
|---|---|---|
| State of Ohio | May 21, 1998 | (Yes) / No* |
| U.S. District Court, ND Ohio | June 10, 1998 | (Yes) / No* |
| Federal Circuit, Court of Appeals | October 4, 1999 | (Yes) / No* |

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)
I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| CASE NUMBER | TITLE OF ACTION | DATE GRANTED OR DENIED* |
|---|---|---|
| | | |
| | | |

*EXPLAIN: _____

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**

If you answer YES to either of the following questions, please explain all circumstances on a separate page.
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?     Y /(N)
Have you ever been disbarred from practice in any Court?     Y /(N)

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I have read and will ascribe to the Standards for Professional Conduct, and will comply with LRCiv 83.1(c).

March 27, 2007                         /s/ John M. Skeriotis
Date                                   Signature of Applicant

Fee Receipt # Phx056344

(Rev. 11/06)

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Northern     **DISTRICT OF**     Ohio

**CERTIFICATE OF
GOOD STANDING**

*I,*     Geri M. Smith     *, Clerk of this Court,*

*certify that*     John M. Skeriotis     *, Bar #*     0069263     *,*

*was duly admitted to practice in this Court on*

    June 10, 1998     *, and is in good standing*
    *DATE*

*as a member of the Bar of this Court.*

*Dated at*     Akron, Ohio     *on*     March 30, 2007     .
    *LOCATION*     *DATE*

Geri M. Smith         by: *[signature: Heidi L. Suetbaugh]*
*CLERK*         *DEPUTY CLERK*