UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**Soilworks, LLC**,
PLAINTIFF

v.

**Midwest Industrial Supply, Inc.,**
DEFENDANT

CASE NO. **CV 06-2141-PHX-DGC**

NOTICE TO FILER OF DEFICIENCIES IN
ELECTRONICALLY FILED DOCUMENTS

PLEASE TAKE NOTICE:

Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *Reply to Midwest Industrial Supply, Inc's Counterclaims #22* filed by *E Dosek*:

☒ Incorrect document type selected. The correct event is Answers to Complaints and it is found in the Initial Pleadings and Service menu.

**ACTION TAKEN BY THE COURT**

☒ DO NOT REFILE. The deficiency indicated above has been addressed by the Clerk.