UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **Soilworks, LLC.,** <br> PLAINTIFF <br><br> v. <br><br> **Midwest Industrial Supply, Inc.,** <br> DEFENDANT | CASE NO. **CV 06-2141-PHX-DGC** <br><br> NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

PLEASE TAKE NOTICE:

 Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *Case Management Report #24* filed by *E. Dosek*:

☒ Incorrect document type selected. The correct event is Report re: Rule 26(f) Planning Meeting and it is found in the Other Documents menu.

**ACTION TAKEN BY THE COURT**

☒ DO NOT REFILE. The deficiency indicated above has been addressed by the Clerk.