**Philip A. Seplow, Esq.**
Attorney #004859
2000 North 7th Street
Phoenix, AZ 85006
(602) 254-8817

**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | Case No. CR 05-165-PHX-JAT |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | MOTION TO ALLOW DEFENDANT TO VISIT HIS DYING AUNT AT THE |
| Jason Darwin Holmes, Sr., | ) | SAN CARLOS HOSPITAL |
| Defendant. | ) | |

COMES NOW the Defendant, by and through undersigned counsel, and requests that the Court grant him a furlough (or to be escorted by Marshals) to the San Carlos Hospital so that he can visit his "Auntie," Elizabeth Houser. Elizabeth Houser is dying of lung cancer. Mr. Holmes has hoped that Elizabeth Houser could travel to CCA and pay a visit to him but now that is impossible. Also, because Defendant's brother, Aldridge Holmes, is sitting "in watch" of his aunt, Elizabeth Houser, he cannot even come to visit Jason at this time.

The Defendant requests that the Court enter its Order allowing the Defendant to either be furloughed so that he can go to the San Carlos Reservation to visit his aunt who may be facing her last days on this earth, or alternatively, ordering the Marshals to make arrangements to transport and escort Defendant to the San Carlos Hospital so that he can see his aunt before she

1

passes.

The United States government objects to this request.

Excludable delay under 18 U.S.C. 3161(h) is not expected to occur as a result of this Motion or from an Order based thereon.

DATED THIS 22nd day of February, 2007.

PHILIP A. SEPLOW, ESQ.


By: s/Philip A. Seplow
    Philip A. Seplow, Esq.
    Attorney for Defendant


CERTIFICATE OF SERVICE

__X__ I hereby certify that on February 22, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

    Ann Birmingham Scheel
    Assistant United States Attorney

__X__ I hereby certify that on February 22, 2007, I served the attached document by First Class Mail on the following, who are not registered participants of the CM/ECF System:

    NONE

    S/ Philip A. Seplow

2