BROUSE MCDOWELL
JOHN M. SKERIOTIS, 0069263 (OH)
JILL A. GRINHAM, 0075560 (OH)
388 S. Main Street, Suite 500
Akron, Ohio 44311-4407
Telephone: 330-535-5711
Facsimile: 330-253-8061
Email: jskeriotis@brouse.com
Email: jgrinham@brouse.com

BRYAN CAVE LLP, 00145700
LAWRENCE G. SCARBOROUGH, 006965
GEORGE C. CHEN, 019704
2 N Central Ave, Suite 2200
Phoenix, AZ 85004-4406
Telephone: 602-364-7000
Facsimile: 602-364-7070
Email: Lgscarborough@bryancave.com
Email: george.chen@bryancave.com

*Attorneys for Defendant*
*Midwest Industrial Supply, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>　　Plaintiff / Counterdefendant<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC.,<br>an Ohio corporation authorized to do business in Arizona,<br><br>　　Defendant / Counterclaimant. | No. 2:06-CV-02141-DGC<br><br>**NOTICE OF MIDWEST INDUSTRIAL SUPPLY, INC.'S RULE 26 INITIAL DISCLOSURES** |

Brouse McDowell
388 South Main Street, Suite 500
Akron, Ohio 44311-4407
(330) 535-5711

678599v2

Brouse McDowell
388 South Main Street, Suite 500
Akron, Ohio 44311-4407
(330) 535-5711

Pursuant to the provisions of Rule 26(a)(1) of the Federal Rules of Civil Procedure and ¶1 of this Court's Case Management Order (ECF Docket No. 28), Defendant Midwest Industrial Supply, Inc. hereby notifies the Court that it has served its initial disclosures upon Counsel for Plaintiff Soilworks, LLC via e-mail only to John Passarelli and E. Scott Dudek.

> By /s/ John M. Skeriotis
> BROUSE MCDOWELL
> JOHN M. SKERIOTIS, 0069263 (OH)
> JILL A. GRINHAM, 0075560 (OH)
> 388 S. Main Street, Suite 500
> Akron, Ohio 44311-4407
> Telephone: 330-535-5711
> Facsimile: 330-253-8061
> Email: jskeriotis@brouse.com
> Email: jgrinham@brouse.com
>
> BRYAN CAVE LLP, 00145700
> LAWRENCE G. SCARBOROUGH, 006965
> GEORGE C. CHEN, 019704
> 2 N Central Ave, Suite 2200
> Phoenix, AZ 85004-4406
> Telephone: 602-364-7000
> Facsimile: 602-364-7070
> Email: Lgscarborough@bryancave.com
> Email: george.chen@bryancave.com
>
> *Attorneys for Defendant*
> *Midwest Industrial Supply, Inc.*

680286.2

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2007, the foregoing **NOTICE OF MIDWEST INDUSTRIAL SUPPLY, INC.'S RULE 26 INITIAL DISCLOSURES** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John M. Skeriotis<br>
John M. Skeriotis

Brouse McDowell
388 South Main Street, Suite 500
Akron, Ohio 44311-4407
(330) 535-5711