1  E. SCOTT DOSEK #012114
   JOHN P. PASSARELLI #16018 (NE)
2  KUTAK ROCK LLP
   Suite 300
3  8601 North Scottsdale Road
   Scottsdale, AZ  85253-2742
4  (480) 429-5000
   Facsimile: (480) 429-5001

*Attorneys for Plaintiff*
*SOILWORKS, LLC, an Arizona corporation*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation, | NO.: 2:06-CV-2141-DGC |
| Plaintiff / Counterdefendant / Counterclaimant, | **NOTICE OF SERVICE OF SOILWORKS, LLC'S RULE 26 INITIAL DISCLOSURES** |
| v. | |
| MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona, | |
| Defendant / Counterclaimant / Counterdefendant. | |

Pursuant to the Court's Case Management Order, Plaintiff Soilworks, LLC by and through its counsel undersigned hereby provides Notice to the Court that it has served its initial disclosures via e-mail upon counsel for Defendant Midwest Industrial Supply, Inc. in accordance to the provisions of Rule 26(a)(1) of the Federal Rules of Civil procedure.

/ / /

4826-5550-8993.1

| | |
|---|---|
| 1 | Dated this 22nd day of May, 2007. |

                                KUTAK ROCK LLP


                                By    /s/ E. Scott Dosek
                                   E. Scott Dosek
                                   John P. Passarelli
                                   Suite 300
                                   8601 North Scottsdale road
                                   Scottsdale, AZ  85253-2742

                                   *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22nd, 2007, the foregoing Soilworks, LLC's Notice of Service of Rule 26 Initial Disclosures was filed electronically. Notice of this filing will be sent to all parties by operations of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                             /s/
                                     Amy S. Fletcher