E. SCOTT DOSEK #012114
JOHN P. PASSARELLI #16018 (NE)
KUTAK ROCK LLP
Suite 300
8601 North Scottsdale Road
Scottsdale, AZ 85253-2742
(480) 429-5000
Facsimile: (480) 429-5001

*Attorneys for Plaintiff*
*SOILWORKS, LLC, an Arizona corporation*

JOHN M. SKERIOTIS #0069263 (OH)
JILL A. GRINHAM #075560 (OH)
BROUSE MCDOWELL
388 S. Main Street
Suite 500
Akron, OH 44311-4407
(330) 535-5711
Facsimile: (330) 253-8601

*Attorneys for Defendant Midwest Industrial Supply, Inc.*

# UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>    Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>    Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MIDWEST'S DISCOVERY REQUESTS (First Request)** |

Soilworks, LLC ("Soilworks") and Midwest Industrial Supply, Inc. ("Midwest") hereby provide Notice to the Court pursuant to Rule 7.3 of the Local Rules of Civil Procedure that they have entered into a stipulation for an extension of 3 weeks to respond to defendant Midwest's First Set of Request for Production of Documents and Things and First

Set of Interrogatories. Soilworks will complete and serve its responses to said discovery requests on or before July 16, 2007. This is the plaintiff's <u>first</u> request for an extension of time.

A proposed form of order is submitted contemporaneously with this filing pursuant to Rule 7.1(b)(3) of the Local Rules of Civil Procedure.

Dated this 25th day of June, 2007.

KUTAK ROCK LLP


By  /s / E. Scott Dosek
E. Scott Dosek
John P. Passarelli
Suite 300
8601 North Scottsdale road
Scottsdale, AZ 85253-2742

*Attorneys for Plaintiff*


BROUSE MCDOWELL


By  /s/ John M. Skeriotis
John M. Skeriotis
Jill A. Grinham
388 S. Main Street
Suite 500
Akron, OH 44311-4407

*Attorneys for Defendant Midwest Industrial Supply, Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 25th, 2007, the foregoing Stipulation for Extension of Time to Respond to Midwest's Discovery Requests was filed electronically. Notice of this filing will be sent to all parties by operations of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        /s/ Amy S. Fletcher
                                        Amy S. Fletcher