# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>    Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>    Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**ORDER FOR EXTENSION OF TIME FOR SOILWORKS, LLC TO RESPOND TO MIDWEST'S DISCOVERY REQUESTS (First Request)** |

Pursuant to the parties' Stipulation for Extension of Time for Soilworks to Respond to Midwest's Discovery Requests submitted to the Court pursuant to Rule 7.3 of the Local Rules of Civil Procedure,

IT IS HEREBY ORDERED that Plaintiff Soilworks, LLC may serve its discovery responses to Midwest's First Set of Request for Production of Documents and Things and First Set of Interrogatories on or before July 16, 2007.

Dated this 27th day of June, 2007.

_____
David G. Campbell
United States District Judge

4841-3682-3041.1