E. SCOTT DOSEK #012114
JOHN P. PASSARELLI #16018
KUTAK ROCK LLP
Suite 300
8601 North Scottsdale Road
Scottsdale, AZ 85253-2742
(480) 429-5000
Facsimile: (480) 429-5001

*Attorneys for Plaintiff*
*SOILWORKS, LLC, an Arizona corporation*

JOHN M. SKERIOTIS
BROUSE MCDOWELL
388 S. Main St.
Suite 500
Akron, OH 44311-4407
(330).535.9999
Facsimile: (330).253.8601

*Attorneys for Defendant*
*MIDWEST INDUSTRIAL SUPPLY, INC.*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>    Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>    Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**NOTICE OF SUBMISSION OF STIPULATED PROTECTIVE ORDER**<br><br>(Assigned to the Honorable David G. Campbell) |

Parties to the Stipulated Protective Order ("Protective Order) hereby provide their Notice of Submission of the Protective Order to the Court for its approval. A copy of said Protective Order is attached to this filing as Exhibit 1.

DATED this 13th day of August, 2007.

4823-3092-4289.1

KUTAK ROCK LLP

           /s/ E. Scott Dosek
E. SCOTT DOSEK #012114
JOHN P. PASSARELLI #16018
Suite 300
8601 North Scottsdale Road
Scottsdale, AZ  85253-2742
*Counsel for Plaintiff, Soilworks, LLC*

BROUSE MCDOWELL

           /s/ John Skeriotis
JOHN M. SKERIOTIS
388 S. Main St.
Suite 500
Akron, OH  44311-4407
*Counsel for Defendant, Midwest Industrial Supply, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2007, the foregoing NOTICE OF SUBMISSION OF STIPULATED PROTECTIVE ORDER was filed electronically.  This filing will be sent via e-mail to all parties, and by operations of the Court's electronic filing system.  Parties may access this filing through the Court's system.

           /s/ Amy S. Fletcher
Amy S. Fletcher