| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | E. SCOTT DOSEK #012114<br>JOHN P. PASSARELLI #16018 (NE)<br>PHILIP A. OVERCASH #022964<br>KUTAK ROCK LLP<br>Suite 300<br>8601 North Scottsdale Road<br>Scottsdale, AZ  85253-2742<br>(480) 429-5000<br>Facsimile: (480) 429-5001 |
| 6<br>7 | *Attorneys for Plaintiff*<br>*SOILWORKS, LLC, an Arizona corporation* |

### UNITED STATES DISTRICT COURT

### IN AND FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>    Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>    Defendant / Counterclaimant / Counterdefendant. | | NO.: 2:06-CV-2141-DGC<br><br>**NOTICE OF SERVICE OF SOILWORKS, LLC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS, AND FIRST SET OF INTERROGATORIES TO MIDWEST INDUSTRIAL SUPPLY, INC.** |

Plaintiff Soilworks, LLC by and through its counsel undersigned hereby provides Notice to the Court that it has on October 18th 2007, served upon Midwest Industrial Supply, Inc. its FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS, AND FIRST SET OF INTERROGATORIES via e-mail and regular mail upon counsel for Defendant Midwest Industrial Supply, Inc. in accordance to the provisions of Rule 26 of the Federal Rules of Civil procedure.

/ / /

4828-4205-0049.1

Dated this 18th day of October, 2007.

                                              KUTAK ROCK LLP

                                              By   /s/ Philip A. Overcash
                                                     E. Scott Dosek
                                                     John P. Passarelli
                                                     Philip A. Overcash
                                                     Suite 300
                                                     8601 North Scottsdale road
                                                     Scottsdale, AZ  85253-2742

                                              *Attorneys for Plaintiff*

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 18th 2007, the foregoing Soilworks, LLC's Notice of Service was filed electronically. Notice of this filing will be sent to all parties by operations of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                /s/ Amy S. Fletcher
                                                Amy S. Fletcher