BROUSE MCDOWELL
JOHN M. SKERIOTIS, 0069263 (OH)
JILL A. BAUTISTA, 0075560 (OH)
388 S. Main Street, Suite 500
Akron, Ohio 44311-4407
Telephone: 330-535-5711
Facsimile: 330-253-8601
Email: jskeriotis@brouse.com
Email: jbautista@brouse.com

*Attorneys for Defendant*
*Midwest Industrial Supply, Inc.*
*Admitted Pro hac vice*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>　　Plaintiff / Counterdefendant<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>　　Defendant / Counterclaimant. | No. 2:06-CV-02141-DGC<br><br>**NOTICE OF SERVICE OF MIDWEST INDUSTRIAL SUPPLY, INC.'S SECOND SET OF REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO SOILWORKS, LLC** |

Pursuant to LRCiv 5.2, Defendant Midwest Industrial Supply, Inc. ("Midwest") hereby files this Notice of Service of Midwest's Second Set of Request for Production of Documents and Things upon Plaintiff Soilworks, LLC, through its counsel, via e-mail, original by mail, to John Passarelli and E. Scott Dosek on the 26th day of November, 2007.

　　　　　　　　　　　　　　By /s/ John M. Skeriotis
　　　　　　　　　　　　　　　　BROUSE MCDOWELL
　　　　　　　　　　　　　　　　JOHN M. SKERIOTIS, 0069263 (OH)

| | |
|---|---|
| 1 | JILL A. BAUTISTA, 0075560 (OH) |
| 2 | 388 S. Main Street, Suite 500 |
|   | Akron, Ohio 44311-4407 |
| 3 | Telephone: 330-535-5711 |
|   | Facsimile: 330-253-8601 |
| 4 | Email: jskeriotis@brouse.com |
|   | Email: jbautista@brouse.com |
| 5 | |
| 6 | *Attorneys for Defendant* |
|   | *Midwest Industrial Supply, Inc.* |

698540.1

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2007, the foregoing **NOTICE OF SERVICE OF MIDWEST INDUSTRIAL SUPPLY, INC.'S SECOND SET OF REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO SOILWORKS, LLC** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John M. Skeriotis
John M. Skeriotis

Brouse McDowell
388 South Main Street, Suite 500
Akron, Ohio 44311-4407
(330) 535-5711