BROUSE MCDOWELL
JOHN M. SKERIOTIS, 0069263 (OH)
JILL A. BAUTISTA, 0075560 (OH)
388 S. Main Street, Suite 500
Akron, Ohio 44311-4407
Telephone: 330-535-5711
Facsimile: 330-253-8601
Email: jskeriotis@brouse.com
Email: jbautista@brouse.com

*Attorneys for Defendant*
*Midwest Industrial Supply, Inc.*
*Admitted Pro hac vice*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>Plaintiff / Counterdefendant<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>Defendant / Counterclaimant. | No. 2:06-CV-02141-DGC<br><br>**NOTICE OF SERVICE OF MIDWEST INDUSTRIAL SUPPLY, INC.'S SECOND SET OF INTERROGATORIES TO SOILWORKS, LLC** |

Pursuant to LRCiv 5.2, Defendant Midwest Industrial Supply, Inc. ("Midwest") hereby files this Notice of Service of Midwest's Second Set of Interrogatories upon Plaintiff Soilworks, LLC, through its counsel, via e-mail, original by mail, to John Passarelli and E. Scott Dosek on the 26th day of November, 2007.

By /s/ John M. Skeriotis
BROUSE MCDOWELL
JOHN M. SKERIOTIS, 0069263 (OH)
JILL A. BAUTISTA, 0075560 (OH)
388 S. Main Street, Suite 500
Akron, Ohio 44311-4407

Telephone: 330-535-5711
Facsimile: 330-253-8601
Email: jskeriotis@brouse.com
Email: jbautista@brouse.com

*Attorneys for Defendant*
*Midwest Industrial Supply, Inc.*

698538.1

Brouse McDowell
388 South Main Street, Suite 500
Akron, Ohio 44311-4407
(330) 535-5711

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2007, the foregoing **NOTICE OF SERVICE OF MIDWEST INDUSTRIAL SUPPLY, INC.'S SECOND SET OF INTERROGATORIES TO SOILWORKS, LLC** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John M. Skeriotis
John M. Skeriotis

Brouse McDowell
388 South Main Street, Suite 500
Akron, Ohio 44311-4407
(330) 535-5711