E. SCOTT DOSEK #012114
JOHN P. PASSARELLI #16018 (NE)
KUTAK ROCK LLP
Suite 300
8601 North Scottsdale Road
Scottsdale, AZ 85253-2742
(480) 429-5000
Facsimile: (480) 429-5001

*Attorneys for Plaintiff*
*SOILWORKS, LLC, an Arizona corporation*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**NOTICE OF ERRATA** |

Plaintiff Soilworks, LLC by and through its counsel undersigned hereby provides Notice of Errata that it has on December 7th, 2007 filed in error, a Notice of Service of Soilworks, LLC's Combined Non-Uniform Interrogatories And Request For Production of Documents And Things Propounded Upon Midwest Industrial Supply, Inc. identified by the Court's Docket No. 47.

The document intended to be filed is the parties' Joint Report on Settlement Talks by Plaintiff Soilworks LLC, and Defendant Midwest Industrial Supply Inc. The correct document has been filed and identified by the Court's Docket No. 48.

4812-3898-3682.1

Dated this 7th day of December, 2007.

KUTAK ROCK LLP

By   /s/
   E. Scott Dosek
   John P. Passarelli
   Suite 300
   8601 North Scottsdale road
   Scottsdale, AZ  85253-2742

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7th, 2007, the foregoing Notice of Errata was filed electronically. Notice of this filing will be sent to all parties by operations of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  /s/
                                         Valerie J. Armstrong