| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | E. SCOTT DOSEK #012114<br>JOHN P. PASSARELLI #16018 (NE)<br>KUTAK ROCK LLP<br>Suite 300<br>8601 North Scottsdale Road<br>Scottsdale, AZ 85253-2742<br>(480) 429-5000<br>Facsimile: (480) 429-5001<br><br>*Attorneys for Plaintiff*<br>*SOILWORKS, LLC, an Arizona corporation* |

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>    Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>    Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**NOTICE OF SERVICE OF SOILWORKS, LLC'S RESPONSES TO MIDWEST INDUTRIAL SUPPLY'S FIRST SET OF REQUEST FOR ADMISSIONS, SECOND SET OF INTERROGATORIES AND SECOND SET OF REQUEST FOR PRODUCTION** |

Plaintiff Soilworks, LLC by and through its counsel undersigned hereby provides Notice to the Court that it has on December 31, 2007, served upon Defendant Midwest Industrial Supply, Inc. its RESPONSES TO DEFENDANT'S FIRST SET OF REQUEST FOR ADMISSIONS, SECOND SET OF REQUEST PRODUCTION OF DOCUMENTS, AND SECOND SET OF INTERROGATORIES via e-mail upon counsel for Defendant Midwest Industrial Supply, Inc. in accordance to the provisions of Rule 26 of the Federal Rules of Civil procedure.

/ / /

4847-1554-3554.1

Dated this 31st day of December, 2007.

                    KUTAK ROCK LLP

By   /s/ E. Scott Dosek
     E. Scott Dosek
     John P. Passarelli
     Suite 300
     8601 North Scottsdale road
     Scottsdale, AZ  85253-2742

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 31st, 2007, the foregoing NOTICE OF SERVICE OF SOILWORKS, LLC'S RESPONSES TO MIDWEST INDUTRIAL SUPPLY'S FIRST SET OF REQUEST FOR ADMISSIONS, SECOND SET OF INTERROGATORIES AND SECOND SET OF REQUEST FOR PRODUCTION was filed electronically. Notice of this filing will be sent to all parties by operations of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s
Amy S. Fletcher