# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>    Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>    Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**ORDER RESETTING SETTLEMENT CONFERENCE (First Request)** |

Pursuant to Plaintiff Soilworks' Unopposed Motion to Continue and Adjust Date of Settlement Conference submitted to the Court, and for good cause showing,

IT IS HEREBY ORDERED resetting Settlement Conference to _____ at _____AM/PM.

IT IS FURTHER ORDERED that dates and deadlines for events to be completed prior to the Settlement Conference are adjusted accordingly as per original order.

Dated this _____ day of _____, 2008.

4834-6996-6850.1