John M. Skeriotis, 0069263 (OH)
Jill A. Bautista, 0075560 (OH)
BROUSE MCDOWELL
388 S. Main Street, Suite 500
Akron, Ohio 44311-4407
Telephone: 330-535-5711
Facsimile: 330-253-8601
Email: jskeriotis@brouse.com
Email: jbautista@brouse.com
*Admitted Pro hac vice*

Lawrence G. Scarborough, 006965
George C. Chen, 019704
BRYAN CAVE LLP, 00145700
Two N. Central Avenue, Suite 2200
Phoenix, AZ 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
Email: lgscarborough@bryancave.com
Email: george.chen@bryancave.com

*Attorneys for Defendant*
*Midwest Industrial Supply, Inc.*

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**STIPULATED MOTION TO CHANGE TIME FOR SETTLEMENT CONFERENCE** |

Defendant, Midwest Industrial Supply, Inc., hereby files this stipulated motion to change the time for the currently-scheduled Settlement Conference from 2:00 p.m. to 11:00 a.m. A settlement conference between the parties is currently scheduled to take place on February 27, 2008 before United States Magistrate Judge Lawrence O. Anderson at 2:00 p.m.. (See ECF Docket No. 55). The change in time has been discussed with chambers for Magistrate Judge Anderson and with opposing counsel, E. Scott Dosek, who has stipulated to this time change.

The change in time was necessitated due to a prior engagement by Midwest's representative, which requires his presence in Ohio by the end of the day on February 27, 2008. The last flight out of Phoenix to Ohio will require Midwest's representative to leave the Settlement Conference no later than 3:30 p.m.

A proposed Order is attached hereto and the Proposed Order document in Word format is being e-mailed to the Chambers of Magistrate Judge Anderson.

Dated this 28th day of February 2008.

                                              BROUSE MCDOWELL

                                       By    /s/ John M. Skeriotis
                                              JOHN M. SKERIOTIS, 0069263 (OH)
                                              JILL A. BAUTISTA, 0075560 (OH)
                                              388 S. Main Street, Suite 500
                                              Akron, Ohio 44311-4407
                                              Telephone:  330-535-5711
                                              Facsimile: 330-253-8061
                                              Email: jskeriotis@brouse.com
                                              Email:  jbautista@brouse.com
                                              *Attorneys for Defendant*
                                              *Midwest Industrial Supply, Inc.*

704569.1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2008, the foregoing STIPULATED MOTION TO CHANGE TIME FOR SETTLEMENT CONFERENCE was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John M. Skeriotis
John M. Skeriotis
*Counsel for Defendant*
*Midwest Industrial Supply, Inc.*