John M. Skeriotis, 0069263 (OH)
Jill A. Bautista, 0075560 (OH)
BROUSE MCDOWELL
388 S. Main Street, Suite 500
Akron, Ohio 44311-4407
Telephone: 330-535-5711
Facsimile: 330-253-8601
Email: jskeriotis@brouse.com
Email: jbautista@brouse.com
*Admitted Pro hac vice*

Lawrence G. Scarborough, 006965
George C. Chen, 019704
BRYAN CAVE LLP, 00145700
Two N. Central Avenue, Suite 2200
Phoenix, AZ 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
Email: lgscarborough@bryancave.com
Email: george.chen@bryancave.com

*Attorneys for Defendant*
*Midwest Industrial Supply, Inc.*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation, | NO.: 2:06-CV-2141-DGC |
| Plaintiff / Counterdefendant / Counterclaimant, | JUDGE DAVID A. CAMPBELL |
| v. | |
| MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona, | **JOINT MOTION FOR EXTENSION OF CASE MANAGEMENT DEADLINES** |
| Defendant / Counterclaimant / Counterdefendant. | |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Soilworks, LLC ("Plaintiff") and Defendant Midwest Industrial Supply, Inc ("Defendant") hereby move this Court for an extension of all deadlines as set forth in the Case Management Order. Currently, pursuant to this Court's May 10, 2007 Order, the deadline for completion of factual discovery is January 11, 2008 and the deadline for completion of expert depositions is April 11, 2008, with disclosure of rebuttal expert witnesses by February 29, 2008. The deadline for dispositive motions is May 9, 2008. Both parties jointly request that these deadlines be extended as set forth herein.

In support of this Motion, the parties state that despite their diligent efforts, they are unable to complete discovery within the time set out by the Case Management Order and need more time for depositions and expert reports. In an endeavor to save time and money, the parties have focused their resources in attempting to settle this case. In fact, the parties recently requested a mediation with Magistrate Judge Lawrence Anderson. On February 27, 2008, Plaintiff's President and Vice President along with Plaintiff's counsel from Omaha, Nebraska and Phoenix, and Defendant's counsel and CEO attempted to settle the dispute via the aforementioned mediation. Unfortunately, despite their efforts, the parties could not reach a settlement.

The parties, amongst themselves, attempted to extend deadlines so as not to affect any of the deadlines with the Court. However, both parties believe that the deadlines currently set forth need formally extended by the Court. Accordingly, the parties jointly request that the deadlines be extended to the following:

The deadline for completing fact and expert discovery, including expert depositions, shall be **May 16, 2008**.

The parties shall provide full and complete expert disclosures as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure, with respect to any issue on which they have the burden of proof at trial, no later than **April 18, 2008**.

Rebuttal expert disclosures, if any, shall be made no later than **May 2, 2008**.

Dispositive motions shall be filed no later than **June 23, 2008**.

Both parties bring this extension in good faith and this extension will not interfere with the timely resolution of the litigation. There is no trial date set. Also, the requested extension only extends the expert deposition deadline by one week and the dispositive motion deadline by approximately six (6) weeks. Moreover, the requested continuance is in the interests of justice because it will allow the parties to conduct adequate discovery regarding the claims and defenses in this litigation and to prepare dispositive motions that could resolve some or all of the parties' claims and defenses in advance of trial.

Respectfully submitted,

| | |
|---|---|
| /s/Scott Dosek (per e-mail consent) | /s/ John M. Skeriotis |
| E. Scott Dosek | John M. Skeriotis |
| Philip Ashley Overcash | BROUSE MCDOWELL |
| KUTAK ROCK, LLP | 388 S. Main St., Suite 500 |
| 8601 N. Scottsdale Rd., Ste. 300 | Akron, OH 44311 |
| Scottsdale, AZ 85253 | Phone: (330) 535-5711 |
| Phone: (480) 429-7112 | Fax: (330) 253-8601 |
| Fax: (480) 429-5001 | jskeriotis@brouse.com |
| scott.dosek@kutakrock.com | |
| philip.overcash@kutakrock.com | Jill A. Grinham |
| | BROUSE MCDOWELL |
| John Patrick Passarelli | 1001 Lakeside Ave |
| KUTAK ROCK, LLP | Ste. 1600 |
| 1650 Farnam St. | Cleveland, OH 44114 |
| Omaha, NE 68102 | Phone: (216) 830-6830 |
| Phone: (402) 231-8913 | Fax: (216) 830- 6807 |

3

| | |
|---|---|
| Fax: (402) 346-1148<br>john.passarelli@kutakrock.com<br><br>*Counsel for Plaintiff,*<br> *Soilworks, LLC* | jgrinham@brouse.com<br><br>George Chen<br>Lawrence GD Scarborough<br>Bryan Cave LLP<br>2 N. Central Ave.<br>Ste. 2200<br>Phoenix, AZ 85004<br>Phone: (602) 364-7000<br>Fax: (602) 716-8137<br>george.chen@bryancave.com<br>lgscarborough@bryancave.com<br>*Counsel for Defendant,*<br>*Midwest Industrial Supply, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2008 the foregoing JOINT MOTION FOR EXTENSION OF DEADLINES was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John M. Skeriotis
John M. Skeriotis
*Attorney for Plaintiff, Soilworks, LLC*

708477.1