# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation, | NO.: 2:06-CV-2141-DGC |
| Plaintiff / Counterdefendant / Counterclaimant, | JUDGE DAVID A. CAMPBELL |
| v. | |
| MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona, | **[PROPOSED] ORDER ON JOINT MOTION FOR EXTENSION OF CASE MANAGEMENT DEADLINES [ECF DOCKET NO. 59]** |
| Defendant / Counterclaimant / Counterdefendant. | |

Upon consideration of the Joint Motion for Extension of Case Management Deadlines, ECF Docket No. 59, the Court hereby modifies the current case management deadlines as previously set forth in the Case Management Order, ECF Docket No. 28.

The deadline for completing fact and expert discovery, including expert depositions, shall be **May 16, 2008**.

The parties shall provide full and complete expert disclosures as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure, with respect to any issue on which

they have the burden of proof at trial, no later than **April 18, 2008**.

Rebuttal expert disclosures, if any, shall be made no later than **May 2, 2008**.

Dispositive motions shall be filed no later than **June 23, 2008**.

IT IS FURTHER ORDERED that all other Orders contained in the Court's Case Management Order, ECF Docket No. 28, are affirmed.

DATED this __ day of _____, 2008.

IT IS SO ORDERED.

David G. Campbell<br>
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2008 the foregoing [PROPOSED] ORDER ON JOINT MOTION FOR EXTENSION OF DEADLINES was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John M. Skeriotis
John M. Skeriotis
*One of the Attorneys for Defendant Midwest Industrial Supply, Inc.*

708477.1