BRYAN CAVE LLP, 00145700
Lawrence G. Scarborough, 006965
George C. Chen, 019704
Two N. Central Avenue, Suite 2200
Phoenix, AZ 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
Email: lgscarborough@bryancave.com
Email: george.chen@bryancave.com

Attorneys for Defendant/Counterclaimant
Midwest Industrial Supply, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Soilworks, LLC, an Arizona corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Midwest Industrial Supply, Inc., an Ohio corporation authorized to do business in Arizona,<br><br>    Defendant. | No. 2:06-CV-02141-DGC<br><br>**EX-PARTE APPLICATION FOR LEAVE TO WITHDRAW** |
| Midwest Industrial Supply, Inc., an Ohio corporation authorized to do business in Arizona,<br><br>    Counterclaimant,<br><br>v.<br><br>Soilworks, LLC, an Arizona corporation,<br><br>    Counterdefendant. | |

    Pursuant to Local Rule 83.3, Lawrence G. Scarborough, George C. Chen, and Bryan Cave LLP move the Court for permission to withdraw as counsel for defendant/counterclaimant Midwest Industrial Supply, Inc. ("Midwest"). Mr.

1

Scarborough, Mr. Chen, and Bryan Cave LLP have served only as local counsel for Midwest and have had minimal involvement in this action.

Midwest will continue to be represented in this action by John M. Skeriotis and Jill A. Bautista of Brouse McDowell. Mr. Skeriotis has served as lead counsel for Midwest throughout this action. Also, on March 17, 2008, Donald L. Myles, Jr. of Jones, Skelton & Hochuli, P.L.C. filed a Notice of Association of Counsel to serve as co-counsel for Midwest. As confirmed by the signature below of Robert Vitale, President of Midwest Industrial Supply, Inc., this requested withdraw is with the approval and consent of the client.

A proposed form of order accompanies this motion.

DATED this 25 day of March, 2008.

                                      Bryan Cave LLP

                                      By s/ George C. Chen
                                            Lawrence G. Scarborough
                                            George C. Chen
                                            Two N. Central Avenue, Suite 2200
                                            Phoenix, AZ 85004-4406

                                            Attorneys for Defendant/Counterclaimant
                                            Midwest Industrial Supply, Inc.

APPROVED AND CONSENTED TO:

MIDWEST INDUSTRIAL SUPPLY, INC.

By /s/ Robert Vitale
     Robert Vitale
     President
     Midwest Industrial Supply, Inc.
     1101 Third Street S.E.
     Canton, Ohio 44707

609099