# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Soilworks, LLC, an Arizona corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Midwest Industrial Supply, Inc., an Ohio corporation authorized to do business in Arizona,<br><br>　　　　Defendant. | No. 2:06-CV-02141-DGC<br><br>**ORDER REGARDING EX-PARTE APPLICATION FOR LEAVE TO WITHDRAW** |
| Midwest Industrial Supply, Inc., an Ohio corporation authorized to do business in Arizona,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>Soilworks, LLC, an Arizona corporation,<br><br>　　　　Counterdefendant. | |

The Court having considered the Ex Parte Application for Leave to Withdraw as Counsel filed by Bryan Cave LLP and attorneys Lawrence G. Scarborough and George C. Chen, and good cause appearing,

IT IS HEREBY ORDERED that Bryan Cave LLP and attorneys Lawrence G. Scarborough and George C. Chen shall withdraw as counsel for defendant/counterclaimant Midwest Industrial Supply, Inc., effective upon entry of this Order.

Pursuant to Local Rule 83.3(b)(1), Bryan Cave LLP and attorneys Lawrence G. Scarborough and George C. Chen shall give prompt notice of the entry of this Order to counsel for all parties.

Dated this 28th day of March, 2008.

_____
David G. Campbell
United States District Judge