UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

```
___ FILED     ___ LODGED
___ RECEIVED  ___ COPY

    APR 1 4 2008

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Soil Works, LLC )
   **Plaintiff(s)/Petitioner(s),** )
) CASE NO: 2:06-CV-02141-DGC
vs. )
) Application of Attorney For Admission To Practice
Midwest Industrial Supply, Inc. ) Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)
)
**Defendant(s)/Respondent(s)** )

NOTICE: Please submit the $100 fee with your application.

I, __Craig A. Marvinney__, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of __Defendant, Midwest Industrial Supply, Inc.__.

CITY AND STATE OF PRINCIPAL RESIDENCE: __Cleveland, Ohio__
FIRM NAME: __Brouse McDowell__
ADDRESS: __1001 Lakeside Ave., Suite 1600__  SUITE: ____
CITY: __Cleveland__  STATE: __OH__  ZIP: __44114__
FIRM/BUSINESS PHONE: (__216__) __830-6830__
FIRM FAX PHONE: (__216__) __830-6807__  E-MAIL ADDRESS: __cmarvinney@brouse.com__

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING (circle) |
|---|---|---|
| United States Supreme Court | 1991 | **Yes** / No* |
| United States Sixth Circuit Court of Appeals | 1984 | **Yes** / No* |
| United States District Court D. Colorado | 1999 | **Yes** / No* |

*see attached
(An Original Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| CASE NUMBER | TITLE OF ACTION | DATE GRANTED OR DENIED* |
|---|---|---|
| | | none |
| | | |

*EXPLAIN: _____

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.

If you answer YES to either of the following questions, please explain all circumstances on a separate page.
   Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court? Y / **N**
   Have you ever been disbarred from practice in any Court? Y / **N**

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I have read and will ascribe to the Standards for Professional Conduct, and will comply with LRCiv 83.1(c).

__April 10, 2008__           __[signature]__
Date                Signature of Applicant

pHX070022

(Rev. 11/06)

*Court Admissions continued

United States District Court for the Southern District of Ohio, Admitted 1989, in good standing

United States District Court for the Northern District of Ohio, Admitted 1982, in good standing

Ohio State Supreme Court, admitted November 1982, in good standing

711798

AO 136
(Rev. 10/98)

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA  }  ss.

NORTHERN DISTRICT OF OHIO

I, GERI M. SMITH, Clerk of the United States Court for the Northern District of Ohio, Eastern Division,

**DO HEREBY CERTIFY**, that **CRAIG A. MARVINNEY**, 0004951, was duly admitted to practice in said Court on **November 26, 1982** and is in good standing as a member of the bar of said Court.

Dated at Cleveland, OH

on April 3, 2008

**GERI M. SMITH**
**Clerk of Court**

By: _____
**Deputy Clerk**