| | |
|---|---|
| 1 | E. SCOTT DOSEK #012114 |
| | JOHN P. PASSARELLI #16018 (NE) |
| 2 | KUTAK ROCK LLP |
| | Suite 300 |
| 3 | 8601 North Scottsdale Road |
| | Scottsdale, AZ  85253-2742 |
| 4 | (480) 429-5000 |
| | Facsimile: (480) 429-5001 |
| 5 | *Attorneys for Plaintiff* |
| | *SOILWORKS, LLC, an Arizona corporation* |

## UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation, | NO.: 2:06-CV-2141-DGC |
| Plaintiff / Counterdefendant / Counterclaimant, | **NOTICE OF SERVICE OF SOILWORKS, LLC'S SUPPLEMENTAL RESPONSE TO MIDWEST'S FIRST SET OF INTERROGATORIES** |
| v. | |
| MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona, | |
| Defendant / Counterclaimant / Counterdefendant. | |

Plaintiff Soilworks, LLC by and through its counsel undersigned hereby provides Notice to the Court that it has on April 17, 2008 served upon Defendant Midwest Industrial Supply, Inc. its Supplemental Response to Midwest's First Set of Interrogatories in accordance to the provisions of Rule 26 of the Federal Rules of Civil procedure.

Dated this 23rd day of April, 2008.

4832-6662-6306.1

KUTAK ROCK LLP


By /s/ E. Scott Dosek
    E. Scott Dosek, Esq.
    John P. Passarelli, Esq.
    Suite 300
    8601 North Scottsdale road
    Scottsdale, AZ 85253-2742
    *Attorneys for Plaintiff Soilworks, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23rd 2008, the foregoing NOTICE OF SERVICE OF SOILWORKS, LLC'S SUPPLEMENTAL RESPONSE TO MIDWEST'S FIRST SET OF INTERROGATORIES was filed electronically. Notice of this filing will be sent to all parties by operations of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                            s/ Amy S. Fletcher