Craig A. Marvinney, 0004951 (OH)
John M. Skeriotis, 0069263 (OH)
Jill A. Bautista, 0075560 (OH)
BROUSE MCDOWELL
388 S. Main Street, Suite 500
Akron, Ohio 44311-4407
Telephone: 330-535-5711
Facsimile: 330-253-8601
Email: cmarvinney@brouse.com,
       jskeriotis@brouse.com,
       jbautista@brouse.com
*Admitted pro hac vice*

Donald L. Myles, Jr., 007464(AZ)
JONES, SKELTON & HOCHULI, P.L.C.
2901 N. Central Ave., Suite 800
Phoenix, Arizona 85012
Telephone: 602-263-1700
Facsimile: 602-263-1784
Email: dmyles@jshfirm.com

*Attorneys for Defendant/Counterclaimant
Midwest Industrial Supply, Inc.*

# UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**MIDWEST INDUSTRIAL SUPPLY, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>***ORAL ARGUMENT REQUESTED*** |

Pursuant to Rule 56(d) of the Federal Rules of Civil Procedure and Local Rule 56.1 of the United States District Court for the District of Arizona, Midwest Industrial Supply, Inc. ("Midwest") moves the Court to enter summary judgment in favor of Midwest and against Soilworks, LLC ("Soilworks") as follows:

(1) a declaration that Midwest's U.S. Patents Nos. 7,074,266 ("Patent '266") and 7,081,270 ("Patent '270) are valid for purposes of Count III of Midwest's Counterclaims (declaratory judgment action for validity and infringement of Patent '270), Midwest's Counterclaim to Soilworks' Counterclaim (declaratory judgment action for validity and infringement of Patent '266), Count II of Soilworks' Complaint (declaratory judgment action for invalidity and non-infringement of Patent '270), and Soilworks' Counterclaim (declaratory judgment action for invalidity and non-infringement of Patent '266).

(2) a declaration that Soilworks is liable for the claims asserted by Midwest in Count I (federal trademark infringement, false designation, and unfair competition under Section 43(a) of the Lanham Act), Count II (false advertising under Section 43(a) of the Lanham Act), and Count IV (unfair competition under common law) of Midwest's Counterclaims;

(3) a declaration that Count IV (tortious interference with business relationship and expectancy under common law) and Count VI (unfair competition under common law) of Soilworks' Complaint are preempted by federal patent law and therefore are dismissed; and

(4) a declaration that Midwest is not liable for the claims asserted by Soilworks in

Count I (false advertising under Section 43(a) of the Lanham Act), Counts IV and Count VI of Soilworks Complaint and, therefore, these Counts of the Complaint are dismissed.

As supported by Midwest's accompanying *Statement of Material Facts* and explained more fully in Midwest's accompanying *Memorandum in Support of Motion for Summary Judgment*, there are no genuine issues of material fact relevant to any of these issues and the record evidence establishes that Midwest is entitled to declaratory judgment as a matter of law with respect to each of these issues.[1]

By: /s/ Jill Bautista
Craig A. Marvinney, 0004951 (OH)
John M. Skeriotis, 0069263 (OH)
Jill A. Bautista, 0075560 (OH)
BROUSE MCDOWELL
388 S. Main Street, Suite 500
Akron, Ohio 44311-4407
Telephone: 330-535-5711
Facsimile: 330-253-8601
Email: cmarvinney@brouse.com,
jskeriotis@brouse.com,
jbautista@brouse.com
*Admitted pro hac vice*

Donald L. Myles, Jr., 007464 (AZ)
JONES, SKELTON & HOCHULI, P.L.C.
2901 N. Central Ave., Suite 800
Phoenix, Arizona 85012
Telephone: 602-263-1700

---

[1] For clarification, Midwest is not presently moving for a summary judgment determination on Soilworks' infringement of Midwest's Patent '266 and Patent '270 or on Soilworks' liability for Count V of Midwest's Counterclaim (unjust enrichment). Issues of damages and other appropriate relief as related to Counts I, II, and IV of Midwest's Counterclaims are also reserved by Midwest for trial or other dispositive procedure. Additionally, there is not a Count V set forth in Soilworks' Complaint and the Court previously ruled Count III of Soilworks' Complaint would be construed as part of Soilworks' Lanham Act claim (*see* March 5, 2007 Order Denying Motion to Dismiss, ECF #10).

Facsimile: 602-263-1784
Email: dmyles@jshfirm.com

*Attorneys for Defendant/Counterclaimant
Midwest Industrial Supply, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **MIDWEST INDUSTRIAL SUPPLY, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** has been electronically filed on this 9th day of May, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jill A. Bautisa
Jill A. Bautista

Doc. No. 715138.2