| | |
|---|---|
| E. SCOTT DOSEK #012114<br>JOHN P. PASSARELLI #16018 (NE)<br>KUTAK ROCK LLP<br>Suite 300<br>8601 North Scottsdale Road<br>Scottsdale, AZ 85253-2742<br>(480) 429-5000<br>Facsimile: (480) 429-5001<br><br>*Attorneys for Plaintiff*<br>*SOILWORKS, LLC, an Arizona corporation* | |

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>    Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>    Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**PLAINTIFF'S RESPONSE AND OBJECTIONS TO MIDWEST'S STATEMENT OF FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Plaintiff Soilworks hereby submits its responses and objections to Midwest's Statement of Facts in Support of its Motion for Partial Summary Judgment pursuant to United States District Court Local Rule 56.1 as follows:

1. Undisputed.
2. Undisputed.
3. Disputed as not supported by any admissible evidence in this record.
4. Undisputed.
5. Undisputed.

4828-5035-2386.1

6. Undisputed except as to reference to Synthetic Organic Dust Control, which is not at issue in this case.

7. Undisputed.

8. Undisputed.

9. Disputed as not supported by any admissible evidence in this record.

10. Disputed. Irrelevant. Trademark of Synthetic Organic Dust Control is not at issue in this case.

11. Disputed. Irrelevant. Trademark of Synthetic Organic Dust Control is not at issue in this case.

12. Disputed. Irrelevant. Trademark of Synthetic Organic Dust Control is not at issue in this case.

13. Disputed. Irrelevant. Trademark of Synthetic Organic Dust Control is not at issue in this case.

14. Disputed as not supported by any admissible evidence. Furthermore, it is irrelevant because the trademark of Synthetic Organic Dust Control is not at issue in this case.

15. Undisputed.

16. Undisputed.

17. Undisputed.

18. Undisputed.

19. Undisputed.

20. Undisputed.

21. Undisputed.

22. Undisputed.

23. Undisputed.

24. Undisputed.

25. Disputed in all respects.

26. Disputed as not supported by any admissible evidence in this record.

27. Undisputed.

28. Undisputed.

| | | |
|---|---|---|
| 1 | 29. | Undisputed. |
| 2 | 30. | Undisputed. |
| 3 | 31. | Undisputed. |
| 4-5 | 32. | Disputed. Irrelevant. Trademark of Synthetic Organic Dust Control is not at issue in this case. |
| 6-7 | 33. | Disputed. Irrelevant. Trademark of Synthetic Organic Dust Control is not at issue in this case. |
| 8 | 34. | Disputed. Irrelevant. Trademark of Synthetic Organic Dust Control is not at issue in this case. |
| 9-10 | 35. | Disputed. Irrelevant. Trademark of Synthetic Organic Dust Control is not at issue in this case. |
| 11-12 | 36. | Disputed. Irrelevant. Trademark of Synthetic Organic Dust Control is not at issue in this case. |
| 13-14 | 37. | Disputed. Irrelevant. Trademark of Synthetic Organic Dust Control is not at issue in this case. |
| 15 | 38. | Undisputed. Soilworks use of keywords is in accord with applicable law and mirrors the conduct of Midwest. |
| 16 | 39. | Undisputed. |
| 17 | 40. | Undisputed. |
| 18 | 41. | Undisputed. |
| 19 | 42. | Undisputed. |
| 20 | 43. | Undisputed. |
| 21 | 44. | Undisputed. |
| 22 | 45. | Disputed as not supported by any admissible evidence in this record. |
| 23 | 46. | Undisputed. |
| 24 | 47. | Undisputed. |
| 25 | 48. | Undisputed. |
| 26 | 49. | Undisputed. |
| 27 | 50. | Disputed as not supported by any admissible evidence in this record. |

51. Disputed as not supported by any admissible evidence in this record.

52. Disputed. *See* **Ex. 5** attached to Soilworks' Response to Motion for Summary Judgment filed contemporaneously herewith.

53. Undisputed.

54. Disputed as not supported by any admissible evidence in this record.

55. Disputed as not supported by any admissible evidence in this record.

56. Disputed as not supported by any admissible evidence in this record.

57. Undisputed.

58. Undisputed.

59. Undisputed.

60. Undisputed.

61. Disputed. Irrelevant.

62. Undisputed.

63. Undisputed.

64. Disputed as not supported by any admissible evidence in this record.

65. Undisputed.

66. Undisputed.

67. Disputed as not supported by any admissible evidence in this record.

68. Undisputed.

69. Undisputed as to the existence and sending of the letter by Mr. Passarelli. Midwest's mischaracterization of that letter is disputed.

70. Undisputed.

71. Soilworks does not dispute the sending of letters by Midwest. Soilworks disputes the contents of those letters.

72. Disputed as identifying incomplete evidentiary sources of claim.

73. Undisputed.

74. Undisputed.

75. Disputed as identifying incomplete evidentiary sources of claim.

| | | |
|---|---|---|
| 1 | 76. | Disputed as identifying incomplete evidentiary sources of claim. |
| 2 | 77. | Undisputed. |
| 3 | 78. | Disputed as not supported by any admissible evidence in this record. |
| 4 | 79. | Undisputed. |
| 5 | 80. | Undisputed. |
| 6 | 81. | Undisputed. |
| 7 | 82. | Undisputed. |
| 8 | 83. | Undisputed. |
| 9 | 84. | Undisputed. |
| 10 | 85. | Undisputed. |
| 11 | 86. | Undisputed. |

Dated this 12th day of June, 2008.

KUTAK ROCK LLP

By /s E. Scott Dosek
E. Scott Dosek
John P. Passarelli *(Pro Hac Vice)*
Suite 300
8601 North Scottsdale road
Scottsdale, AZ  85253-2742

*Attorneys for Plaintiff*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on June 12th, 2008, the foregoing Plaintiff's Response and |
| 3 | Objections to Midwest's Statement of Facts in Support of its Motion For Partial Summary |
| 4 | Judgment was filed electronically. Notice of this filing will be sent to all parties by |
| 5 | operations of the Court's electronic filing system. Parties may access this filing through the |
| 6 | Court's system. |

                          /s Amy S. Fletcher
                          Amy S. Fletcher