**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Soilworks, LLC, an Arizona corporation,<br><br>    Plaintiff/Counterdefendant/<br>    Counterclaimant,<br><br>vs.<br><br>Midwest Industrial Supply, Inc., an Ohio corporation authorized to do business in Arizona,<br><br>    Defendant/Counterclaimant/<br>    Counterdefendant. | No. CV-06-2141-PHX-DGC<br><br>**ORDER** |

On August 7, 2008, the Court issued an order granting in part and denying in part the parties' motions for summary judgment. Dkt. #94; *see* Dkt. ##78-79. Midwest has filed a motion for clarification of that order. Dkt. #97.

In summarizing its rulings, the Court stated that "[s]ummary judgment is denied with respect to Midwest's claims for a declaratory judgment that Soilworks infringes the '266 and '270 Patents." Dkt. #94 at 24-25, ¶ 1(h). Midwest seeks clarification that "it is *Soilworks'* summary judgment motion that is denied" with respect to Midwest's claims for infringement. Dkt. #97 at 3-4 (emphasis in original).

As Midwest correctly notes in its motion, it did not seek summary judgment on its infringement claims. *Id.* at 3 (citing Dkt. #78 at 3 n.1). Midwest is therefore correct in concluding that when the Court denied summary judgment with respect to Midwest's

infringement claims, it was denying Soilworks' request for summary judgment. *See* Dkt. #94 at 22-23.

**IT IS ORDERED:**

1. Midwest's motion for clarification (Dkt. #97) is **granted**.
2. In its August 7, 2008 order, the Court denied Soilworks' summary judgment motion with respect to Midwest's claims for a declaratory judgment of infringement.

DATED this 5th day of September, 2008.

_____
David G. Campbell
United States District Judge