Soilworks LLC v Midwest Industrial Supply Inc — Doc. 99

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: CIV LR 5.4, 7.(6)(1), 7.1 (b)(1)

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 0 5 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
                        DEPUTY

United States District Court
District of Arizona

Soilworks LLC;
Jonathan Lee Riches, movant
V.
Midwest Industrial Supply Inc

CV-06-2141-PHX-DGC

## Notice of Appeal

Jonathan Lee Riches moves to appeal this case. I was denied Rule 24(A)2- as a matter of Right. Intervention in this case. This court did not let me intervene, I now Appeal to the appeals court

I appeal

9-1-08

Jonathan Lee Riches
#40948-018 FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-4400

Jonathan Lee Riches, pro se

Dockets.Justia.com

Legal Mail

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE SC 295
03 SEP 2008 PM 2 L

United States District Court
District of Arizona
Clerk of Court
O'connor U.S. Courthouse
401 W. Washington St,
Phoenix, Arizona 85003

RICHARD H. WEARE, CLERK
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
SEP 0 5 2008