UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
**Court of Appeals No.** _____

**CASE INFORMATION:**
Short Case Title:   Soilworks LLC v. Midwest Industrial Supply, Inc.
District, Division & Judge      **AZ - PHX** - Judge David G. Campbell
**District Court Case No.  CV 06-2141-PHX-DGC**
Date Complaint _____ Filed:   9/7/06
Date Appealed order/judgment *entered*:   N/A (a motion and order re intervention never filed)

Date NOA *filed*:  9/5/08 (appellant not a party to the case)
Date of Indictment/Information _____ Plea Hearing _____ Sentencing _____

COA Status (check one):     ☐ granted in full (attach order)      ☐ denied in full (send record)
                            ☐ granted in part (attach order)      ☐ pending
                            ☐ no COA required (2241)

☐ Certificate of Record included - No Court Reporter

Court Reporter(s) Name & Phone Number:   Patricia Lyons, 602-322-7257

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: _____          Date Docket Fee Billed: _____
Date IFP granted: _____              Date IFP denied: _____
Is IFP pending? ☐ yes  ☒ no              Was IFP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list: _____

*Please attach copy of any order granting, denying or revoking IFP.*

**COUNSEL INFORMATION (please include email address)**
Appellate Counsel:                        Appellee Counsel:


☐ retained   ☐ CJA   ☐ FPD  ☒ Pro Se   ☐ Other -----  *Please attach appointment order.*
☒ **See attached docket for names/addresses/phone numbers**

**DEFENDANT INFORMATION**
Prisoner ID _____           Address:
Custody  ☒ yes  ☐ no            Bail _____


Other docs included in this packet:

Name & Phone Number of Person Completing this Form:   s/Tammy Johnson
                                                     602-322-7204
**Ninth Circuit  -  Please acknowledge receipt of this appeal on the enclosed copy**.

All electronically filed documents are available on PACER.