| | |
|---|---|
| 1 | E. SCOTT DOSEK #012114 |
| | JOHN P. PASSARELLI #16018 (NE) |
| 2 | KUTAK ROCK LLP |
| | Suite 300 |
| 3 | 8601 North Scottsdale Road |
| | Scottsdale, AZ 85253-2742 |
| 4 | (480) 429-5000 |
| | Facsimile: (480) 429-5001 |
| 5 | *Attorneys for* |
| | *Plaintiff/Counterdefendant/Counterclaimant* |
| 6 | *Soilworks, LLC* |
| 7 | CRAIG A. MARVINNEY #0004951 (OH) |
| | BROUSE MCDOWELL |
| 8 | 1001 Lakeside Avenue, Suite 1600 |
| | Cleveland, OH 44114 |
| 9 | (216) 830-6830 |
| | *Attorneys for* |
| 10 | *Defendant/Counterclaimant/Counterdefendant* |
| | *Midwest Industrial Supply, Inc.* |
| 11 | |
| 12 | JOHN M. SKERIOTIS #0069263 (OH) |
| | BROUSE MCDOWELL |
| 13 | 388 S. Main Street, Suite 500 |
| | Akron, OH 44311-4407 |
| 14 | (330-535-5711 |
| | Facsimile: (330) 253-8601 |
| 15 | *Attorneys for* |
| | *Defendant/Counterclaimant/Counterdefendant* |
| 16 | *Midwest Industrial Supply, Inc.* |

## UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation, | NO.: 2:06-CV-2141-DGC |
| Plaintiff / Counterdefendant / Counterclaimant, | **STIPULATED DESCRIPTION OF THE CASE** |
| v. | (Before the Honorable David G. Campbell) |
| MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona, | |
| Defendant / Counterclaimant / Counterdefendant. | |

4838-8394-1634.1

Pursuant to the Court's Pretrial Order dated August 7, 2008, the following is the parties' stipulated description of the case:

The Plaintiff in this case is a limited liability company by the name of Soilworks, LLC ("Soilworks"). The Defendant and Counterclaimant is a corporation known as Midwest Industrial Supply, Inc. ("Midwest"). Soilworks and Midwest are competitors in the dust control and soil stabilization industry, manufacturing and distributing products used in connection with construction projects, unpaved roads, airports and helipads, and numerous other applications. Both companies have asserted claims that the other company has not competed fairly and lawfully within the marketplace. Soilworks claims that Midwest has published false and misleading advertisements about its own and Soilworks' business, and that Soilworks has been damaged as a result of those advertisements. Midwest has been granted patents by the United States Patent and Trademark Office for certain formulations used in some of its products and certain methods for the use of those products. Midwest claims that one or more of Soilworks' products infringes those patents. Midwest also claims that Soilworks has wrongfully used Midwest's trademark "Soil Sement" in Soilworks' own advertising and promotion.

Both of the parties allege claims for damages suffered as a result of the conduct of the other and both of the parties are asking that the other party be prohibited from engaging in certain conduct and activities.

Dated this 19th day of September, 2008.

KUTAK ROCK LLP

By  /s E. Scott Dosek
E. Scott Dosek, Esq.
John P. Passarelli, Esq.
Suite 300
8601 North Scottsdale road
Scottsdale, AZ  85253-2742
*Attorneys for Plaintiff Soilworks, LLC*

BROWSE MCDOWELL

By /s Craig A. Marvinney
Craig A. Marvinney, Esq.
1001 Lakeside Avenue, Suite 1600
Cleveland, OH 44114
*Attorneys for Midwest Industrial Supply, Inc.*

BROWSE MCDOWELL

By /s John M. Skeriotis
John M. Skeriotis, Esq.
388 S. Main Street, Suite 500
Akron, OH 44311-4407
*Attorneys for Defendant Midwest Industrial Supply, Inc.*

**COPY** of the foregoing electronically filed
this 19th day of September, 2008, and copies electronically
submitted this same date to:

Donald L. Myles, Jr., Esq.
Jones, Skelton & Hochuli PLC
2901 North Central Avenue
Suite 800
Phoenix, Arizona 85012
dmyles@jshfirm.com
*Attorneys for Defendant Midwest Industrial Supply, Inc.*

By: s/Amy Fletcher