E. SCOTT DOSEK #012114
KUTAK ROCK LLP
8601 North Scottsdale Road, Suite 300
Scottsdale, AZ 85253-2742
Telephone: 480-429-5000
Facsimile: 480-429-5001
Email: scott.dosek@kutakrock.com
*Attorneys for Plaintiff/Counterdefendant/Counterclaimant Soilworks, LLC*

JOHN P. PASSARELLI #16018 (NE)
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102-2186
(402) 346-6000
Facsimile: (402) 346-1148
Email: john.passarelli@kutakrock.com
*Attorneys for Plaintiff/Counterdefendant/Counterclaimant Soilworks, LLC*

# UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>  Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>  Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**PLAINTIFF'S PROPOSED FORMS OF VERDICT** |

Attached are Plaintiff's proposed forms of verdict.

Dated this 19th day of September, 2008.

KUTAK ROCK LLP


By  /s E. Scott Dosek
E. Scott Dosek, Esq.
8601 North Scottsdale Road, Suite 300
Scottsdale, AZ 85253-2742
*Attorneys for Plaintiff Soilworks, LLC*

4826-4727-9619.1

1. **Soilworks' Lanham Act False Advertising Claim:**

We, the jury, duly empanelled and sworn in the above-entitled action, upon our oaths, do find in favor of Plaintiff/Counterdefendant Soilworks on its Lanham Act False Advertising Claim, and find Soilworks' full damages to be $_____.

| | |
|---|---|
| _____ | _____ |
| Juror 1 | Juror 7 |
| _____ | _____ |
| Juror 2 | Juror 8 |
| _____ | _____ |
| Juror 3 | Juror 9 |
| _____ | _____ |
| Juror 4 | Juror 10 |
| _____ | _____ |
| Juror 5 | Juror 11 |
| _____ | _____ |
| Juror 6 | Foreperson |

2. **Soilworks' Common Law Unfair Competition Claim:**

We, the jury, duly empanelled and sworn in the above-entitled action, upon our oaths, do find in favor of Plaintiff/Counterdefendant Soilworks on its Common Law Unfair Competition Claim, and find Soilworks' full damages to be $_____.

_____        _____
Juror 1                                Juror 7

_____        _____
Juror 2                                Juror 8

_____        _____
Juror 3                                Juror 9

_____        _____
Juror 4                                Juror 10

_____        _____
Juror 5                                Juror 11

_____        _____
Juror 6                                Foreperson

3. **Midwest's Lanham Act False Advertising Claim:**

We, the jury, duly empanelled and sworn in the above-entitled action, upon our oaths, do find in favor of Plaintiff/Counterdefendant Soilworks.

_____  _____
Juror 1                       Juror 7


_____  _____
Juror 2                       Juror 8


_____  _____
Juror 3                       Juror 9


_____  _____
Juror 4                       Juror 10


_____  _____
Juror 5                       Juror 11


_____  _____
Juror 6                       Foreperson

4. **Midwest's Lanham Act Trademark Infringement, False Designation of Origin, and Unfair Competition Claim:**

We, the jury, duly empanelled and sworn in the above-entitled action, upon our oaths, do find in favor of Plaintiff/Counterdefendant Soilworks.

| | |
|---|---|
| _____ | _____ |
| Juror 1 | Juror 7 |
| _____ | _____ |
| Juror 2 | Juror 8 |
| _____ | _____ |
| Juror 3 | Juror 9 |
| _____ | _____ |
| Juror 4 | Juror 10 |
| _____ | _____ |
| Juror 5 | Juror 11 |
| _____ | _____ |
| Juror 6 | Foreperson |

5. **Midwest's State Law Unfair Competition Claim:**

We, the jury, duly empanelled and sworn in the above-entitled action, upon our oaths, do find in favor of Plaintiff/Counterdefendant Soilworks.

_____    _____
Juror 1                                                       Juror 7

_____    _____
Juror 2                                                       Juror 8

_____    _____
Juror 3                                                       Juror 9

_____    _____
Juror 4                                                       Juror 10

_____    _____
Juror 5                                                       Juror 11

_____    _____
Juror 6                                                       Foreperson

6. **Midwest's Unjust Enrichment Claim:**

We, the jury, duly empanelled and sworn in the above-entitled action, upon our oaths, do find in favor of Plaintiff/Counterdefendant Soilworks.

_____
Juror 1

_____
Juror 2

_____
Juror 3

_____
Juror 4

_____
Juror 5

_____
Juror 6

_____
Juror 7

_____
Juror 8

_____
Juror 9

_____
Juror 10

_____
Juror 11

_____
Foreperson

7. **Midwest's Patent Claim:**

We, the jury, duly empanelled and sworn in the above-entitled action, upon our oaths, do find in favor of Plaintiff/Counterdefendant Soilworks.

_____  _____
Juror 1                          Juror 7

_____  _____
Juror 2                          Juror 8

_____  _____
Juror 3                          Juror 9

_____  _____
Juror 4                          Juror 10

_____  _____
Juror 5                          Juror 11

_____  _____
Juror 6                          Foreperson

| | |
|---|---|
| 1 | **COPY** of the foregoing electronically filed this 19th day of September, 2008, and copies electronically |
| 2 | submitted this same date to: |
| 3 | CRAIG A. MARVINNEY #0004951 (OH) |
| | BROUSE MCDOWELL |
| 4 | 1001 Lakeside Avenue, Suite 1600 |
| | Cleveland, OH 44114 |
| 5 | (216) 830-6830 |
| | *Attorneys for Defendant/Counterclaimant/Counterdefendant Midwest Industrial Supply,* |
| 6 | *Inc.* |
| 7 | JOHN M. SKERIOTIS #0069263 (OH) |
| | BROUSE MCDOWELL |
| 8 | 388 S. Main Street, Suite 500 |
| | Akron, OH 44311-4407 |
| 9 | (330-535-5711 |
| | Facsimile: (330) 253-8601 |
| 10 | *Attorneys for Defendant/Counterclaimant/Counterdefendant Midwest Industrial Supply,* |
| | *Inc.* |
| 11 | |
| 12 | Donald L. Myles, Jr., Esq. |
| | JONES, SKELTON & HOCHULI PLC |
| 13 | 2901 North Central Avenue |
| | Suite 800 |
| | Phoenix, Arizona 85012 |
| 14 | dmyles@jshfirm.com |
| | *Attorneys for Defendant Midwest Industrial Supply, Inc.* |
| 15 | |
| 16 | By: __s/Amy Fletcher_____ |