# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## CIVIL EXHIBIT LIST

_____ Preliminary Injunction  _____ TRO  ___ Non-Jury Trial  __X__ Jury Trial

Case Number 2:06-CV-02141-DGC  Judge Code __DGC__  Date _____

_Soilworks, LLC_ _____ vs. _____ _Midwest Industrial Supply, Inc._ _____

__X__ Plaintiff / Petitioner                    _____ Defendant /Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 1. | | | Letter dated 07/27/06 from Vitale to Shooner of Polar Supply (Bates # SBS 000006-16) |
| 2. | | | Midwest's Claim Construction Chart for Patent # '266 |
| 3. | | | Midwest's Claim Construction Chart for Patent # '270 |
| 4. | | | Midwest's Responses to Soilworks 1st Set of Interrogatories |
| 5. | | | Midwest's Responses to Soilworks 2nd Set of Interrogatories, 2nd RFP |
| 6. | | | Comparison chart of Patent '266 against Durasoil |
| 7. | | | Comparison chart of Patent '270 against Durasoil |
| 8. | | | Product specification of "Envirokleen" (Bates # MID 0002-5) |
| 9. | | | Midwest's article on Dust Control and Soil Stabilization and Water Quality dated 11/07/00 (Bates # MID 0433-436) |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 10. | | | EnviroKleen material safety data sheet – revised date August 14, 2006 |
| 11. | | | EnviroKleen material safety data sheet - revised date July 9, 1998 (Bates # MID 1035-1040) |
| 12. | | | Midwest's Press Release regarding its issued patents (Bates # MID 0442) |
| 13. | | | EK35® Intense Use Dust Control Agent – Performance and Environmental Data (Bates # MID 0545-0581) |
| 14. | | | Draft Environmental and Toxi-cological Analysis Report for EK-35® dated April 25, 2003 (Bates # MID 1082-1100) |
| 15. | | | EK-35® Environmental Message, February 2001 (Bates # MID1187-1192) |
| 16. | | | 2007 Dust Suppressant/Soil Stabilization Product Descriptions (Bates # 1622-1627) |
| 17. | | | Letter dated 10/3/07 from Passarelli to Skeriotis w/confidential attachment re: Durasoil |
| 18. | | | Soilworks – Durasoil: Material Safety Data Sheet (09/24/2004) |
| 19. | | | ConocoPhillips: Pure Performance ® Group II base oil internet printout |
| 20. | | | ConocoPhillips: Pure Performance ® Group II base oil specifications |
| 21. | | | Letter dated 07/18/06 from Passarelli to Skeriotis |
| 22. | | | Letter dd 07/27/06 from Passarelli to Skeriotis |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 23. | | | Letter dated 08/08/06 from Skeriotis to Passarelli w/patent documents attached |
| 24. | | | Email chain dated 11/2006 between Chad / Dorian Falkenberg and Steve Gordner of Polar Supply (Bates # SBS 000391-392) |
| 25. | | | Email dated 12/12/06 from Dorian Falkenberg to Steve Gordner re: indemnification letter (Bates # SBS 000389) |
| 26. | | | Indemnification letter dated 12/12/06 from Soilworks to Steve Gordner, Polar Supply (Bates # SBS 000001) |
| 27. | | | Item P-167 Dust Pallative (Bates # SBS 000774) |
| 28. | | | Durasoil product information |
| 29. | | | Soilworks – Durasoil: Material Safety Data Sheet (printed: 04/06/2008) |
| 30. | | | Soilworks' price list schedule for contract # GS-07F-0235M |
| 31. | | | Google search for: soil sement and links thereto dated 2/1/2005 |
| 32. | | | Google search for: soil sement and links thereto dated 1/31/2005 |
| 33. | | | Soiltac: HTML |
| | | | |
| | | | |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

