| | |
|---|---|
| 1 | E. SCOTT DOSEK #012114 |
| | JOHN P. PASSARELLI #16018 (NE) |
| 2 | KUTAK ROCK LLP |
| | Suite 300 |
| 3 | 8601 North Scottsdale Road |
| | Scottsdale, AZ 85253-2742 |
| 4 | (480) 429-5000 |
| | Facsimile: (480) 429-5001 |

*Attorneys for Plaintiff / Counterdefendant / Counterclaimant Soilworks, LLC*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation, | NO.: 2:06-CV-2141-DGC |
| Plaintiff / Counterdefendant / Counterclaimant, | **SOILWORKS, LLC'S RESPONSE TO MIDWEST INDUSTRIAL SUPPLY, INC.'S MOTION *IN LIMINE* (DOC. #105) TO BAR EVIDENCE REGARDING ANY LEGAL ADVICE SOILWORKS, LLC MAY HAVE RECEIVED CONCERNING MIDWEST'S PATENTS** |
| v. | |
| MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona, | |
| Defendant / Counterclaimant / Counterdefendant. | |
| | (Before the Honorable David G. Campbell) |

In response to Midwest's Motion *in Limine* with respect to legal advice Soilworks, LLC may have received regarding Midwest's patents ("Motion"), Soilworks gave full and complete answers to the written discovery propounded upon it by Midwest during the discovery process. Soilworks has never claimed that it relied on advice of counsel, or that any documents exist regarding such advice with respect to Midwest's patents.

For the foregoing reasons, Soilworks, LLC respectfully requests that the Court deny Midwest's Motion *in Limine* to Bar Evidence Regarding Any Legal Advice Soilworks, LLC May Have Received Concerning Midwest's Patents.

////

4821-8584-2179.1

Dated this 24th day of September, 2008.

           KUTAK ROCK LLP

          By /s E. Scott Dosek
            E. Scott Dosek, Esq.
            John P. Passarelli, Esq.
            8601 North Scottsdale Road #300
            Scottsdale, AZ 85253-2742
            *Attorneys for Plaintiff Soilworks, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2008, the foregoing **SOILWORKS, LLC'S RESPONSE TO MIDWEST'S MOTION *IN LIMINE* TO BAR EVIDENCE REGARDING ANY LEGAL ADVICE SOILWORKS, LLC MAY HAVE RECEIVED CONCERNING MIDWEST'S PATENTS** was filed electronically. Notice of this filing will be sent to all parties by operations of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s Amy S. Fletcher
        Amy S. Fletcher