Soilworks LLC v Midwest Industrial Supply Inc | Doc. 129

**FILED**

OCT 08 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| In re: JONATHAN LEE RICHES, | No. 08-80044 |
|---|---|
| Respondent. | DC#s CV-06-1537-DGC<br>CV-06-2141-DGC<br>CV-07-1824-JAT<br>CV-07-1923-JAT<br>CV-07-2026-JAT<br>CV-07-2204-FJM<br>Arizona (Phoenix)<br><br>ORDER |

Before: WARDLAW, W. FLETCHER and RAWLINSON, Circuit Judges.

This court has reviewed the six notices of appeal and accompanying documents filed September 5, 2008 in the above-referenced district court dockets pursuant to the pre-filing review order entered in this docket. Because the appeals are so insubstantial as to not warrant further review, they shall not be permitted to proceed. *See In re Thomas*, 508 F.3d 1225 (9th Cir. 2007).

A copy of this order served on the district court for the District of Arizona shall constitute the mandate of this court.

SVG/Pro Se

Dockets.Justia.com

No motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions shall be filed or entertained in this closed docket.

SVG/Pro Se