

ca9_ecfnoticing@ca9.uscourts.gov
10/08/2008 11:34 AM

To azddb_phxappeals@azd.uscourts.gov
cc
bcc
Subject 08-80044 n v. Jonathan Riches "Dispositive Order Filed"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 10/08/2008 at 11:33:36 AM PDT and filed on 10/08/2008

| | |
|---|---|
| **Case Name:** | n v. Jonathan Riches |
| **Case Number:** | 08-80044 |
| **Document(s):** | Document(s) |

**Docket Text:**
Order filed (KIM MCLANE WARDLAW, WILLIAM A. FLETCHER and JOHNNIE B. RAWLINSON) This court has reviewed the six notices of appeal and accompanying documents filed September 5, 2008 in the above-referenced district court dockets pursuant to the pre-filing review order entered in this docket. Because the appeals are so insubstantial as to not warrant further review, they shall not be permitted to proceed. See In re Thomas, 508 F.3d 1225 (9th Cir. 2007). A copy of this order served on the district court for the District of Arizona shall constitute the mandate of this court. No motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions shall be filed or entertained in this closed docket.

The following document(s) are associated with this transaction:
**Document Description:** Dispositive Order Filed
**Original Filename:** 08-80044b.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=10/08/2008] [FileNumber=6669336-0] [91ede1fcacc318d0907497f236c4197e9d83cae7b9c51599b36331b4b79bc8583482f716436c1a42807fb3261ee95d6aaf55124d1202268528a847020af49e92]]

**Notice will be electronically mailed to:**

USDC, Phoenix: azddb_phxappeals@azd.uscourts.gov

**Notice will be mailed to:**

Riches, Jonathan Lee
FCIW - FEDERAL CORRECTIONAL INSTITUTION (WILLIAMSBURG)
P.O. Box 340
Salters, SC 29590

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 6669336
**RELIEF(S) DOCKETED:**
  DENIED (CLOSING)
  to issue mandate (for dispositive orders which act as mandate only)
**DOCKET PART(S) ADDED:** 5858037, 5858038, 5858039, 5858040