**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Soilworks, LLC, an Arizona corporation, ) | No. CV-06-2141-PHX-DGC |
| ) | |
| Plaintiff/Counterdefendant/ ) | **ORDER** |
| Counterclaimant, ) | |
| ) | |
| vs. ) | |
| ) | |
| Midwest Industrial Supply, Inc., an Ohio ) | |
| corporation authorized to do business in ) | |
| Arizona, ) | |
| ) | |
| Defendant/Counterclaimant/ ) | |
| Counterdefendant. ) | |
| ) | |

Following the final pretrial conference, the Court has given additional thought to the trial and the relatively poorly prepared state of this case. The Court has decided that the parties should file pretrial memoranda, not to exceed 12 pages per side. The memoranda should be filed on or before the close of business on **January 9, 2009**. The memoranda shall address the following issues

     1.    <u>Patent Infringement.</u>

Following the final pretrial conference, the parties shall each specify the patent claims they believe to be at issue in this case and their understanding of the meaning of those claims. Midwest shall specify the claims it believes to be infringed by Soilworks' product. The parties shall further provide any briefing they believe will help the Court manage the patent infringement claim, including issues that might arise during the trial, evidentiary problems, and legal principles. Each side shall also

address the precise issues they believe the jury must decide as part of the patent infringement claim.

2. <u>Court Issues and Jury Issues</u>.

Each party shall identify the issues it believes must be resolved by the Court and those that must be resolved by the jury. The parties shall propose a procedure by which these issues can be resolved during trial.

3. <u>Jury Verdict Form</u>.

In light of the discussion at the final pretrial conference, the parties shall jointly prepare a proposed jury verdict form. The form shall be submitted to the Court by the close of business on **January 9, 2009**, and shall clearly identify each issue to be decided by the jury.

4. <u>Preliminary Jury Instructions</u>.

The Court is concerned about jury confusion in this case. The parties shall jointly prepare a concise preliminary jury instruction that specifies the issues the jury will be required to decide during the case. The purpose of this instruction will be to enable the jury to understand the issues it must consider as it goes through the trial. The proposed instruction shall be submitted to the Court by the close of business on **January 9, 2009**.

5. <u>Injunctive Relief</u>.

The parties shall address when and how the Court should consider and decide questions concerning injunctive relief, including the specific injunctive relief issues to be resolved.

6. <u>Attorneys' Fees</u>.

The parties shall address when and how attorneys' fees should be resolved in this case, and the standards by which they should be decided. In addition, the parties should address whether the Court or a jury decides if this is an exceptional case for purposes of attorneys' fees.

The matters addressed in these memoranda will be considered during the final conference to be held on **January 15, 2009**. The conference shall begin at 4:00 p.m., rather

1 | than at 4:30 p.m. as stated by the Court during the final pretrial conference.

2 | DATED this 16th day of October, 2008.

_____

David G. Campbell
United States District Judge