Craig A. Marvinney, 0004951 (OH)
John M. Skeriotis, 0069263 (OH)
Anastasia J. Wade, 0082797 (OH)
BROUSE MCDOWELL
388 S. Main Street, Suite 500
Akron, Ohio 44311-4407
Telephone: 330-535-5711
Email: cmarvinney@brouse.com,
       jskeriotis@brouse.com,
       awade@brouse.com
*Admitted pro hac vice*

Donald L. Myles, Jr., 007464 (AZ)
JONES, SKELTON & HOCHULI, P.L.C.
2901 N. Central Ave., Suite 800
Phoenix, Arizona 85012
Telephone: 602-263-1700
Email: dmyles@jshfirm.com

*Attorneys for Defendant/Counterclaimant
Midwest Industrial Supply, Inc.*

## UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>    Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>    Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**MIDWEST INDUSTRIAL SUPPLY, INC.'S PROPOSED JURY VERDICT FORMS** |

As part of the Court's October 16, 2008 Order (ECF Docket No. 135), the Court requested that the parties jointly file jury verdict forms. The parties were unable to agree on one set of proposed jury verdict forms. Thus, the parties decided to each submit their own version of the requested proposed verdict forms. According to the Court's October

1

16, 2008 Order, the Court's requested verdict forms should "clearly identify the issues to be decided by the jury." Midwest Industrial Supply, Inc. asserts that its proposed jury verdict forms comply with the Court's Order and respectfully submits the following.

## VERDICT FORM # 1

*Soilworks' False Advertising Cause of Action*

1a.   Do you find by the greater weight of the evidence that Midwest advertised a false or misleading statement of fact about Soilworks or Soilworks' products which deceived Soilworks' customers and injured Soilworks?

_____ Yes          _____ No


1b.   If you answered "Yes" to 1a, do you find by clear and convincing evidence that Midwest made the statements in bad faith?

_____ Yes          _____ No


_____          _____
Juror 1                                                              Juror 7

_____          _____
Juror 2                                                              Juror 8

_____          _____
Juror 3                                                              Juror 9

_____          _____
Juror 4                                                              Juror 10

_____          _____
Juror 5                                                              Juror 11

_____          _____
Juror 6                                                              Foreperson


Please proceed to Verdict Form #2.

# **VERDICT FORM #2**

## *Midwest's False Advertising Cause of Action*

2.  Do you find by the greater weight of the evidence that Soilworks advertised a false or misleading statement of fact about Soilworks' own products which deceived Midwest's customers and injured Midwest?

   _____ Yes                                              _____ No


_____            _____
Juror 1                                                              Juror 7

_____            _____
Juror 2                                                              Juror 8

_____            _____
Juror 3                                                              Juror 9

_____            _____
Juror 4                                                              Juror 10

_____            _____
Juror 5                                                              Juror 11

_____            _____
Juror 6                                                              Foreperson

Please proceed to Verdict Form #3.

# **VERDICT FORM #3**

## *Midwest's Trademark Infringement Cause of Action*

3a.  Do you find that Soilworks willfully or deliberately infringed Midwest's Soil-Sement® trademark entitling Midwest to monetary relief?

_____ Yes          _____ No

3b.  If your answer is "Yes" to 3a, please indicate the amount of damages Midwest is entitled to:

    Actual Damages    $_____
    Soilworks' Profits $_____

_____     _____
Juror 1                            Juror 7

_____     _____
Juror 2                            Juror 8

_____     _____
Juror 3                            Juror 9

_____     _____
Juror 4                            Juror 10

_____     _____
Juror 5                            Juror 11

_____     _____
Juror 6                            Foreperson

Please proceed to Verdict Form #4.

5

**VERDICT FORM #4**

*Midwest's Patent Infringement Cause of Action*

Claim 1 of U.S. Patent No. 7,074,266

4a.     Do you find by the greater weight of the evidence that Soilworks' Durasoil product contains a synthetic isoalkane?

