Soilworks LLC v Midwest Industrial Supply Inc — Doc. 148

E. SCOTT DOSEK #012114
JOHN P. PASSARELLI #16018 (NE)
KUTAK ROCK LLP
Suite 300
8601 North Scottsdale Road
Scottsdale, AZ 85253-2742
(480) 429-5000
Facsimile: (480) 429-5001

*Attorneys for Plaintiff / Counterdefendant / Counterclaimant Soilworks, LLC*

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**PLAINTIFF'S PROPOSED FORM OF VERDICT** |

4831-5611-9299.1

Dockets.Justia.com

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>   Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>   Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**VERDICT** |

We, the jury, duly empanelled and sworn in the above-entitled action, upon our oaths, do find as follows:

On Plaintiff Soilworks' claim of false advertising against Defendant Midwest, we find in favor of Plaintiff Soilworks, LLC.

_____    _____
Juror 1                                                         Juror 7

_____    _____
Juror 2                                                         Juror 8

_____    _____
Juror 3                                                         Juror 9

_____    _____
Juror 4                                                         Juror 10

_____    _____
Juror 5                                                         Juror 11

_____    _____
Juror 6                                                         Foreperson

4831-5611-9299.1

2

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>    Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>    Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**VERDICT** |

We, the jury, duly empanelled and sworn in the above-entitled action, upon our oaths, do find as follows:

On Plaintiff Soilworks' claim of false advertising against Defendant Midwest, we find in favor of Defendant Midwest.

_____    _____
Juror 1                            Juror 7

_____    _____
Juror 2                            Juror 8

_____    _____
Juror 3                            Juror 9

_____    _____
Juror 4                            Juror 10

_____    _____
Juror 5                            Juror 11

_____    _____
Juror 6                            Foreperson

4831-5611-9299.1                    3

## UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>　　Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>　　Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**VERDICT** |

We, the jury, duly empanelled and sworn in the above-entitled action, upon our oaths, do find as follows:

On Midwest's claim that Soilworks has engaged in false advertising by referring to itself as a manufacturer, we find in favor of Plaintiff Soilworks, LLC.

| | |
|---|---|
| _____<br>Juror 1 | _____<br>Juror 7 |
| _____<br>Juror 2 | _____<br>Juror 8 |
| _____<br>Juror 3 | _____<br>Juror 9 |
| _____<br>Juror 4 | _____<br>Juror 10 |
| _____<br>Juror 5 | _____<br>Juror 11 |
| _____<br>Juror 6 | _____<br>Foreperson |

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>    Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>    Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**VERDICT** |

We, the jury, duly empanelled and sworn in the above-entitled action, upon our oaths, do find as follows:

On Midwest's claim that Soilworks has engaged in false advertising by referring to itself as a manufacturer, we find in favor of Defendant Midwest.

| | |
|---|---|
| _____<br>Juror 1 | _____<br>Juror 7 |
| _____<br>Juror 2 | _____<br>Juror 8 |
| _____<br>Juror 3 | _____<br>Juror 9 |
| _____<br>Juror 4 | _____<br>Juror 10 |
| _____<br>Juror 5 | _____<br>Juror 11 |
| _____<br>Juror 6 | _____<br>Foreperson |

4831-5611-9299.1

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>　　Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>　　Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**VERDICT** |

We, the jury, duly empanelled and sworn in the above-entitled action, upon our oaths, do find as follows:

On Midwest's claim that it has been damaged by Soilworks' use of the term "soil sement," we find in favor of Soilworks, and find Midwest's damages to be zero dollars.

_____    _____
Juror 1                                              Juror 7

_____    _____
Juror 2                                              Juror 8

_____    _____
Juror 3                                              Juror 9

_____    _____
Juror 4                                              Juror 10

_____    _____
Juror 5                                              Juror 11

_____    _____
Juror 6                                              Foreperson

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation, | NO.: 2:06-CV-2141-DGC |
| Plaintiff / Counterdefendant / Counterclaimant, | **VERDICT** |
| v. | |
| MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona, | |
| Defendant / Counterclaimant / Counterdefendant. | |

We, the jury, duly empanelled and sworn in the above-entitled action, upon our oaths, do find as follows:

On Midwest's claim that it has been damaged by Soilworks' use of the term "soil sement," we find in favor of Midwest, and find Midwest's full damages to be $_____.

_____    _____
Juror 1                                              Juror 7

_____    _____
Juror 2                                              Juror 8

_____    _____
Juror 3                                              Juror 9

_____    _____
Juror 4                                              Juror 10

_____    _____
Juror 5                                              Juror 11

_____    _____
Juror 6                                              Foreperson

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

SOILWORKS, LLC, an Arizona corporation,

    Plaintiff / Counterdefendant / Counterclaimant,

v.

MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,

    Defendant / Counterclaimant / Counterdefendant.

NO.: 2:06-CV-2141-DGC

**VERDICT**

We, the jury, duly empanelled and sworn in the above-entitled action, upon our oaths, do find as follows:

On Midwest's claims of infringement of its "266" and "270" patents, we find in favor of Soilworks, LLC.

_____  _____
Juror 1                          Juror 7

_____  _____
Juror 2                          Juror 8

_____  _____
Juror 3                          Juror 9

_____  _____
Juror 4                          Juror 10

_____  _____
Juror 5                          Juror 11

_____  _____
Juror 6                          Foreperson

4831-5611-9299.1

8

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**VERDICT** |

We, the jury, duly empanelled and sworn in the above-entitled action, upon our oaths, do find as follows:

On Midwest's claims of infringement of its "266" and "270" patents, we find in favor of Midwest, and find its full damages to be $_____.

_____  
Juror 1

_____  
Juror 2

_____  
Juror 3

_____  
Juror 4

_____  
Juror 5

_____  
Juror 6

_____  
Juror 7

_____  
Juror 8

_____  
Juror 9

_____  
Juror 10

_____  
Juror 11

_____  
Foreperson

Respectfully submitted on this 9th day of January, 2009.

                              KUTAK ROCK LLP

                              By   /s E. Scott Dosek
                                   E. Scott Dosek, Esq.
                                   John P. Passarelli, Esq.
                                   8601 North Scottsdale Road #300
                                   Scottsdale, AZ 85253-2742
                                   *Attorneys for Plaintiff Soilworks, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2009, the foregoing **PLAINTIFF'S PROPOSED FORM OF VERDICT** was filed electronically. Notice of this filing will be sent to all parties by operations of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Amy S. Fletcher
Amy S. Fletcher