Craig A. Marvinney, 0004951 (OH)
John M. Skeriotis, 0069263 (OH)
Jill A. Bautista, 0075560 (OH)
BROUSE MCDOWELL
388 S. Main Street, Suite 500
Akron, Ohio 44311-4407
Telephone:  330-535-5711
Facsimile: 330-253-8601
Email:  cmarvinney@brouse.com,
           jskeriotis@brouse.com,
           jbautista@brouse.com
*Admitted pro hac vice*

Donald L. Myles, Jr., 007464(AZ)
JONES, SKELTON & HOCHULI, P.L.C.
2901 N. Central Ave., Suite 800
Phoenix, Arizona 85012
Telephone:  602-263-1700
Facsimile: 602-263-1784
Email:   dmyles@jshfirm.com

*Attorneys for Defendant/Counterclaimant
Midwest Industrial Supply, Inc.*

# UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>    Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>    Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**MIDWEST INDUSTRIAL SUPPLY, INC.'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Defendant/Counterclaim Plaintiff Midwest Industrial Supply, Inc. in compliance with the provisions of: (check one):

__X__ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

__X__ No such corporation.

____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____ Relationship_____

____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach*

*additional pages if needed.)*

_____ Relationship_____

_____ Other(please explain)

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 31st day of January 2009.

                                                          Respectfully Submitted,

By:   /s/ John M. Skeriotis
       Craig A. Marvinney, 0004951 (OH)
       John M. Skeriotis, 0069263 (OH)
       Anastasia J. Wade, 0082797 (OH)
       BROUSE MCDOWELL
       388 S. Main Street, Suite 500
       Akron, Ohio 44311-4407
       Telephone: 330-535-5711
       Facsimile: 330-253-8601
       Email: cmarvinney@brouse.com,
       jskeriotis@brouse.com,
       awade@brouse.com
       *Admitted pro hac vice*

       Donald L. Myles, Jr., 007464 (AZ)
       JONES, SKELTON & HOCHULI, P.L.C.
       2901 N. Central Ave., Suite 800
       Phoenix, Arizona 85012
       Telephone: 602-263-1700
       Facsimile: 602-263-1784
       Email: dmyles@jshfirm.com
       *Attorneys for Defendant/Counterclaimant*
       *Midwest Industrial Supply, Inc.*

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **MIDWEST INDUSTRIAL SUPPLY, INC.'S CORPORATE DISCLOSURE STATEMENT** has been electronically filed on this 31ST day of January, 2009. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John M. Skeriotis