| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | E. SCOTT DOSEK #012114<br>JOHN P. PASSARELLI #16018 (NE)<br>KUTAK ROCK LLP<br>Suite 300<br>8601 North Scottsdale Road<br>Scottsdale, AZ 85253-2742<br>(480) 429-5000<br>Facsimile: (480) 429-5001<br><br>*Attorneys for Plaintiff / Counterdefendant / Counterclaimant Soilworks, LLC* |

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| SOILWORKS, LLC, an Arizona corporation,<br><br>    Plaintiff / Counterdefendant / Counterclaimant,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY, INC., an Ohio corporation authorized to do business in Arizona,<br><br>    Defendant / Counterclaimant / Counterdefendant. | NO.: 2:06-CV-2141-DGC<br><br>**SOILWORKS LLC'S SUPPLEMENT TO THE PARTIES' PROPOSED FINAL PRETRIAL ORDER (Docket #116)**<br><br>(Assigned to the Honorable David G. Campbell) |

Plaintiff Soilworks, LLC ("Soilworks") supplements to the Parties' Proposed Final Pretrial Order (Dkt#116) and submits its objections to Defendant Midwest Industrial Supply, Inc.'s ("Midwest") deposition designations therein at pp. 29 through 31 as follow:

**Defendant's Deposition Designations:**

Midwest may offer the following portions of the following depositions at trial:

**Deposition of Steven Hickman (April 23, 2008):**

|  | **Soilworks' Objections** |
|---|---|
| 4:1-9:24 | |
| 11:4-12:8 | |
| 21:8-22:1 | |
| 22:11-25:23 | |

4838-4511-2323.1

|  | **Soilworks' Objections** |
|---|---|
| 26:8-33:3 | |
| 34:2-37:17 | 35:17-37:17 – Foundation; relevance |
| 37:18-39:22 | 37:18-21 – Foundation; relevance |
| 39:23-45:20 | 40:6-12 – Foundation; 403 |
| | 40:18-25 – Foundation; relevance |
| | 41:1-25- 44:1-25 – Foundation; relevance |
| | 45:1-20 – Foundation; relevance; hearsay |
| 45:21-46:4 | Foundation; relevance; hearsay |
| 46:5-48:15 | Foundation; relevance; hearsay |
| 48:15-50:2 | Foundation; relevance; hearsay |
| 54:17:-56:4 | |
| 56:5-56:12 | |
| 56:13-57:3 | |
| 64:17-66:1 | |
| 67:2-70:11 | |
| 70:15-71:5 | |
| 72:9-73:9 | |
| 74:13-76:2 | 75:16-76:2 – Relevance |
| 76:16-78:25 | Relevance |
| 79:1-80:24 | Relevance; 403 |
| 80:25-81:5 | Relevance |
| 87:7-90:18 | |
| 90:20-94:18 | Relevance |
| 95:9-96:5 | Relevance |
| 99:7-101:16 | 101:7-16 – Foundation |
| 101:22-110:23 | |
| 116:13-118:5 | |
| 118:6-127:21 | |
| 135:12-140:1 | |
| 140:10-142:15 | |
| 142:19-146:4 | |
| 146:5-156:10 | 148:12-25 – Foundation; relevance |
| | 149:1-7 – Foundation; relevance |
| | 151:8-23 – Relevance |

|  | **Soilworks' Objections** |
|---|---|
| 156:11-160:9 | 159:22-25 – Foundation |
|  | 160:1 – Foundation |
| 160:13-174:23 | 162:4-23 – Relevance |
|  | 163:20-25 – Foundation |
|  | 164:13-25; 165:1-167:25 – Relevance |
| 175:13-178:17 | Relevance |
| 178:19-179:20 |  |
| 179:21-183:2 |  |

**Deposition of Steven Gordner (April 23, 2008):**

|  | **Soilworks' Objections** |
|---|---|
| 4:1-11:18 |  |
| 12:24-17:25 | 17:17-25 – Foundation; legal conclusion |
| 18:1-19:13 |  |
| 21:1-23:19 | 21:14-24 – Foundation |
| 24:5-26:24 | 25:1-26:24 – Relevance; foundation; competence |
| 28:8-23 |  |
| 29:16-33:1 | 29:16-25 – Relevance; foundation; competence |
|  | 30:1-25 – Relevance; foundation; competence |
|  | 31:1-25 – Relevance; foundation; competence |
|  | 32:21-25 – Foundation |
|  | 33:1 – Foundation |
| 33:2-35:8 | 33:2-25 – Foundation; relevance |
|  | 34:1-3 – Foundation; relevance |
| 35:9-39:4 |  |
| 41:1-42:4 | Foundation; relevance |
| 43:24-48:18 | 43:24-46:18 – Foundation; relevance |
|  | 47:1-48:18 – Foundation; relevance |
| 49:5-52:11 | 51:1-52:11 – Foundation; relevance |
| 54:6-55:1 |  |
| 57:3-12 |  |
| 62:3-64:2 |  |

**Deposition of Kevin Hurst (April 11, 2008):**

|  | **Soilworks' Objections** |
|---|---|
| 4:1-6:18 |  |
| 8:20-9:19 |  |
| 12:13-13:11 | 13:5-11 – Leading; foundation |
| 13:12-14:14 |  |
| 15:1-17 |  |
| 15:21-17:14 |  |
| 17:15-20:1 |  |
| 20:2-21:15 |  |
| 21:16-22:11 |  |
| 22:12-23:8 | Relevance |
| 23:22-25 |  |

Dated this 11th day of March, 2009.

KUTAK ROCK LLP


By /s E. Scott Dosek
    E. Scott Dosek, Esq.
    John P. Passarelli, Esq.
    8601 North Scottsdale Road #300
    Scottsdale, AZ 85253-2742
    *Attorneys for Plaintiff Soilworks, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11th, 2009, the foregoing **SOILWORKS LLC'S SUPPLEMENT TO THE PARTIES PROPOSED FINAL PRETRIAL ORDER (Docket #116)** was filed electronically. Notice of this filing will be sent to all parties by operations of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Amy S. Fletcher
Amy S. Fletcher