**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Soilworks, LLC, an Arizona corporation, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Midwest Industrial Supply, Inc., an Ohio )<br>corporation authorized to do business in )<br>Arizona, )<br>)<br>Defendant. )<br>————————————————————) | No. CV-06-2141-PHX-DGC<br><br>**ORDER** |

Defendant has filed a motion to file exhibit under seal, *instanter.*  Dkt. #156.

**IT IS ORDERED:**

1.      Defendant's motion to file exhibit under seal, *instanter* (Dkt. #156)   is
**granted**.

DATED this 13th day of March, 2009.

_____
David G. Campbell
United States District Judge