AO440 (Rev. 08/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

Zomba Recording LLC, a Delaware Limited Liability Company; Sony BMG Music Entertainment, a Delaware General Partnership; Warner Bros. Records Inc., a Delaware Corporation; BMG Music, a New York General Partnership; UMG Recordings, Inc., a Delaware Corporation; and Capitol Records, LLC, a Delaware Limited Liability Company,

    Plaintiffs,

        v.

Amanda Libby,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NO.:

TO:    AMANDA LIBBY

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF`S ATTORNEY:

    Steven C. Lawrence, Esq.
    David M. Andersen, Esq.
    **HOLME ROBERTS & OWEN LLP**
    16427 North Scottsdale Road, Suite 300
    Scottsdale, Arizona 85254-1597

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                   DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 08/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the Untied States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
　　　　　　　*Date*　　　　　　　　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

#1687 v1