Case: 2:06cv2141

FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 2 7 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Jonathan Lee Riches 40948-018
FCI-Williamsburg
PO Box 340
Salters, SC 29590

doc #160

**CLERK, UNITED STATES DISTRICT COURT**
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC-1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS



012H16208542
$00.42⁰
03/16/2009
Mailed From 85003
US POSTAGE

MAR 17 2009

RICHARD H. WEARE, CLERK
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

NIXIE    292  DE 1    00 03/24/09
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 85003213099    *2514-01267-16-45