# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Soilworks, LLC, an Arizona corporation,

    Plaintiff,

vs.

Midwest Industrial Supply, Inc., an Ohio corporation authorized to do business in Arizona,

    Defendant.

No. CV-06-2141-PHX-DGC

**ORDER OF DISMISSAL**

Pursuant to stipulation of the parties,

**IT IS HEREBY ORDERED:**

1. This action is settled. Any and all claims of any sort that were raised in the instant action, by any and/or all parties in this action, are dismissed with prejudice.

2. Plaintiff Soilworks, LLC and Defendant Midwest Industrial Supply, Inc. further stipulate to the entry of this Order by the Court dismissing this action in its entirety, with prejudice. Each party shall bear its own costs and attorneys' fees.

3. The Clerk is directed to **terminate** this matter.

DATED this 16th day of April, 2009.

_David G. Campbell_
David G. Campbell
United States District Judge