| | |
|---|---|
| 1 | J. Mark Ogden; AZ Bar No. 017018 |
| | mogden@littler.com |
| 2 | Wade R. Swanson; AZ Bar No. 020028 |
| | wswanson@littler.com |
| 3 | LITTLER MENDELSON |
| | A Professional Corporation |
| 4 | Camelback Esplanade |
| | 2425 East Camelback Road |
| 5 | Suite 900 |
| | Phoenix, AZ 85016 |
| 6 | Telephone: 602.474.3600 |
| | Facsimile: 602.957.1801 |

Attorneys for Defendant City of Phoenix

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cassie Peters, | Case No. CIV 07-2002 PHX-MHM |
| Plaintiff, | **NOTICE OF DEPOSITION OF CASSIE PETERS** |
| v. | |
| City of Phoenix, | |
| Defendant. | |

YOU ARE HEREBY NOTIFIED that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, the deposition will be taken upon oral examination of the person whose name is stated below at the time and place stated below before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED:** **Cassie Peters**

**DATE AND TIME OF DEPOSITION:** **Tuesday, September 16, 2008 9:00 a.m**.

**PLACE OF DEPOSITION:** Littler Mendelson
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, Arizona 85016

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

Dockets.Justia.com

Requests for reasonable accommodation for persons with disabilities must be made at least three (3) judicial days in advance of a scheduled court proceeding.

DATED this 31st day of July, 2008

      *s/ Wade R. Swanson*
      J. Mark Ogden
      Wade R. Swanson
      LITTLER MENDELSON, P.C.
      Attorneys for Defendant City of Phoenix

I hereby certify that I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following if CM/ECF registrants, and mailed a copy of same to any non-registrants this 31st day of July, 2008, to:

Edmundo P. Robaina
ROBAINA & PALOMINO, P.C.
One E. Camelback Rd., Ste. 300
Phoenix, AZ 85012
Attorneys for Plaintiff

Thomson Reporting Services
4021 North 75th Street, Suite 101
Scottsdale, AZ 85251-4568

*s/ Leslie Boone*
Firmwide:86078103.1 041676.1029

LITTLER MENDELSON
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

-2-