Dockets.Justia.com

Charles A. Blanchard (#11401)
Scott S. Minder (#023367)
Kristin A. Baughman (#025360)
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
Email: DocketPHX@perkinscoie.com
Email: cblanchard@perkinscoie.com
Email: sminder@perkinscoie.com
Email: kbaughman@perkinscoie.com

*Attorneys for Defendant/Counterclaimant
Boston Laser, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| INTER-COASTAL ELECTRONICS, INC., an Arizona corporation,<br><br>    Plaintiff/Counterdefendant,<br><br>v.<br><br>BOSTON LASER, INC., a Delaware corporation,<br><br>    Defendant/Counterclaimant. | No. CV05-2488-PHX-ROS<br><br>**STATUS REPORT** |

Boston Laser, Inc. filed for Chapter 7 bankruptcy on February 28, 2008. A Trustee has been appointed by the court and several creditor meetings have occurred. At this time, the Trustee has not yet decided whether to pursue the counterclaim and Inter Coastal Electronics, Inc. has not moved to lift the stay of this proceeding. The bankruptcy proceedings focused on three areas. First, a motion by one of Boston Laser's equity

64285-0001/LEGAL14538002.1

Soliworks LLC v Midwest Industrial Supply Inc    Doc. 182

owners to lift the bankruptcy stay in order to allow the equity owner to litigate the issue of whether it, rather than the debtor, owns the real property that makes up most of the estate. A hearing on this motion is set for August 12, 2008. Second, the court granted on June 27, 2008 a motion to lift the bankruptcy stay filed by a storage facility creditor to sell stored property in its possession. Finally, the president and CEO of the Debtor filed an adversary proceeding to remove two actions from the Supreme Court of New York, Broome County, to the bankruptcy court. Debtor is a plaintiff in one case and a defendant in the other. A pre-trial conference is set for August 12, 2008.

The next quarterly status report will be filed on or before November, 1, 2008.

Dated: August 1, 2008

                                **PERKINS COIE BROWN & BAIN P.A.**

By: /s/ Charles A. Blanchard
    Charles A. Blanchard
    Scott S. Minder
    Kristin A. Baughman
    2901 North Central Avenue, Suite 2000
    Phoenix, Arizona 85012-2788
    Telephone: 602.351.8000
    Facsimile: 602.648.7000

*Attorneys for Defendant/Counterclaimant Boston Laser, Inc.*

## CERTIFICATE OF SERVICE

☒ I hereby certify that on August 1, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Brian A. Cabianca, Esq.
Brian D. Kaiser, Esq.
SQUIRE, SANDERS & DEMPSEY, LLP
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004-4498
bcabianca@ssd.com
bkaiser@ssd.com

*Attorneys for Plaintiff Inter-Coastal Electronics, Inc.*

/s/     Brenda G. Lumm