Christopher M. Mason, SBN 019891
Michelle H. Ganz, SBN 023651
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C., SBN 00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Fax: (602) 778-3750
Christopher.Mason@OgletreeDeakins.com
Michelle.Ganz@OgletreeDeakins.com

Attorneys for Defendants Maricopa County
Special Health Care District, Maricopa Integrated
Health System and its Board of Directors

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Amelia Shelhorse,<br><br>        Plaintiff,<br><br>vs.<br><br>Maricopa County Special Health Care District; Maricopa Integrated Health System and its Board of Directors, and Arizona political subdivision; Connie Jackson,<br><br>        Defendants. | No. CV08-428-PHX-ROS<br><br>**ANSWER ON BEHALF OF DEFENDANTS MARICOPA COUNTY SPECIAL HEALTH CARE DISTRICT AND MARICOPA INTEGRATED HEALTH SYSTEM AND ITS BOARD OF DIRECTORS**<br><br>(Honorable Roslyn O. Silver) |

For their Answer to the Complaint filed by Plaintiff in this matter, Defendants Maricopa County Special Health Care District, and Maricopa Integrated Health System ("MIHS") and its Board of Directors (collectively referred to herein as "Defendants") respond as follows:

# GENERAL ALLEGATIONS

1. Answering Paragraph 1, Defendants admit that Plaintiff Amelia Shelhorse is an adult female. Defendants are presently without sufficient information to admit or deny the truth of the remaining allegations in Paragraph 1 and, therefore, deny the same.

2. Defendants admit the allegations in Paragraph 2.

3. Answering Paragraph 3, Defendants admit that Plaintiff was employed by MIHS as a Registered Nurse in its Post-Partum Department from April 23, 2007, until Plaintiff was terminated during her probationary period of employment on September 14, 2007. Defendants admit that if Plaintiff had been employed by MIHS for one (1) calendar year, she would have been eligible to receive a $20,000.00 bonus. Defendants deny the remaining allegations in Paragraph 3.

4. Answering Paragraph 4, Defendants admit that MIHS employed Connie Jackson as a Registered Nurse in its Post-Partum Department. Defendants deny the remaining allegations in Paragraph 4.

5. Paragraph 5 purports to assert a legal conclusion, which requires no answer by Defendants. To the extent that Paragraph 5 asserts factual allegations, and subject to the preceding and succeeding allegation-specific admissions, denials and affirmative allegations, Defendants generally deny that the alleged actions in the Complaint occurred or that they occurred as alleged. Defendants admit that jurisdiction and venue are proper in this Court. Defendants deny the remaining allegations in Paragraph 5.

6. Paragraph 6 purports to assert a legal conclusion, which requires no answer by Defendants. To the extent that Paragraph 6 asserts factual allegations, Defendants admit that Plaintiff was an employee of MIHS. Defendants deny the remaining allegations in Paragraph 6.

7. Paragraph 7 purports to assert a legal conclusion, which requires no answer by Defendants. To the extent that Paragraph 7 asserts factual allegations, Defendants admit that they are employers pursuant to the definition provided in 42 U.S.C. § 2000e(b). Defendants deny the remaining allegations in Paragraph 7.

8. Defendants admit the allegations in Paragraph 8.

9. Defendants deny the allegations in Paragraph 9.

10. Defendants deny the allegations in Paragraph 10.

11. Defendants deny the allegations in Paragraph 11.

12. Defendants deny the allegations in Paragraph 12.

13. Defendants are presently without sufficient information to admit or deny the allegations in Paragraph 13 and, therefore, deny the same.

14. Answering Paragraph 14, Defendants admit that Kim Wilson spoke to Plaintiff, likely by telephone, and requested a meeting with her in Maria Hayes' office on September 14, 2008. Defendants deny the remaining allegations in Paragraph 14.

15. Answering Paragraph 15, Defendants admit that Maria Hayes worked at Phoenix Baptist Hospital prior to working at MIHS. Defendants admit that Connie Jackson also worked at Phoenix Baptist Hospital prior to working at MIHS. Defendants admit that Ms. Jackson was hired by Ms. Hayes to work for MIHS. Defendants are presently without sufficient information to admit or deny the remaining allegations in Paragraph 15 and, therefore, deny the same.

16. Answering Paragraph 16, Defendants admit that Plaintiff had a meeting with Maria Hayes and Kim Wilson in Ms. Hayes' office on the morning of September 14, 2007. Defendants admit that during this meeting Plaintiff was provided with written notice of her termination from her probationary period of employment because of unsatisfactory performance. Defendants admit that Ms. Hayes and Ms. Wilson discussed with Plaintiff the reasons for her termination, which included several complaints about Plaintiff by her co-workers. Defendants deny the remaining allegations in Paragraph 16.

17. Defendants are presently without sufficient information to admit or deny the allegations in Paragraph 17 and, therefore, deny the same.

18. Defendants deny the allegations in Paragraph 18.

19. Defendants deny the allegations in Paragraph 19.

20. Defendants are presently without sufficient information to admit or deny the allegations in Paragraph 20 and, therefore, deny the same.

## DEMAND FOR JURY TRIAL

Plaintiff purports to make a proper jury demand, which requires no answer by Defendants. To the extent an answer is required, Defendants deny the factual allegations contained in Plaintiff's demand for jury trial.

## GENERAL DENIAL

Defendants deny each and every allegation in the Complaint not expressly admitted herein.

## AFFIRMATIVE DEFENSES

1. Plaintiff's claims are barred, in whole or in part, by her failure to state a claim upon which relief may be granted.

2. Plaintiff's claims are barred due to her failure to provide proper notice to one or more Defendants, pursuant to A.R.S. § 12-821(A).

3. Plaintiff's claims are barred, in whole or in part, because Defendants' actions were based upon legitimate, non-discriminatory, non-retaliatory reasons.

4. Plaintiff's claims are barred, in whole or in part, by her failure to reasonably mitigate her alleged damages.

5. Plaintiff's claims are barred, in whole or in part, to the extent that she mitigated her alleged damages.

6. Plaintiff's alleged damages are barred to the extent they exceed the statutory damages for her claims.

7. Any award of punitive damages against Defendants would be barred, in whole or in part, by the due process and equal protection provisions of the United States and Arizona Constitutions.

8. Defendants reserve the right to amend their affirmative defenses as discovery proceeds.

**WHEREFORE,** having fully answered Plaintiff's Complaint, Defendants respectfully demand judgment in their favor as follows:

   A.   That Plaintiff's Complaint be dismissed with prejudice and Plaintiff take nothing thereby;

   B.   That Defendants be awarded their costs incurred herein;

   C.   That Defendants be awarded their reasonable attorneys' fees incurred herein pursuant to any statute or court rule allowing such recovery;

   D.   That Defendants be awarded pre and post-judgment interest on the foregoing amounts at the maximum rate permitted by law; and

   E.   That Defendants be awarded such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 4th day of August 2008.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.


By: s/ Michelle H. Ganz
   Christopher M. Mason
   Michelle H. Ganz
   2415 East Camelback Road, Suite 800
   Phoenix, Arizona 85016
   Attorneys for Defendants Maricopa County Special Health Care District, Maricopa Integrated Health System and its Board of Directors

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF Systems for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Cheri Lane McCracken, Esq.
2402 N. 24th Street, Suite 1
Phoenix, Arizona 85008-1803

 s/ Debra A. Perkins
Debra Ann Perkins

6541982.1 (OGLETREE)

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016