# EXHIBIT E

Timothy A. Shimko (PRO HAC VICE) (OSBN 0006736)
David A. Welling (PRO HAC VICE) (OSBN 0075934)
TIMOTHY A. SHIMKO & ASSOCIATES
2010 Huntington Building
925 Euclid Ave.
Cleveland, Ohio 44115
Tel. (216) 241-8300
Fax (216) 241-2702

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **SHIMKO & PISCITELLI**, *et al.*, | ) | Case No. 2:05-cv-01387-JWS |
| Plaintiffs, | ) | |
| | ) | **PLAINTIFFS' RESPONSES TO** |
| v. | ) | **DEFENDANT WOODCOCKS'** |
| | ) | **NON-UNIFORM INTERROGATORIES** |
| **PAUL WOODCOCK**, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

NOW COME Plaintiffs, by and through undersigned counsel, and hereby respond to

Defendant Woodcocks' Non-Uniform Interrogatories as follows:

1. Itemize in detail all payments received from any of the Defendants or CORF related entities
   including date, amount, and manner of payment (check, wire, etc.,).

See attached and also see invoices in Defendants' possession.

2. Describe in detail your involvement (including the amount of any investment) with AZTEC,
   any tissue banks, or any other ventures or operations done in connection with or related to
   any of the Defendants or CORF-related entities.

Objection, the interrogatory is completely irrelevant to any issue of liability or damages in this case.
However, without waiving said objection, I was an investor contributing cash and my legal services
to the venture.

1

3. Describe in detail the amounts you alleged are owed you for work done on behalf of the Woodcocks. (Include the date the work was performed, who performed it, what was done, why the work was allocated to Woodcock, and the amount billed.)

See invoices already in Defendants' possession. All work done for Woodcock, Ross, Guenther and Goldfarb was done jointly.

4. Describe in detail the amounts you alleged are owed you for work performed on behalf of each of the other Defendants, the CORF related entities, and CORF officers and employees (including Brill and Ritchie). For each person or party break out in detail the amounts you alleged are owned you for work done for that party. (Include the date the work was performed, who performed it, what was done, why the work was allocated to that particular party, and the amount billed.)

See invoices already in Defendants' possession. All work done for Woodcock, Ross, Guenther and Goldfarb was done jointly.

5. Describe in detail every instance in which any of the Defendants acted to lead you to believe he was acting as a general partner.

The Defendants told Plaintiff and they acted as and treated each other as equal partners and each had equal control and equally benefited from the partnership's operations. Each had active day to day management and/or sales responsibilities.

6. Describe in detail any and all advice you gave any of the Defendants about the limitations of their actions and activities as limited partners; the risks and dangers of being seen as acting as general partners; and what they should do to minimize their risks as limited partners.

Objection. This interrogatory calls for facts far too numerous to be answered in this form of discovery. This broad subject should be addressed during a deposition. Without waiving said objection, I informed Defendants that their status as general and/or limited partners offered them no protection because the claims being brought against the Defendants were being brought in their individual capacities, for the fraud being alleged based on the Defendants' personal and collective acts of misconduct.

2

7. Describe in detail all steps you took to review the partnership agreements or other documents related to the formation of the CORF related entities and advice you gave to the partners about the risks involved and steps they could take to minimize their exposure.

Objection. This interrogatory calls for facts far too numerous to be answered in this form of discovery. This broad subject should be addressed during a deposition. Without waiving said objection, I advised them that I could not minimize their personal exposure against alleged acts already committed by each of them. Defendants had already decided to settle the claims being filed against them and to get full releases. I further advised the Defendants to no longer actively participate in the seminars and if any of the alleged misconduct was true to discontinue the practice.

8. Describe in detail your actions as general counsel for the CORF related entities, including dates of service, duties, and responsibilities.

I was not general counsel. CORF had other lawyers. I served as general litigation counsel. In that capacity, I negotiated settlements and defended lawsuits.

