# EXHIBIT 1

Richard J. McDaniel
Attorney at Law
11811 N. Tatum Blvd, #1051
Phoenix, AZ 85028
Phone: (602) 953-8721
Fax: (602) 953-8731

# facsimile transmittal

| To: | Tim Shimko; Roger Cohen | Fax: | 216-241-2702; 297-5040 |
|---|---|---|---|
| From: | Rich McDaniel | Date: | 7/2/2008 |
| Re: | Shimko v. Woodcock | Pages: | 3 |
| CC: | | | |

**Urgent**      ☐ **For Review**      ☐ **Please Comment**      ☐ **Please Reply**      ☐ **Please Recycle**

**Notes:** Please see attached letter I mailed a copy last week.  --Rich

CONFIDENTIAL

# RICHARD J. MCDANIEL

June 27, 2008

David Welling
Timothy Shimko
Timothy Shimko & Associates
2010 Huntington Building
925 Euclid Avenue
Cleveland, Ohio 44115

     Re: Shimko v. Woodcock, et. al.

Dear David and Tim:

     Pursuant to my earlier interrogatories and requests for production and the Arizona Rules of Disclosure, please provide me with a complete accounting showing all payments you/your firm received; the nature of the payment (wire transfer, check, etc.); the date of the payment; the bank or financial institution from which the payment was drawn and the one into which it was deposited; and how these payments were credited to payment of your firm's bills and/or loan repayment. Please identify and explain in detail any checks, wire transfers, or other payments that you contend had insufficient funds.  Please provide evidence that there were insufficient funds and these were returned not honored by your bank. I also need a full accounting of your firm's billings; amounts you contend you were paid; what bills those payments covered; and the specific invoices and amounts you contend you are still owed. The numbers I calculate are different than the ones you have represented to the Court.

     I do not want to be surprised at trial by information that should have long ago been disclosed to defendants and provided in response to discovery requests. Please provide this information to my office no later than July 15, 2008. If I have not received it by then I will motion the Court to compel. Thanks for your anticipated cooperation.

– 2 –                                                                          June 27, 2008

Sincerely,

Richard J. McDaniel
Attorney at Law


C: Roger Cohen