# EXHIBIT 2

# Timothy A. Shimko & Assocs. Co., L.P.A.

Telephone
(216) 241-8300

A Legal Professional Association
2010 Huntington Building
925 Euclid Avenue
Cleveland, Ohio 44115

Facsimile
(216) 241-2702
E-Mail
tas@shimkolaw.com

July 10, 2008

**VIA FACSIMILE**
**(602) 953-8721**

**Richard J. McDaniel**
**11811 N. Tatum Blvd. #1051**
**Phoenix, Arizona 85028**

　　**Re: Shimko v. Woodcock, et al.**

Dear Mr. McDaniel

　　To what previous interrogatories and requests for production are you referring? I am unaware of any previous discovery seeking the information you are asking for in your June 27, 2008 letter, which was not faxed to this office until July 2, 2008. Please identify by number the interrogatories and requests to which you refer in your letter.


　　　　　　　　Respectfully,


　　　　　　　　Timothy A. Shimko