| | |
|---|---|
| 1 | DIANE J. HUMETEWA<br>United States Attorney<br>District of Arizona |
| 2 | |
| 3 | SUE A. KLEIN<br>Assistant U.S. Attorney<br>Arizona State Bar No. 11253<br>Two Renaissance Square<br>40 North Central Ave., Ste. 1200<br>Phoenix, Arizona 85004-4408<br>Telephone: (602) 514-7500<br>E-mail: sue.klein@usdoj.gov |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | |
| v. | CIV-08-0143-PHX-SRB |
| 18.79 Acres of Land, more or less, Situate in Yuma County, State of Arizona; State of Arizona, | **NOTICE OF FILING<br>RETURNS OF SERVICE** |
| Defendants. | |

   NOTICE IS GIVEN that the undersigned Assistant U.S. Attorney has received the Returns of Service of Judicial Process for defendants City of San Luis; San Luis International Freight, LLC; and San Luis Economic Development Corporation. The U.S. Marshals Service served upon these defendants the Amended Notice of Condemnation on July 28, 2008, and said Returns of Service are attached hereto.

   DATED this 14th day of August, 2008.

>                   DIANE J. HUMETEWA
>                   United States Attorney
>                   District of Arizona
>
>                    s/Sue A. Klein
>
>                   _____
>                   SUE A. KLEIN
>                   Assistant U. S. Attorney

<u>CERTIFICATION</u>

I hereby certify that on August 14, 2008, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Laurie Ann Hachtel
Office of the Attorney General
State of Arizona
1275 W. Washington Street
Phoenix, Arizona 85007-2997

Barry L. Olsen
Law Office of Larry Suciu
101 E. Second Street
Yuma, Arizona

Bart Wilhoit, Esq.
Fennemore Craig
3003 N. Central, #2600
Phoenix, Arizona 85012

I hereby certify that on August 14, 2008, I served thee attached document by mail on the following who is not registered participant of the CM/ECF System.

City of San Luis
767 N. First Street
San Luis, Arizona 85349-1170

San Luis International Freight, LLC
390 N. Cesar Chavez Street
San Luis, Arizona 85349

San Luis Economic Development Corp.
c/o Registered Agent Carlos Lopez
785 N. 1st Street
San Luis, Arizona 85349

s/N. Stotler
_____

2