IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Jose Luis Sanchez-Castaneda,<br><br>    Defendant. | No. CR04-0011-PHX-JAT<br><br>**O R D E R**<br><br>(Third Request) |

Upon motion of the defendant, with no objection from the government, and good cause appearing,

This court specifically finds that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the court's conclusion that the failure to grant such a continuance would unreasonably deny the defendant continuity of counsel and would deny the attorney for the defendant the reasonable time necessary for effective preparation, taking account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(b)(IV).

IT IS FURTHER ORDERED continuing the trial in CR04-0011-PHX-JAT from the current date of April 1, 2008 to _____, at 9:00 a.m. in Phoenix, Arizona.

IT IS FURTHER ORDERED that excludable delay under Title 18 U.S.C. § 3161(h)_____ will commence on _____ for a total of _____days.

DATED this _____ day of _____, 2008.

_____
Judge of the U.S. District Court of Arizona