**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA - TUCSON**

**MAGISTRATE JUDGE'S MINUTES**

DATE: 9/5/2008     CASE NUMBER: 08-18986M

USA vs. JOSE RAMIREZ-VALENZUELA

U.S. MAGISTRATE JUDGE: MAGISTRATE BERNARDO P. VELASCO     Judge #: 70BJ

ASSIGNED U.S. Attorney Buck Rocker     INTERPRETER REQ'D Yvette Citizen

Attorney for Defendant Alfred Islas (Appointed)

PROCEEDINGS: ☒ INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE

DEFENDANT: ☒ PRESENT ☒ CUSTODY

☒ Defendant states true name to be SAME .

☒ Petty Offense     ☒ Date of Arrest 9/4/08

☒ Arr/Plea of Guilty entered as to Ct(s) 2 OF THE COMPLAINT ☒ Ct(s) 1 OF THE COMPLAINT to be dismissed upon entry of judgment.

☒ Court accepts defendant's plea and finds plea to be freely and voluntarily given.

☒ Time waived for passage of sentence.

☒ Defendant waives preparation of the presentence report.

> **SENTENCING:** Defendant committed to ☒ Bureau of Prisons for a period of FIFTY (50) DAYS WITH CREDIT FOR TIME SERVED
>
> ☐ Jail type institution for a period of _____

☒ Imposition of Special Assessment is waived by the USA.

☒ Pursuant to the plea agreement, there being no objection by the deft/atty for the defendant IT IS ORDERED that the Complaint/Ct(s) 1 be dismissed.

☒ Defendant advised of right to appeal.

☒ Waiver of right to appeal explained.

OTHER: Alfred Islas is appointed as attorney of record for defendant

Recorded by Courtsmart     COP: 0
BY: Mike Sears            Sent: 0
Deputy Clerk              IA: 0