

U.S. Department of Justice

United States Attorney
District of Arizona

FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 2 2 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Flagstaff Branch
123 North San Francisco Street, Suite 410
Flagstaff, Arizona 86001

Phone: (928) 556-0833
FAX: (928) 556-0759

October 22, 2008

Honorable Mark E. Aspey
United State Magistrate Judge
123 N. San Francisco Street, Suite 200
Flagstaff, Arizona 86001

Re: **_United States v. Drew Robert Dalton_**
Citation Nos. P0497760-61/A180

Dear Magistrate Judge Aspey:

This case has been or may be assigned to you. We have carefully reviewed all the available records in the office, including the computer data, and determined that (choose and mark the appropriate category):

☐ CONFLICT EXISTS.

☐ (a) The case or matter was in the Flagstaff office or the defendant was in a different case or matter in the Flagstaff office during the period October 1, 2000 through December 18, 2004.

☐ (b) The case or matter was in the Phoenix office during the period June 1, 1980 through September 30, 2000. My review of the records indicates you had some involvement with the case or matter.

☒ CONFLICT DOES NOT EXIST.

Sincerely yours,

DIANE J. HUMETEWA
United States Attorney
District of Arizona

PATRICK J. SCHNEIDER
Assistant United States Attorney

Soilworks LLC v Midwest Industrial Supply, Inc.    Doc. 220