___ Preliminary Injunction  ___ TRO  ___ Non-Jury Trial  X Jury Trial

Case Number <u>CV-06-2141-PHX</u>  Judge Code <u>DGC</u>  Date _____

<u>Soilworks, LLC</u>  v. <u>Midwest Industrial Supply, Inc.</u>

___ Plaintiff/Petitioner    X Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted into Evidence | Description |
|---|---|---|---|
| 51 | | | Trademark Registration No. 1,204,198 of Soil-Sement® |
| 52 | | | Trademark Registration No. 2,222,732 of Soil-Sement |
| 53 | | | US Army Corps of Engineers' Evaluation of Expedient Methods for Mitigating Dust on Helipads |
| 54 | | | GSA Advantage Website's Search Results for "soiltac" |
| 55 | | | Letter from Keith Day of Forever Green to Chad Falkenberg Re: Unauthorized Charges by Soilworks |
| 56 | | | Letter from Mike Bronson of BP Exploration requesting information about Durasoil |
| 57 | | | Letter from Chad Falkenberg to BP Exploration regarding Durasoil |
| 58 | | | Letter from David J. Rath of Speedie and Associates to Soilworks regarding Shasta Union High School |
| 59 | | | Letter from Dennis Engineering Co. regarding the problems with the Town of Estancia, Airport Improvements Project |
| 60 | | | Letter from Chad Falkenberg regarding Town of Estancia, Airport Improvements Project |
| 61 | | | Letter from Steve Watters of Cal State San Marcos to Chad Falkenberg regarding Soiltac, Corporate Yard |

| | | | |
|---|---|---|---|
| 62 | | | Bid Schedule for State of Alaska ITB NRMOA-1100J005 filled out by Polar Supply Co. |
| 63 | | | State of Alaska Control Materials Lab Laboratory Report for Soil Cement |
| 64 | | | Email from West Gary to Chad Falkenberg regarding Soilworks' products |
| 65 | | | Email from Steve Hickman to Chad Falkenberg regarding brochures for Soilworks' products |
| 66 | | | Fax from Steve Hickman to Chad Falkenberg regarding the dust palliative requirements for AK Dept. of Transportation Chevak Airport Project |
| 67 | | | Letter from Chad Falkenberg to Steve Hickman regarding Durasoil meeting the required specifications for the Chevak Airport Project |
| 68 | | | Letter from John Skeriotis to Douglas Allsworth of Kutak Rock regarding Midwest's Upcoming Patents |
| 69 | | | Patent For Method of Chemical Soil Stabilization and Dust Control No. US 7,074,266 |
| 70 | | | Patent for Method of Chemical Soil Stabilization and Dust Control No. US 7,081,270 |
| 71 | | | State of Alaska's Invitation to Bid # NRMOA-926K009 filled out by Robert Vitale |
| 72 | | | Letter from Robert Vitale to Donald Dunavant of Polar Supply regarding Midwest's patents and Soilworks possible infringement |
| 73 | | | State of Alaska's Notice of Intent to Award Contract for Bid Number NRMOA-926K009 listing Midwest and Polar Supply as bidders |
| 74 | | | Fax from Steve Hickman to Chad Falkenberg regarding Bethel Soil Test Results |
| 75 | | | Email from Jim Simko to Robert Vitale stating only other bidder was Polar Supply |
| 76 | | | Fax from Steve Hickman to Chad |