_____ Yes                                                          _____ No


_____                    _____
Juror 1                                                                  Juror 7

_____                    _____
Juror 2                                                                  Juror 8

_____                    _____
Juror 3                                                                  Juror 9

_____                    _____
Juror 4                                                                  Juror 10

_____                    _____
Juror 5                                                                  Juror 11

_____                    _____
Juror 6                                                                  Foreperson


If your answer is "Yes" to 4a, please proceed to Question 4b.

If your answer is "No" to 4a, please proceed to Verdict Form #5.

6

4b. Do you find by the greater weight of the evidence that Soilworks' Durasoil product contains a binder that is a carboxylic acid, an ester or a thermoplastic polyolefin?

_____ Yes            _____ No

_____        _____
Juror 1                                                         Juror 7

_____        _____
Juror 2                                                         Juror 8

_____        _____
Juror 3                                                         Juror 9

_____        _____
Juror 4                                                         Juror 10

_____        _____
Juror 5                                                         Juror 11

_____        _____
Juror 6                                                         Foreperson

Please proceed to Question 4c.

4c. Do you find by the greater weight of the evidence that Soilworks' Durasoil product contains an ingredient that is *equivalent* to a binder and is a carboxylic acid, an ester or a thermoplastic polyolefin?

    \_\_\_\_\_ Yes                                                                  _____ No

| | |
|---|---|
| _____ | _____ |
| Juror 1 | Juror 7 |
| _____ | _____ |
| Juror 2 | Juror 8 |
| _____ | _____ |
| Juror 3 | Juror 9 |
| _____ | _____ |
| Juror 4 | Juror 10 |
| _____ | _____ |
| Juror 5 | Juror 11 |
| _____ | _____ |
| Juror 6 | Foreperson |

If your answers are "Yes" to **either** 4b **or** 4c, please proceed to Question 4d.

If your answers are "No" to **both** 4b **and** 4c, then please proceed to Verdict Form #5.

Claim 7 of U.S. Patent No. 7,074,266

4d.     Do you find by the greater weight of the evidence that Soilworks' Durasoil product's synthetic isoalkane is a synthetic or semi-synthetic hydrocarbon?

_____ Yes                              _____ No


_____         _____
Juror 1                                Juror 7

_____         _____
Juror 2                                Juror 8

_____         _____
Juror 3                                Juror 9

_____         _____
Juror 4                                Juror 10

_____         _____
Juror 5                                Juror 11

_____         _____
Juror 6                                Foreperson


If your answer is "Yes" to 4d, please proceed to Question 4e.

If your answer is "No" to 4d, please proceed to Question 4g (damages).

9

Claim 8 of U.S. Patent No. 7,074,266

4e. Do you find by the greater weight of the evidence that Soilworks' Durasoil product's synthetic isoalkane is produced from either hydrotreating, hydrocracking or hydroisomerization?

_____ Yes            _____ No

_____    _____
Juror 1                         Juror 7

_____    _____
Juror 2                         Juror 8

_____    _____
Juror 3                         Juror 9

_____    _____
Juror 4                         Juror 10

_____    _____
Juror 5                         Juror 11

_____    _____
Juror 6                         Foreperson

Please proceed to Question 4f.

Claim 9 of U.S. Patent No. 7,074,266

4f.     Do you find by the greater weight of the evidence that Soilworks' Durasoil product contains isoalkanes or branched iso-paraffins?

_____ Yes          _____ No

_____          _____
Juror 1                              Juror 7

_____          _____
Juror 2                              Juror 8

_____          _____
Juror 3                              Juror 9

_____          _____
Juror 4                              Juror 10

_____          _____
Juror 5                              Juror 11

_____          _____
Juror 6                              Foreperson

Please proceed to Question 4g.

4g. <u>Damages for Patent Infringement of U.S. Patent No. 7,074,266</u>

Your answers above found Soilworks' Durasoil product infringes at least one claim of Midwest's U.S. Patent No. 7,074,266. You now need to indicate the amount of damages that Midwest is entitled to for Soilworks' infringement of Midwest's Patent No. 7,074,266. Your response below should indicate either lost profits to Midwest in a lump sum or a reasonable royalty, not both. At a minimum, you must determine a reasonable royalty as a percentage of Soilworks' sales of its Durasoil product.