9. Describe in detail any and all warnings, advice and guidance you gave Defendants, the CORF related entities, and CORF officers and employees (such as Brill and Richie) about possible conflicts in your representation of them and the implications of such conflicts.

Objection. This interrogatory calls for facts far too numerous to be answered in this form of discovery. This broad subject should be addressed during a deposition. Brill and Ritchie were added to later lawsuits. As Defendants assured me that the alleged misconduct was not true, and since the goal was to protect the assets of the Defendants, I perceived no conflict at that time.

10. When and why did you believe that Paul Woodcock was acting as general partner? Describe in detail each and every occasions.

3

See response to Interrogatory No. 5.

11. Please describe in detail any and all discussions and communications you had with Woodcock warning him of the risks of acting as or being seen acting as general partner?

See response to Interrogatory No. 6.

12. Please answer interrogatories #9 and #10 with respect to each of the other Defendants.

See response to Interrogatory No. 6.

13. Please explain why you contended in discovery responses and in defending the depositions of Defendants in the underlying CORF cases that they Defendants were limited partners.

That was a defense each of them had in common, regardless of its weaknesses.

4

RESPECTFULLY SUBMITTED on this _7th_ day of April, 2008.

TIMOTHY A. SHIMKO & ASSOCIATES

By: _____
Timothy A. Shimko (OSBN 0006736) (*Pro Hac Vice*)
David A. Welling (OSBN 0075934) (*Pro Hac Vice*)
2010 Huntington Building
925 Euclid Ave.
Cleveland, Ohio 44115
Tel. (216) 241-8300
Fax (216) 241-2702
*Counsel for Plaintiffs*

COPY of the foregoing electronically filed and served this
_7th_ day of March, 2008, upon:
april

Roger L. Cohen, Esq. #004409
JABURG & WILK, PC
3200 North Central Ave., Ste. 2000
Phoenix, Arizona 85012
Phone: 602-248-1000
*Counsel for Defendants Ross*

Richard J. McDaniel, Esq.
11811 N. Tatum Blvd., Ste. 1051
Phoenix, Arizona 84208
*Counsel for Defendants Woodcock*

Milton and Kathi Guenther
3642 E. Rockwood
Phoenix, Arizona 84032
*Defendants in pro per*

David and Rhonda Goldfarb
11437 N. 53rd Place
Scottsdale, Arizona 8525
*Defendants in pro per*

_____
Mildred Pacheco

5

22901 MILL CREEK BLVD.
HIGHLAND HILLS, OH 44122
(216) 206-1234
TOLL CALLS: 1-888-2METRO24



**METROPOLITAN**
BANK & TRUST

OHIO IOLTA
SHIMKO & PISCITELLI
2010 HUNTINGTON BLDG
925 EUCLID AVE
CLEVELAND          OH 44115-0000

## STATEMENT PERIOD FROM 11/01/01 TO 11/30/01

YOU CAN ACCESS YOUR ACCOUNT INFORMATION 7 DAYS A WEEK WITH
METRO24 BY CALLING 216-206-1234 OR 1-888-2METRO24.

## INTEREST ON LAWYER TRUST ACCOUNT

## DEPOSITS AND OTHER ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/26 | INCOMING WIRE TRANSFER INCOMING WIRE | 26,750.26 |
| 11/29 | INCOMING WIRE TRANSFER INCOMING WIRE | 13,755.00 |

## OTHER DEBITS AND FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|      |             |        |

## CHECK REGISTER

| CHECK | DATE PAID | AMOUNT | CHECK | DATE PAID | AMOUNT | CHECK | DATE PAID | AMOUNT |
|-------|-----------|--------|-------|-----------|--------|-------|-----------|--------|
|       |           |        |       |           |        |       |           |        |

* INDICATES NON-CONSECUTIVE CHECK NUMBER(S).