|   |   |   |   | |
|---|---|---|---|---|
|   |   |   |   | Falkenberg enclosing surface treatment requirement for Kokhanok |
| 77 |   |   |   | Fax from Marina Landscape regarding requirements for dust control |
| 78 |   |   |   | Letter from Chad Falkenberg to Mr. and Mrs. Holzner regarding Durasoil |
| 79 |   |   |   | Email from Jeb Tingle to Chad Falkenberg regarding quote for powdered Soiltac |
| 80 |   |   |   | Material Estimate for Talkeetna ARRC Curry Ballast from Polar Supply |
| 81 |   |   |   | Material Estimate for Kotzebue from Polar Supply |
| 82 |   |   |   | State of Alaska's Invitation to Bid Number NRMOA-1100J005` |
| 83 |   |   |   | Email from David Brummer to Morgan Stimming at Soilworks regarding questions about dust control products |
| 84 |   |   |   | Letter from Chad Falkenberg to Polar Supply Co. regarding application of Durasoil for State of Alaska Bid No. NRMOA-1100J005 |
| 85 |   |   |   | State of Alaska's Notice of Intent to Award a Contract for Bid No. NRMOA-1100J005 with Midwest and Polar Supply among the Bidders |
| 86 |   |   |   | Soilworks, LLC's Answers to Midwest Industrial Supply, Inc's First Set of Interrogatories |
| 87 |   |   |   | Soilworks, LLC's Responses to Midwest Industrial Supply, Inc.'s first Request for Production of Documents and Things |
| 88 |   |   |   | Email from Jessica Li to Corinna Matiacio regarding specs for soil stabilization polymer |
| 89 |   |   |   | Trademark Registration of Synthetic Organic Dust Control Registration No. 3,318,243 |
| 90 |   |   |   | Letter from Jill Bautista to Spenard Builders Supply regarding Subpoena to Polar Supply Company |
| 91 |   |   |   | Email from Chad Falkenberg to Steven Hickman regarding the use of Durasoil at Chevak Airport |
| 92 |   |   |   | Email from Steve Gordner to "DJ" |

| | | | | |
|---|---|---|---|---|
| | | | | attaching quote for Durasoil dust control |
| 93 | | | | Soilworks, LLC's Response to Midwest Industrial Supply, Inc's First Set of Request for Admissions to Soilworks, LLC |
| 94 | | | | Fax from E. Scott Dosek to John Skeriotis regarding deposition dates and Soilworks' production of documents |
| 95 | | | | Email from Grant Watts to Jill Bautista regarding Subpoena to Polar Supply Co. |
| 96 | | | | Print out of Durasoil homepage from archive.org |
| 97 | | | | Print out of Soilworks, LLC's Public Gallery from Picasa Web Albums |
| 98 | | | | Google Search Results for "soiltac" |
| 99 | | | | Letter from Jill Bautista to Grant Watts regarding Subpoena to Polar Supply Co. |
| 100 | | | | Miriam Webster Online Dictionary Definition of "manufacturer" |
| 101 | | | | Print-out of www.soilworks.com |
| 102 | | | | Print-out of www.soiltac.com |
| 103 | | | | Print-out from www.powderedsoiltac.com |
| 104 | | | | Print-out of Soiltac Product Information from www.soiltac.com |
| 105 | | | | Print-out from www.gorilla-snot.com |
| 106 | | | | Print-outs from durasoil.com |
| 107 | | | | Webster's New World Dictionary definition of "manufacturer" |
| 108 | | | | Definition of "manufacturer" from 15 USCA § 2051 |
| 109 | | | | Total Sales of Soiltac and Gorilla-Snot |
| 110 | | | | Total Sales of Durasoil |
| 111 | | | | HTML code for www.soiltac.com |
| 112 | | | | Source text for www.soilworks.com |
| 113 | | | | Source text for soilworks.com |
| 114 | | | | Archive.org results for www.soilworks.com in 2003 |
| 115 | | | | Dust Control Field Handbook from the US Army Corps of Engineers |
| 116 | | | | Durasoil Brochure |
| 117 | | | | Dust Abatement Handbook for US Marine Corps Systems Command |
| 118 | | | | Map of Alaska |
| 119 | | | | Soiltac Sales for 2003 |

| | | | |
|---|---|---|---|
| 120 | | | Soiltac Sales for 2004 |
| 121 | | | Soiltac Sales for 2005 |
| 122 | | | Soiltac Sales for 2006 |
| 123 | | | Soiltac Sales for 2007 |
| 124 | | | Gorilla-Snot Sales for 2006 |
| 125 | | | Gorilla-Snot Sales for 2007 |
| 126 | | | Durasoil Sales for 2003 |
| 127 | | | Durasoil Sales for 2004 |
| 128 | | | Durasoil Sales for 2005 |
| 129 | | | Durasoil Sales for 2006 |
| 130 | | | Durasoil Sales for 2007 |
| 131 | | | Soilworks, LLC's Response to Midwest Industrial Supply, Inc.'s Second Set of Interrogatories to Soilworks, LLC |