Please indicate the amount of damages Midwest is entitled to for Soilworks' infringement of Midwest's U.S. Patent, No. 7,074,266:

    (i)    Lost Profits    $_____ or

    (ii)    Reasonable Royalty    _____% (percentage of Soilworks' Durasoil product sales)

_____
Juror 1                                                             Juror 7

_____
Juror 2                                                              Juror 8

_____
Juror 3                                                              Juror 9

_____
Juror 4                                                            Juror 10

_____
Juror 5                                                            Juror 11

_____
Juror 6                                                            Foreperson

Please proceed to Question 4h.

Claim 3 of U.S. Patent No. 7,081,270

4h.     Do you find by a greater weight of the evidence that Durasoil is applied neat to the surface soil?

_____ Yes          _____ No

_____          _____
Juror 1                                                                Juror 7

_____          _____
Juror 2                                                                Juror 8

_____          _____
Juror 3                                                                Juror 9

_____          _____
Juror 4                                                                Juror 10

_____          _____
Juror 5                                                                Juror 11

_____          _____
Juror 6                                                                Foreperson

Please proceed to Question 4i.

4i. <u>Damages for Patent Infringement of U.S. Patent No. 7,081,270.</u>

Your answers above found Soilworks' Durasoil product infringes at least one claim of Midwest's U.S. Patent No. 7,081,270. You now need to indicate the amount of damages that Midwest is entitled to for Soilworks' infringement of Midwest's Patent No. 7,081,270. Your response below should indicate either lost profits to Midwest in a lump sum or a reasonable royalty, not both. At a minimum, you must determine a reasonable royalty as a percentage of Soilworks' sales of its Durasoil product.

Please indicate the amount of damages Midwest is entitled to for Soilworks' infringement of Midwest's U.S. Patent, No. 7,081,270:

    (i)    Lost Profits    $_____ or

    (ii)    Reasonable Royalty    _____% (percentage of Soilworks' Durasoil product sales)

_____    _____
Juror 1    Juror 7

_____    _____
Juror 2    Juror 8

_____    _____
Juror 3    Juror 9

_____    _____
Juror 4    Juror 10

_____    _____
Juror 5    Juror 11

_____    _____
Juror 6    Foreperson

Please proceed to Verdict Form #5.

# VERDICT FORM #5

## *Midwest's Unjust Enrichment Cause of Action*

5a.  Do you find by the greater weight of the evidence that Soilworks was unjustly enriched by its business practices to the detriment of Midwest?

\_\_\_\_\_ Yes         \_\_\_\_\_ No

5b.  If your answer is "Yes" to 5a, please indicate the amount of Soilworks' unjust enrichment:

$_____

_____          _____
Juror 1                                                              Juror 7

_____          _____
Juror 2                                                              Juror 8

_____          _____
Juror 3                                                              Juror 9

_____          _____
Juror 4                                                              Juror 10

_____          _____
Juror 5                                                              Juror 11

_____          _____
Juror 6                                                              Foreperson

Respectfully Submitted,

By: /s/ John M. Skeriotis
Craig A. Marvinney, 0004951 (OH)
John M. Skeriotis, 0069263 (OH)
Anastasia J. Wade, 0082797 (OH)
BROUSE MCDOWELL
388 S. Main Street, Suite 500
Akron, Ohio 44311-4407
Telephone: 330-535-5711
Facsimile: 330-253-8601
Email: cmarvinney@brouse.com,
jskeriotis@brouse.com,
awade@brouse.com
*Admitted pro hac vice*

Donald L. Myles, Jr., 007464 (AZ)
JONES, SKELTON & HOCHULI, P.L.C.
2901 N. Central Ave., Suite 800
Phoenix, Arizona 85012
Telephone: 602-263-1700
Facsimile: 602-263-1784
Email: dmyles@jshfirm.com

*Attorneys for Defendant/Counterclaimant Midwest Industrial Supply, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **MIDWEST INDUSTRIAL SUPPLY, INC.'S PROPOSED JURY VERDICT FORMS** has been electronically filed on this 9th day of January, 2009. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John M. Skeriotis

735411 v2