22901 MILL CREEK BLVD.
HIGHLAND HILLS, OH 44122
(216) 206-1234
TOLL CALLS: 1-888-2METRO24



**METROPOLITAN**
BANK & TRUST

OHIO IOLTA
SHIMKO & PISCITELLI
2010 HUNTINGTON BLDG
925 EUCLID AVE
CLEVELAND        OH 44115-0000

---

## STATEMENT PERIOD FROM 12/01/01 TO 12/31/01

YOU CAN ACCESS YOUR ACCOUNT INFORMATION 7 DAYS A WEEK WITH
METRO24 BY CALLING 216-206-1234 OR 1-888-2METRO24.

### INTEREST ON LAWYER TRUST ACCOUNT

CREDIT - INTEREST                          SERVICE CHARGE
YTD INTEREST                               YTD WITHHOLDING
INTEREST RATE                              ANNUAL PERCENTAGE YIELD EARNED (APY-E)

### DEPOSITS AND OTHER ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/07 | DEPOSIT- | 30,590.04 |
| 12/17 | INCOMING WIRE TRANSFER<br>INCOMING WIRE | 22,339.00 |
| 12/27 | INCOMING WIRE TRANSFER<br>INCOMING WIRE | 16,450.00 |

### OTHER DEBITS AND FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

### CHECK REGISTER

| CHECK | DATE PAID | AMOUNT | CHECK | DATE PAID | AMOUNT | CHECK | DATE PAID | AMOUNT |
|---|---|---|---|---|---|---|---|---|

* INDICATES NON-CONSECUTIVE CHECK NUMBER(S).



22901 MILL CREEK BLVD.
HIGHLAND HILLS, OH 44122
(216) 206-1234
TOLL CALLS: 1-888-2METRO24

**METROPOLITAN**
BANK & TRUST

OHIO IOLTA
SHIMKO & PISCITELLI
2010 HUNTINGTON BLDG
925 EUCLID AVE
CLEVELAND      OH 44115-0000

## STATEMENT PERIOD FROM 01/01/02 TO 01/31/02

YOUR ATM/METRO CHECK & CASH CARD IS NOW PART OF THE STAR
NETWORK, MEANING YOU CAN USE YOUR CARD WHEREVER YOU SEE THE RED
STAR LOGO. THE CARD CAN BE USED AT MORE THAN 180,000 ATMS AND
720,000 RETAILER LOCATIONS ACROSS THE U.S.

YOU CAN ACCESS YOUR ACCOUNT INFORMATION 7 DAYS A WEEK WITH
METRO24 BY CALLING 216-206-1234 OR 1-888-2METRO24.

## INTEREST ON LAWYER TRUST ACCOUNT

| | |
|---|---|
| CREDIT - INTEREST | SERVICE CHARGE |
| YTD INTEREST | YTD WITHHOLDING |
| INTEREST RATE | ANNUAL PERCENTAGE YIELD EARNED (APY-E) |
| PRIOR YEAR INTEREST | PRIOR YEAR WITHHOLDING |

## DEPOSITS AND OTHER ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/08 | INCOMING WIRE TRANSFER<br>INCOMING WIRE | 9,240.00 |
| 01/18 | INCOMING WIRE TRANSFER<br>INCOMING WIRE | 4,760.00 |
| 01/22 | INCOMING WIRE TRANSFER<br>INCOMING WIRE | 15,785.00 |
| 01/29 | INCOMING WIRE TRANSFER<br>INCOMING WIRE | 27,685.00 |

22901 MILL CREEK BLVD.
HIGHLAND HILLS, OH 44122
(216) 206-1234
TOLL CALLS: 1-888-2METRO24



METROPOLITAN
BANK & TRUST

OHIO IOLTA
SHIMKO & PISCITELLI
2010 HUNTINGTON BLDG
925 EUCLID AVE
CLEVELAND          OH 44115-0000

## STATEMENT PERIOD FROM 02/01/02 TO 02/28/02

YOUR ATM/METRO CHECK & CASH CARD IS NOW PART OF THE STAR
NETWORK, MEANING YOU CAN USE YOUR CARD WHEREVER YOU SEE THE RED
STAR LOGO. THE CARD CAN BE USED AT MORE THAN 180,000 ATMS AND
720,000 RETAILER LOCATIONS ACROSS THE U.S.

YOU CAN ACCESS YOUR ACCOUNT INFORMATION 7 DAYS A WEEK WITH
METRO24 BY CALLING 216-206-1234 OR 1-888-2METRO24.

## INTEREST ON LAWYER TRUST ACCOUNT

CREDIT - INTEREST                              SERVICE CHARGE
YTD INTEREST                                   YTD WITHHOLDING
INTEREST RATE                                  ANNUAL PERCENTAGE YIELD EARNED (APY-E)
PRIOR YEAR INTEREST                            PRIOR YEAR WITHHOLDING

## DEPOSITS AND OTHER ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/04 | INCOMING WIRE TRANSFER | 10,150.00 |
|       | INCOMING WIRE | |
| 02/13 | INCOMING WIRE TRANSFER | 10,500.00 |
|       | INCOMING WIRE | |
| 02/27 | INCOMING WIRE TRANSFER | 7,385.00 |
|       | INCOMING WIRE | |

## OTHER DEBITS AND FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

22901 MILL CREEK BLVD.
HIGHLAND HILLS, OH 44122
(216) 206-1234
TOLL CALLS: 1-888-2METRO24



**METROPOLITAN**
BANK & TRUST

OHIO IOLTA
SHIMKO & PISCITELLI
2010 HUNTINGTON BLDG
925 EUCLID AVE
CLEVELAND        OH 44115-0000

## STATEMENT PERIOD FROM 03/01/02 TO 03/31/02

BOUNCING A CHECK CAN BE EMBARRASSING AND FRUSTRATING. AT
METROPOLITAN WE WANT TO DO OUR PART TO SAVE YOU FROM THE
POSSIBILITY OF EVER HAVING THIS OCCUR. THAT'S WHY WE CREATED
BOUNCE PROTECTION. PLEASE CONTACT YOUR LOCAL OFFICE FOR INFO.

YOU CAN ACCESS YOUR ACCOUNT INFORMATION 7 DAYS A WEEK WITH
METRO24 BY CALLING 216-206-1234 OR 1-888-2METRO24.

### INTEREST ON LAWYER TRUST ACCOUNT

CREDIT - INTEREST
YTD INTEREST
INTEREST RATE
PRIOR YEAR INTEREST

SERVICE CHARGE
YTD WITHHOLDING
ANNUAL PERCENTAGE YIELD EARNED (APY-E)
PRIOR YEAR WITHHOLDING

### DEPOSITS AND OTHER ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/20 | INCOMING WIRE TRANSFER<br>INCOMING WIRE | 9,835.00 |
| 03/22 | INCOMING WIRE TRANSFER<br>INCOMING WIRE | 6,755.00 |

### OTHER DEBITS AND FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

22901 MILL CREEK BLVD
HIGHLAND HILLS, OH  44122
(216) 206-1234
TOLL CALLS:  1-888-2METRO24



**METROPOLITAN**
BANK & TRUST

OHIO IOLTA
SHIMKO & PISCITELLI
2010 HUNTINGTON BLDG
925 EUCLID AVE
CLEVELAND          OH 44115-0000

---

## STATEMENT PERIOD FROM 04/01/02 TO 04/30/02

YOU CAN ACCESS YOUR ACCOUNT INFORMATION 7 DAYS A WEEK WITH
METRO24 BY CALLING 216-206-1234 OR 1-888-2METRO24.

## INTEREST ON LAWYER TRUST ACCOUNT

CREDIT - INTEREST                                SERVICE CHARGE
YTD INTEREST                                     YTD WITHHOLDING
INTEREST RATE                                    ANNUAL PERCENTAGE YIELD EARNED (APY-E)

## DEPOSITS AND OTHER ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/05 | INCOMING WIRE TRANSFER | 15,120.00 |
|  | INCOMING WIRE |  |
| 04/30 | INCOMING WIRE TRANSFER | 11,987.50 |
|  | INCOMING WIRE |  |

## OTHER DEBITS AND FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

## CHECK REGISTER

| CHECK | DATE PAID | AMOUNT | CHECK | DATE PAID | AMOUNT | CHECK | DATE PAID | AMOUNT |
|---|---|---|---|---|---|---|---|---|

* INDICATES NON-CONSECUTIVE CHECK NUMBER(S).

22901 MILL CREEK BLVD.
HIGHLAND HILLS, OH 44122
(216) 206-1234
TOLL CALLS: 1-888-2METRO24



**METROPOLITAN**
BANK & TRUST

OHIO IOLTA
SHIMKO & PISCITELLI
2010 HUNTINGTON BLDG
925 EUCLID AVE
CLEVELAND          OH 44115-0000

## STATEMENT PERIOD FROM 05/01/02 TO 05/31/02

NOW'S THE TIME FOR A HOME EQUITY LINE OF CREDIT FROM
METROPOLITAN. WHETHER YOU NEED TO CONSOLIDATE BILLS, PAY FOR
HOME IMPROVEMENTS OR A LONG-AWAITED VACATION, ASK ABOUT OUR LOW
RATE AND FLEXIBLE OPTIONS. STOP IN OR CALL YOUR NEAREST OFFICE.

YOU CAN ACCESS YOUR ACCOUNT INFORMATION 7 DAYS A WEEK WITH
METRO24 BY CALLING 216-206-1234 OR 1-888-2METRO24.

### INTEREST ON LAWYER TRUST ACCOUNT

CREDIT - INTEREST                       SERVICE CHARGE
YTD INTEREST                            YTD WITHHOLDING
INTEREST RATE                           ANNUAL PERCENTAGE YIELD EARNED (APY-E)

### DEPOSITS AND OTHER ADDITIONS

| DATE  | DESCRIPTION            | AMOUNT    |
|-------|------------------------|-----------|
| 05/17 | INCOMING WIRE TRANSFER | 19,740.00 |
|       | INCOMING WIRE          |           |

### OTHER DEBITS AND FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

1

22901 MILL CREEK BLVD.
HIGHLAND HILLS, OH 44122
(216) 206-1234
TOLL CALLS: 1-888-2METRO24



**METROPOLITAN**
BANK & TRUST

ЫыЫыЫыЫыЫыЫыЫы

OHIO IOLTA
SHIMKO & PISCITELLI
2010 HUNTINGTON BLDG
925 EUCLID AVE
CLEVELAND          OH 44115-0000

## STATEMENT PERIOD FROM 09/01/02 TO 09/30/02

DECIDING TO INVEST IS AN IMPORTANT STEP IN PLANNING YOUR FUTURE.
CALL OR STOP BY YOUR NEAREST OFFICE AND MEET WITH ONE OF OUR
LICENSED FINANCIAL REPRESENTATIVES. WE'LL HELP YOU MAKE THE
RIGHT CHOICES TO SHAPE YOUR FINANCIAL FUTURE.

YOU CAN ACCESS YOUR ACCOUNT INFORMATION 7 DAYS A WEEK WITH
METRO24 BY CALLING 216-206-1234 OR 1-888-2METRO24.

## INTEREST ON LAWYER TRUST ACCOUNT

CREDIT - INTEREST                          SERVICE CHARGE
YTD INTEREST                               YTD WITHHOLDING
INTEREST RATE                              ANNUAL PERCENTAGE YIELD EARNED (APY-E)

## DEPOSITS AND OTHER ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/04 | DEPOSIT- | 20,000.00 |
| 09/13 | DEPOSIT- | 10,000.00 |
| 09/20 | DEPOSIT- | 10,000.00 |
| 09/30 | DEPOSIT- | 10,000.00 |

## OTHER DEBITS AND FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|      |             |        |

## CHECK REGISTER

| CHECK | DATE PAID | AMOUNT | CHECK | DATE PAID | AMOUNT | CHECK | DATE PAID | AMOUNT |
|-------|-----------|--------|-------|-----------|--------|-------|-----------|--------|
|       |           |        |       |           |        |       |           |        |

* INDICATES NON-CONSECUTIVE CHECK NUMBER(S).

Case 2:04-cv-00078-FJM      Document 227-3      Filed 08/01/2008      Page 5 of 14

22901 MILL CREEK BLVD.
HIGHLAND HILLS, OH   44122
(216) 206-1234
TOLL CALLS:  1-888-2METRO24



**METROPOLITAN**
BANK & TRUST

Կ.Ի.Ի.Ի.Ի.Ի.Ի.Ի.Ի.Ի.Ի.Ի.Ի

OHIO IOLTA
SHIMKO & PISCITELLI
2010 HUNTINGTON BLDG
925 EUCLID AVE
CLEVELAND          OH 44115-0000

## STATEMENT PERIOD FROM 10/01/02 TO 10/31/02

DECIDING TO INVEST IS AN IMPORTANT STEP IN PLANNING YOUR FUTURE.
CALL OR STOP BY YOUR NEAREST OFFICE AND MEET WITH ONE OF OUR
LICENSED FINANCIAL REPRESENTATIVES. WE'LL HELP YOU MAKE THE
RIGHT CHOICES TO SHAPE YOUR FINANCIAL FUTURE.

YOU CAN ACCESS YOUR ACCOUNT INFORMATION 7 DAYS A WEEK WITH
METRO24 BY CALLING 216-206-1234 OR 1-888-2METRO24.

## INTEREST ON LAWYER TRUST ACCOUNT

CREDIT - INTEREST                                    SERVICE CHARGE
YTD INTEREST                                         YTD WITHHOLDING
INTEREST RATE                                        ANNUAL PERCENTAGE YIELD EARNED (APY-E)

## DEPOSITS AND OTHER ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/08 | DEPOSIT- | 10,000.00 |
| 10/24 | INCOMING WIRE | 20,000.00 |
|  | INCOMING WIRE | |

## OTHER DEBITS AND FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/16 | DEBIT-RETURNED ITEM | 10,000.00 |
|  | MAKER - CORF LICENSING SERVICES L | |
| 10/16 | DEBIT-RET ITEM CHARGE | 10.00 |
|  | MAKER - CORF LICENSING SERVICES L | |

## CHECK REGISTER

| CHECK | DATE PAID | AMOUNT | CHECK | DATE PAID | AMOUNT | CHECK | DATE PAID | AMOUNT |
|-------|-----------|--------|-------|-----------|--------|-------|-----------|--------|

* INDICATES NON-CONSECUTIVE CHECK NUMBER(S).

22901 MILL CREEK BLVD.
HIGHLAND HILLS, OH 44122
(216) 206-1234
TOLL CALLS: 1-888-2METRO24



**METROPOLITAN**
BANK & TRUST

Ilihlililuilllullihlilihl

OHIO IOLTA
SHIMKO & PISCITELLI
2010 HUNTINGTON BLDG
925 EUCLID AVE
CLEVELAND          OH 44115-0000

---

## STATEMENT PERIOD FROM 11/01/02 TO 11/30/02

DECIDING TO INVEST IS AN IMPORTANT STEP IN PLANNING YOUR FUTURE.
CALL OR STOP BY YOUR NEAREST OFFICE AND MEET WITH ONE OF OUR
LICENSED FINANCIAL REPRESENTATIVES. WE'LL HELP YOU MAKE THE
RIGHT CHOICES TO SHAPE YOUR FINANCIAL FUTURE.

YOU CAN ACCESS YOUR ACCOUNT INFORMATION 7 DAYS A WEEK WITH
METRO24 BY CALLING 216-206-1234 OR 1-888-2METRO24.

### INTEREST ON LAWYER TRUST ACCOUNT

CREDIT - INTEREST                          SERVICE CHARGE
YTD INTEREST                               YTD WITHHOLDING
INTEREST RATE                              ANNUAL PERCENTAGE YIELD EARNED (APY-E)

### DEPOSITS AND OTHER ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/06 | DEPOSIT- | 10,000.00 |
| 11/21 | DEPOSIT- | 20,000.00 |

### OTHER DEBITS AND FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

22901 MILL CREEK BLVD.
HIGHLAND HILLS, OH 44122
(216) 206-1234
TOLL CALLS: 1-888-2METRO24



**METROPOLITAN**
BANK & TRUST

ԼլԱլԱԱԱԱԱԱԱԼ

OHIO IOLTA
SHIMKO & PISCITELLI
2010 HUNTINGTON BLDG
925 EUCLID AVE
CLEVELAND          OH 44115-0000

---

## STATEMENT PERIOD FROM 12/01/02 TO 12/31/02

ARE YOU LOOKING FOR A GREAT MORTGAGE RATE AND CONVENIENCE?
VISIT METROPOLITAN'S NEW MORTGAGE WEB SITE. WWW.METMORTGAGE.COM.
GET THE RATE YOU WANT, APPLY ON-LINE AND GET YOUR LOAN APPROVED
IN MINUTES WITHOUT LEAVING YOUR CHAIR. WWW.METMORTGAGE.COM

YOU CAN ACCESS YOUR ACCOUNT INFORMATION 7 DAYS A WEEK WITH
METRO24 BY CALLING 216-206-1234 OR 1-888-2METRO24.

### INTEREST ON LAWYER TRUST ACCOUNT

CREDIT - INTEREST                           SERVICE CHARGE
YTD INTEREST                                YTD WITHHOLDING
INTEREST RATE                               ANNUAL PERCENTAGE YIELD EARNED (APY-E)

### DEPOSITS AND OTHER ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/06 | DEPOSIT- | 20,000.00 |

### OTHER DEBITS AND FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

### CHECK REGISTER

| CHECK | DATE PAID | AMOUNT | CHECK | DATE PAID | AMOUNT | CHECK | DATE PAID | AMOUNT |
|-------|-----------|--------|-------|-----------|--------|-------|-----------|--------|
| | | | | | | | | |

* INDICATES NON-CONSECUTIVE CHECK NUMBER(S).

22901 MILL CREEK BLVD.
HIGHLAND HILLS, OH 4412
(216) 206-1234
TOLL CALLS: 1-888-2METRO24



**METROPOLITAN**
BANK & TRUST

ld.ldddll.llddddd

OHIO IOLTA
SHIMKO & PISCITELLI
2010 HUNTINGTON BLDG
925 EUCLID AVE
CLEVELAND      OH 44115-0000

## STATEMENT PERIOD FROM 01/01/03 TO 01/31/03

ARE YOU LOOKING FOR A GREAT MORTGAGE RATE AND CONVENIENCE?
VISIT METROPOLITAN'S NEW MORTGAGE WEB SITE. WWW.METMORTGAGE.COM.
GET THE RATE YOU WANT, APPLY ON-LINE AND GET YOUR LOAN APPROVED
IN MINUTES WITHOUT LEAVING YOUR CHAIR. WWW.METMORTGAGE.COM

YOU CAN ACCESS YOUR ACCOUNT INFORMATION 7 DAYS A WEEK WITH
METRO24 BY CALLING 216-206-1234 OR 1-888-2METRO24.

## INTEREST ON LAWYER TRUST ACCOUNT

CREDIT - INTEREST
YTD INTEREST
INTEREST RATE
PRIOR YEAR INTEREST

SERVICE CHARGE
YTD WITHHOLDING
ANNUAL PERCENTAGE YIELD EARNED (APY-E)
PRIOR YEAR WITHHOLDING

## DEPOSITS AND OTHER ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/10 | DEPOSIT- | 12,500.00 |
| 01/17 | DEPOSIT- | 12,500.00 |
| 01/27 | DEPOSIT- | 12,500.00 |

## OTHER DEBITS AND FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | | |

## CHECK REGISTER

| CHECK | DATE PAID | AMOUNT | CHECK | DATE PAID | AMOUNT | CHECK | DATE PAID | AMOUNT |
|-------|-----------|--------|-------|-----------|--------|-------|-----------|--------|
| | | | | | | | | |

*INDICATES NON CONSECUTIVE CHECK NUMBER(S)

1095

CORF LICENSING SERVICES, LP
7272 E. INDIAN SCHOOL RD., STE 340
SCOTTSDALE, AZ 85251

91-527/1221

DATE 2/11/03

PAY
TO THE
ORDER OF ___Timothy C. Shimko___ $ 12,500 00/xx

___Twelve Thousand Five Hundred dollars 00/xx___ DOLLARS

WELLS FARGO BANK ARIZONA, N.A.
WWW.WELLSFARGO.COM

FOR _____

⑈001095⑈ ⑆122105278⑈3 278669878⑈ ⑈000⑈250000⑈

HFB  TEMPE,AZ  02142003
TRACER# 3781      001
1221-0527-8

1731673333

FRB SALT LAKE CITY
02192003 087024
0410-0001-4
02142003
LAFRB HDCS
0480
5675  PK=09
LAFRB RCPCRETURN
1220-0016-6

PAY TO THE ORDER OF
COPOLITAN BANK & TRUST
FOR DEPOSIT ONLY
SHIMKO & PISCITELLI
IOLTA
30900060204

>24107175<
HEILER ARTE MILLS>



CORF LICENSING SERVICES, LP
7272 E. INDIAN SCHOOL RD., STE 540
SCOTTSDALE, AZ 85251

1096

91-527/1221

DATE 2/11/03

PAY TO THE ORDER OF _Timothy A. Klinki_   $25,000 00

_Twenty five Thousand Dollars_ 00/100   DOLLARS

WELLS FARGO BANK ARIZONA, N.A.
WWW.WELLSFARGO.COM

FOR _____

⑈001096⑈ ⑆122105278⑆ 3278669878⑈   000250000 0

PAY TO THE ORDER OF
METROPOLITAN BANK & TRUST
FOR DEPOSIT ONLY
SHIMKO & PISCITELLI
IOLTA
3090006 0204

WFB  TEMPE,AZ  02142003
TRACER# 3781        001
1221-0527-8



CORF LICENSING SERVICES, LP
7272 E. INDIAN SCHOOL RD., STE 540
SCOTTSDALE, AZ 85251

3162

91-532/123

DATE 1/31/03

PAY TO THE ORDER OF Timothy Shinko $ 25,000 00

twenty five thousand dollars + 00/100 DOLLARS

National Bank
OF ARIZONA
1460 E. Southern Ave   Tempe, AZ 85282
www.nbarizona.com

FOR ON Account

⑂003162⑂ ⑂122105320⑂ 01000146371⑂ ⑂0002500000⑂



CORF LICENSING SERVICES, LP.
7272 E. INDIAN SCHOOL RD., STE. 540
SCOTTSDALE, AZ 85251

1094

91-527/1221

DATE 2/11/03

PAY TO THE ORDER OF _Timothy G. Hanka_ $ 75,000.00

_Seventy five Thousand dollars_ DOLLARS

WELLS FARGO BANK ARIZONA, N.A.
WWW.WELLSFARGO.COM

FOR _Repayment of Loan_

⑈001094⑈ ⑈122105278⑈ 3228665878⑈

⑈0007500000

WFB TEMPE AZ 62142003
TRACER# 3775      001
    1221-0527-8
1038508572
FRB SALT LAKE CITY
62192003 124000313

424345         22492    28050220  14058
BANK ONE, NA
1221⊙⊙024
62142003
    52085515

►⊙41⊙⊙⊙124◄
NATL CITY BK097 02/18/03
4100 W. 150 CLEV OH 44135
    23311671

acct # 131371 Timothy H. Hanka