# Exhibit A

MAG

# U.S. District Court
# DISTRICT OF ARIZONA (Tucson Division)
# CRIMINAL DOCKET FOR CASE #: 4:04-cr-01747-JMR-HCE-1

Case title: USA v. Gillilland                    Date Filed: 08/25/2004
Magistrate judge case number: 4:04-mj-03401

Assigned to: Chief Judge John M
Roll
Referred to: Magistrate Judge
Hector C Estrada

**Defendant (1)**

| | |
|---|---|
| **Jay Bernard Gillilland** | represented by **Charles Norman Kendall**<br>Kendall Law Firm PC<br>1305 N Grand Ave<br>Ste 405<br>Nogales, AZ 85621<br>520-287-6340<br>Fax: 520-287-9347<br>Email: littlegto64@hotmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |
| | **Jason Mark Hannan**<br>Federal Public Defenders Office<br>407 W Congress St<br>Ste 501<br>Tucson, AZ 85701-1310<br>520-879-7500<br>Fax: 520-879-7601<br>Email: jason_hannan@fd.org<br>*TERMINATED: 12/09/2005*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or* |

*Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2252A(a)(5)(B) and 2252A(b)(2) Possession of Child Pornography (1) | |
| 18:2252A(a)(2)(A) and 18:2252A(b)(1) Receipt of Child Pornography; Forefeiture Allegation (2) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:2252A(a)(2) and (b)(1) Certain Activities Relating to Material Constituting or Containing Child Pornography [ 4:04-m-3401 ] | |

**Plaintiff**

United States of America    represented by    **Eric J Markovich**
US Attorney's Office
405 W Congress St
Ste 4800
Tucson, AZ 85701-4050
520-620-7300

Email: eric.markovich@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2004 | 2 | CJA Form 23 financial affidavit by Jay Bernard Gillilland [ 4:04-m -3401 ] (CAB) (Entered: 07/28/2004) |
| 07/27/2004 | 1 | COMPLAINT Jay Bernard Gillilland (1) count(s) cmp [ 4:04-m -3401 ] (CAB) (Entered: 07/28/2004) |
| 07/27/2004 | | ARREST WARRANT issued for Jay Bernard Gillilland ; ordered by Mag Judge Glenda E. Edmonds [ 4:04-m -3401 ] (CAB) (Entered: 07/28/2004) |
| 07/28/2004 | 3 | ( FILED: 07/28/04) MINUTES: before Magistrate Judge Bernardo P. Velasco . Ct Rptr: Courtsmart . first appearance of Jay Bernard Gillilland ; informed of rights, charges, etc.; , dft Jay Bernard Gillilland appears with counsel Jason Mark Hannan; detention hearing held; Government's request for detention denied; defendant ordered detained pending posting of bond; preliminary hearing waived; Government requests stay of Court's order regarding defendant's release until 5:00 p.m. today to allow time to file an appeal, so ordered , CASH or CORPORATE SURETY bond set for Jay Bernard Gillilland in the amount of $20,000 Case referred to Mag Judge James C. Carruth, all filings in this case should reflect the following case number: 04-03401M (JCC) [cc: USA,CNSL,PSA [3-5] [ 4:04-m -3401 ] (CAB) (Entered: 07/28/2004) |
| 07/28/2004 | 4 | MOTION Notice of Appeal from order granting Pretrial Release [4-1] , Motion to set hearing [4-2] , Motion for stay pending appeal [4-3] by USA as to Jay Bernard Gillilland [ 4:04-m -3401 ] (KDT) (Entered: 07/29/2004) |
| 07/29/2004 | 6 | Transcript Designation and Ordering Form by Jay Bernard Gillilland regarding sentencing held 7/28/04 [ 4:04-m -3401 ] (KDT) (Entered: 08/02/2004) |
| 07/30/2004 | 5 | ARREST WARRANT returned executed on 7/28/04 as to Jay Bernard Gillilland [ 4:04-m -3401 ] (CAB) (Entered: 07/30/2004) |
| 08/02/2004 | 7 | TRANSCRIPT of Detention/Prelim hrg by Court Reporter: Mary A. Riley as to Jay Bernard Gillilland for the following date(s): |

| | | 7/28/04 [ 4:04-m -3401 ] (KMF) (Entered: 08/04/2004) |
|---|---|---|
| 08/02/2004 | 8 | ORDER by Judge John M. Roll from order granting Pretrial Release [4-1], granting motion Motion for stay pending appeal [4-3] re motion Notice of Appeal from order granting Pretrial Release [4-1] ; hearing set for 9:15 8/5/04 for Jay Bernard Gillilland, re motion Motion to set hearing [4-2] ; hearing set for 9:15 8/5/04 for Jay Bernard Gillilland, re motion Motion for stay pending appeal [4-3] ; hearing set for 9:15 8/5/04 for Jay Bernard Gillilland before Judge John M. Roll [ 4:04-m -3401 ] (KDT) (Entered: 08/05/2004) |
| 08/05/2004 | 9 | ( FILED: 8/10/04) MINUTES: HEARING ON GOVERNMENT'S APPEAL FROM MAGISTRATE'S PRETRIAL RELEASE ORDER before Judge John M. Roll . Ct Rptr: Aaron LaDuke .The Government makes its proffer to the Court, & req that the dft Jay Gillilland be detained both as a flight risk & as a danger. Dft delineates proposed conditions of release, to include electronic monitoring. Pretrial previously recommended release. It is ordered that the order of release is REVOKED, & the dft shall be deatined as a flight risk & danger. These findings are made pursuant to newly discovered evidence presented to the Court this date, & for reasons as stated on the record; granting motion Notice of Appeal from order granting Pretrial Release [4-1] [cc: USA, PSA, PO, CNSL, JMR [9-1] [ 4:04-m -3401 ] (KDT) (Entered: 08/10/2004) |
| 08/05/2004 | 10 | ORDER of detention pending trial by Judge John M. Roll as to Jay Bernard Gillilland re: detention [10-1] [ 4:04-m -3401 ] (KDT) (Entered: 08/10/2004) |
| 08/23/2004 | 11 | NOTICE of Interlocutory Appeal by Jay Bernard Gillilland from District Court; Order of Detention Minutes signed by Judge Roll [ 4:04-m -3401 ] (JKM) (Entered: 08/25/2004) |
| 08/25/2004 | | Docket Fee Notification form sent to 9th Circuit re: Jay Gillilland [11-1] [ 4:04-m -3401 ] (JKM) (Entered: 08/25/2004) |
| 08/25/2004 | 12 | ORDER for 9th Circuit Time Schedule as to Jay Bernard Gillilland re: Notice of Appeal [11-1] [ 4:04-m -3401 ] (JKM) (Entered: 08/25/2004) |
| 08/25/2004 | | APPEAL PACKET forwarded to all parties and 9th Circuit re:Jay Gillilland [11-1] [ 4:04-m -3401 ] (JKM) (Entered: 08/25/2004) |
| 08/25/2004 | 13 | INDICTMENT by USA attorney Eric J Markovich. Counts filed against Jay Bernard Gillilland (1) count(s) 1, 2 ; Arraignment set for 11:00 9/2/04 for Jay Bernard Gillilland before Mag Judge James |

| | | |
|---|---|---|
| | | C. Carruth (JKM) (Entered: 08/26/2004) |
| 08/25/2004 | | ORDER by Judge John M. Roll : Case referred to Mag Judge James C. Carruth (cc: all counsel) (JKM) (Entered: 08/26/2004) |
| 09/02/2004 | 14 | ( FILED: 9/8/04) MINUTES: before Mag Judge James C. Carruth . Ct Rptr: CourtSmart . dft Jay Bernard Gillilland arraigned; NOT GUILTY plea entered; Attorney present; , No interpreter for Jay Bernard Gillilland. , ; No hearing date is set at this time on pretrial motions. It is the responsibility of counsel to contact the referred Magistrate Judge to schedule a hearing on any motions requiring oral argument. pretrial motions due 9/22/04 for Jay Bernard Gillilland ; plea ddl set for 10/15/04 by 3:00 p.m. before Magistrate Judge Carruth, trial set for 9:30 10/26/04 for Jay Bernard Gillilland , before Judge John M. Roll [cc: USA,CNSL,PSA,PO,JMR(JCC) [14-5] (JKM) (Entered: 09/08/2004) |
| 09/30/2004 | 15 | MOTION to continue trial for 90 days as to dft Jay Bernard Gilliland [15-1] by USA as to Jay Bernard Gillilland (JKM) (Entered: 10/01/2004)   *Can't print doc.* |
| 10/01/2004 | 17 | Memorandum re Mandate of Appeal re: Affirming the district Court's detention orders [11-1] as to dft Jay Bernard Gillilland (JKM) (Entered: 10/15/2004) |
| 10/04/2004 | 16 | ORDER by Judge John M. Roll granting motion to continue trial for 90 days as to dft Jay Bernard Gilliland [15-1] plea deadline is 12/30/04; trial reset for 9:30 1/18/05 for Jay Bernard Gillilland , before Judge John M. Roll , excludable delay XT started 10/27/04 end 1/18/05 (ABU) (Entered: 10/05/2004) |
| 10/25/2004 | 18 | CERTIFIED COPY of 9CCA Mandate re affirming the decision of the District Court re Jay Bernard Gillilland (cc: all counsel) (ABU) (Entered: 11/05/2004) |
| 12/16/2004 | 19 | MOTION to continue trial for 60 days as to dft Jay Bernard Gilliland [19-1] by USA as to Jay Bernard Gillilland (JKM) (Entered: 12/20/2004)   *Can't print doc.* |
| 12/16/2004 | 20 | MOTION to modify conditions of release to allow dft Mai Gilliland move to another address [20-1] by Jay Bernard Gillilland (JKM) (Entered: 12/20/2004) |
| 12/17/2004 | 21 | ORDER by Judge John M. Roll granting motion to continue trial for 60 days as to dft Jay Bernard Gilliland [19-1] pretrial motions contact chambers for hearing date; plea deadline 3/4/05 by 3pm; |

|  |  | trial set for 9:30 3/22/05 for Jay Bernard Gilliland , before Judge John M. Roll , excludable delay XT started 1/19/05 and end 3/22/05 (REC) (Entered: 12/20/2004) |
|---|---|---|
| 12/20/2004 | 22 | NOTICE of anticipated pretrial motions by dft Jay Bernard Gilliland . (JKM) (Entered: 12/21/2004) |
| 03/08/2005 | 24 | MOTION to continue plea ddl & trial for 90 days as to dft Jay Bernard Gilliland [24-1] by Jay Bernard Gilliland (JKM) (Entered: 03/09/2005) *Can't print doc.* |
| 03/08/2005 | 25 | ORDER by Judge John M. Roll granting motion to continue plea ddl & trial for 90 days as to dft Jay Bernard Gilliland [24-1] ; plea ddl set for 6/10/05 by 3:00 p.m., trial set for 9:30 6/28/05 for Jay Bernard Gilliland , before Judge John M. Roll , excludable delay XT started 3/23/05 and end on 6/28/05 (JKM) (Entered: 03/10/2005) |
| 05/19/2005 | 26 | MINUTE ORDER Due to the retirement of Magistrate Judge James C. Carruth the following case has been randomly referred by the Clerks Office to the Honorable Magistrate Judge Hector Estrada for all further proceedings. All future filings in this action should reflect the following case number 04-CR-1747-TUC-JMR(HCE) [26-2] (REC) (Entered: 05/19/2005) |
| 06/06/2005 *Can't print doc.* | 27 | MOTION to continue trial for 90 days as to dft Jay Gilliland [27-1] by USA as to Jay Bernard Gilliland (JKM) (Entered: 06/07/2005) |
| 06/07/2005 | 28 | ORDER by Judge John M. Roll granting motion to continue trial for 90 days as to dft Jay Gilliland [27-1] plea deadline no later than 9/9/05 by 3pm; trial set for 9:30 9/27/05 for Jay Bernard Gilliland , before Judge John M. Roll , excludable delay XT started 6/29/05 and end 9/27/05 (REC) (Entered: 06/10/2005) |
| 09/09/2005 | 29 | Fifth MOTION to Continue *Plea Deadline and Trial Date* by Jay Bernard Gilliland. (Hannan, Jason) (Entered: 09/09/2005) *printed* |
| 09/14/2005 | 30 | ORDER granting 29 Motion to Continue as to Jay Bernard Gilliland (1)Trial re-set for 1/10/06 @9:30 a.m.. Signed by Judge John M Roll on 9/13/05. (JKM, ) (Entered: 09/14/2005) |
| 12/07/2005 | 31 | MOTION to Withdraw as Attorney *Motion to Stipulate and Substitute Counsel* by Jason M. Hannan. by Jay Bernard Gilliland. (Hannan, Jason) (Entered: 12/07/2005) |
| 12/09/2005 | 32 | ORDER granting 31 Motion to Withdraw as Attorney. Jason Mark Hannan withdrawn from case. Charles Kendall substituted. as to Jay |

| | | |
|---|---|---|
| | | Bernard Gillilland (1). Signed by Judge Hector C Estrada on 12/8/05. (JKM, ) (Entered: 12/09/2005) |
| 12/29/2005 *printed* | 33 | Sixth MOTION to Continue *Plea Deadline and Trial Date* by Jay Bernard Gillilland. (Kendall, Charles) (Entered: 12/29/2005) |
| 01/04/2006 | 34 | It Is ORDERED granting 33 Motion to Continue Change Of Plea Hearing to 3/24/06 and trial date to 4/11/06 at 9:30am as to Jay Bernard Gillilland (1)Signed by Judge John M Roll on 1/4/06. (REC, ) (Entered: 01/04/2006) |
| 03/06/2006 | 35 | First MOTION for Settlement Conference *Report and/or a Pre-Plea Presentence Report* by United States of America as to Jay Bernard Gillilland. (Markovich, Eric) (Entered: 03/06/2006) |
| 04/03/2006 | 36 | Seventh MOTION to Continue Trial *and Plea Date (2nd Motion from Undersigned Counsel)* by Jay Bernard Gillilland. (Kendall, Charles) (Entered: 04/03/2006) *printed* |
| 04/05/2006 | 37 | It Is ORDERED granting 36 Motion to Continue Trial on 7/18/06 at 9:30am; Change Of Plea Hearing No Later than 6/30/06 by 3pm as to Jay Bernard Gillilland (1)Signed by Judge John M Roll on 4/4/2006. (REC, ) (Entered: 04/05/2006) |
| 07/10/2006 | 39 | Eighth MOTION to Continue Trial *and Plea Deadline (3rd as to Undersigned Counsel)* by Jay Bernard Gillilland. (Kendall, Charles) (Entered: 07/10/2006) *printed* |
| 07/12/2006 | 40 | ORDER granting 39 Motion to Continue Trial as to Jay Bernard Gillilland (1); reset for 9/19/06 9:30 bfr Judge Roll; plea ddl 9/1/06; mtn to continue ddl 9/11/06. Signed by Judge John M Roll on 7/11/06. (KMF, ) (Entered: 07/12/2006) |
| 09/11/2006 | 41 | Ninth MOTION to Continue Trial *and Plea Deadline (4th Motion from Undersigned Counsel)* by Jay Bernard Gillilland. (Kendall, Charles) (Entered: 09/11/2006) *printed* |
| 09/12/2006 | 42 | ORDER granting 41 Motion to Continue Trial as to Jay Bernard Gillilland (1). This matter is reset for trial on 11/14/06 @ 9:30 am. Cnsl are to be present @ 9:00 am. The date by which the referred magistrate judge hears the change of plea must be no later than 3:00 pm on 10/27/06. Any motion or stipulation to continue the scheduled trial date and change of plea hrg deadline shall be filed w/the Clerk of the Crt no later than 5:00 pm, 11/06/06.. Signed by Judge John M Roll on 09/12/06. (DNO, ) (Entered: 09/12/2006) |
| 11/06/2006 | 43 | Tenth MOTION to Continue Trial *and Plea Deadline* by Jay *printed* |

| | | Bernard Gillilland. (Kendall, Charles) (Entered: 11/06/2006) |
|---|---|---|
| 11/08/2006 | 44 | ORDER granting 43 Motion to Continue Trial as to Jay Bernard Gillilland (1). This matter is reset for trial on 01/23/07 @ 9:30 am. Cnsl are to be present @ 9:00 am. The date by which the referred magistrate judge hears the change of plea must be no later than 3:00 pm, 12/29/06. Any motion or stipulation to continue the scheduled trial date and change of plea hrg deadline shall be filed w/the Clerk of the Crt no later than 5:00 pm, 01/12/07. Cnsl are advised that the Crt will not entertain any further continuances of the trial date w/out setting a Status Hearing.. Signed by Judge John M Roll on 11/08/06. (DNO, ) (Entered: 11/08/2006) |
| 01/10/2007 printed | 45 | MOTION to Continue Trial *and Plea Deadline (Eleventh)* by Jay Bernard Gillilland. (Kendall, Charles) (Entered: 01/10/2007) |
| 01/16/2007 | 46 | ORDER granting 45 Motion to Continue Trial as to Jay Bernard Gillilland (1). This matter is reset for trial on 03/27/07 @ 9:30 am. Cnsl are to be present @ 9:00 am. The date by which the referred magistrate judge hears the change of plea must be no later than 3:00 pm, 03/09/07. Any motion or stipulation to continue the scheduled trial date and change of plea hrg deadline shall be filed w/the Clerk of the Crt no later than 5:00 pm, 03/19/07.. Signed by Judge John M Roll on 01/16/07.(DNO, ) (Entered: 01/16/2007) |
| 03/19/2007 | 47 | MOTION to Continue Trial *(Twelfth, Seventh Motion from Undersigned Counsel)* by Jay Bernard Gillilland. (Kendall, Charles) (Entered: 03/19/2007)    printed |
| 03/20/2007 | 48 | ORDER as to Jay Bernard Gillilland Status Conference set for 3/21/2007 10:05 AM before Chief Judge John M Roll.. Signed by Judge John M Roll on 3/19/07.(JKM, ) (Entered: 03/21/2007) |
| 03/20/2007 | 50 | Hand Written letter from dft requesting a hearing re: ineffective counsel by Jay Bernard Gillilland (JKM, ) (Entered: 04/18/2007) |
| 03/22/2007 | 49 | Minute Entry for proceedings held before Judge John M Roll : Letter from dft 48 is DENIED AS MOOT. Granting 47 Motion to Continue Trial as to Jay Bernard Gillilland (1); Status Conference as to Jay Bernard Gillilland held on 3/22/2007. Trial is set for 05/29/07 @ 9:30 am. Plea ddl is 3:00 pm, 05/11/07. Any motion or stipulation to continue the scheduled trial date and change of plea hrg ddl shall be filed w/the Clerk of the Crt no later than 5:00 pm, 05/21/07. (Court Reporter Aaron LaDuke). (DNO, ) (Entered: 03/23/2007) |
| | | |

| 05/03/2007 | 51 | MOTION to Continue Trial *and Plea Deadline (Thirteenth, Eighth by Undersigned Counsel)* by Jay Bernard Gillilland. (Kendall, Charles) (Entered: 05/03/2007) |
|---|---|---|
| 05/07/2007 | 52 | Minute OrderSet/Reset Hearings: IT IS ORDERED as to Jay Bernard Gillilland that a Status Conference is set for 5/9/2007 at 8:45 AM before Chief Judge John M Roll. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (GMM, ) (Entered: 05/07/2007) |
| 05/09/2007 | 53 | Minute Entry for proceedings held before Judge John M Roll : granting 51 Motion to Continue Trial as to Jay Bernard Gillilland (1); Status Conference as to Jay Bernard Gillilland held on 5/9/2007. Trial is set for 07/10/07 @ 9:30 am, plea ddl is set for 06/22/07 by 3:00 pm.(Court Reporter Aaron LaDuke). (DNO, ) (Entered: 05/16/2007) |
| 05/21/2007 | 54 | WAIVER of Speedy Trial by Jay Bernard Gillilland (Kendall, Charles) (Entered: 05/21/2007) |
| 05/21/2007 | 55 | NOTICE OF CHANGE OF PLEA HEARING set for 5/24/07 at 10:30 a.m. by Jay Bernard Gillilland (Kendall, Charles) (Entered: 05/21/2007) |
| 05/24/2007 | 56 | Minute Entry for proceedings held before Judge Hector C Estrada : Change of Plea Hearing as to Jay Bernard Gillilland held on 5/24/2007, Jay Bernard Gillilland enters plea of guilty to count ne of the indictment. Sentencing set for 8/30/2007 8:45 AM before Chief Judge John M Roll.(Court Reporter COURTSMART). (SJV, ) (Entered: 05/24/2007) |
| 05/24/2007 | 57 | CONSENT OF DEFENDANT Jay Bernard Gillilland AND ORDER OF REFERRAL to Magistrate Judge Estrada for entry of guilty plea. Signed by Judge John M Roll on 5/24/2007.(REC, ) (Entered: 05/25/2007) |
| 05/24/2007 | 58 | MAGISTRATE JUDGE'S FINDINGS & RECOMMENDATIONS UPON GUILTY PLEA as to Jay Bernard Gillilland Signed by Judge Hector C Estrada on 5/24/2007.(REC, ) (Entered: 05/25/2007) |
| 05/29/2007 | 59 | PLEA AGREEMENT as to Jay Bernard Gillilland (DNO, ) (Entered: 05/29/2007) |
| 06/08/2007 | 60 | The District Court has reviewed the Findings and Recommendations of the Magistrate Judge, and no objections have been filed. Therefore, IT IS ORDERED that the Findings and |

| | | Recommendation of the Magistrate Judge are adopted and this Court accepts defendant's plea of guilty as to Jay Bernard Gillilland.Signed by Judge John M Roll on 6/8/2007.(GMM, )(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (Entered: 06/08/2007) |
|---|---|---|
| 08/28/2007 | 61 | ORDER as to Jay Bernard Gillilland Sentencing set for 11/7/2007 08:45 AM before Chief Judge John M Roll.. Signed by Judge John M Roll on 08/27/07.(DNO, ) (Entered: 08/28/2007) |
| 10/31/2007 | 62 | First MOTION to Continue Sentencing by Jay Bernard Gillilland. (Kendall, Charles) (Entered: 10/31/2007) |
| 11/01/2007 | 63 | Minute Order 62 MOTION to Continue Sentencing filed by Jay Bernard Gillilland is GRANTED. Sentencing previously set for November 7, 2007 is reset to January 18, 2008 at 10:20 AM before Chief Judge John M Roll. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MES, ) (Entered: 11/01/2007) |
| 01/11/2008 | 64 | Second MOTION to Continue Sentencing by Jay Bernard Gillilland. (Kendall, Charles) (Entered: 01/11/2008) |
| 01/11/2008 | 65 | Minute Order 64 MOTION to Continue Sentencing filed by Jay Bernard Gillilland is GRANTED. Sentencing previously set for January 18, 2008 is reset to April 7, 2008 at 10:40 AM before Chief Judge John M. Roll. (Sentencing in 4:04-CR-1712-JMR-HCE) This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SFuller) (Entered: 01/11/2008) |
| 04/02/2008 | 66 | Third MOTION to Continue Sentencing by Jay Bernard Gillilland. (Kendall, Charles) (Entered: 04/02/2008) |
| 04/02/2008 | 67 | MOTION to Withdraw Plea of Guilty by Jay Bernard Gillilland. (Kendall, Charles) (Entered: 04/02/2008) |
| 04/03/2008 | 68 | TRANSCRIPT DESIGNATION AND ORDER FORM by Jay Bernard Gillilland for proceedings held on 05/24/2007 before Judge Estrada. (Kendall, Charles) (Entered: 04/03/2008) |
| 04/03/2008 | 69 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Jay Bernard Gillilland (Kendall, Charles) (Entered: 04/03/2008) |
| 04/04/2008 | 71 | TRANSCRIPT of Proceedings as to Jay Bernard Gillilland re: Change of Plea held on May 24, 2007 before Judge Hector C. Estrada. Court Transcriber: Candy L. Potter. Transcript may be viewed at the court public terminal or purchased through the Court |

| | | |
|---|---|---|
| | | Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/25/2008. Redacted Transcript Deadline set for 5/5/2008. Release of Transcript Restriction set for 7/3/2008. (SFuller) (Entered: 04/08/2008) |
| 04/07/2008 | 70 | Minute Entry for proceedings held before Chief Judge John M Roll: granting 66 Motion to Continue Sentencing as to Jay Bernard Gillilland (1). Sentencing set for 4/7/08 is VACATED. The Court will re-set the matter for sentencing if the Court denies defendant's Motion to Withdraw Plea of Guilty 67. Defendant's Motion to Withdraw Plea of Guilty 67 will be set for hearing after the government files a response to said moiton.(Court Reporter Aaron LaDuke). (KDD, ) (Entered: 04/07/2008) |
| 04/08/2008 | 72 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT. (SFuller) (Entered: 04/08/2008) |
| 04/10/2008 | 73 | MOTION to Extend Time *to Respond to Defendant's Motion to Withdraw from Plea Agreement* by United States of America as to Jay Bernard Gillilland. (Markovich, Eric) (Entered: 04/10/2008) |
| 04/14/2008 | 74 | TRANSCRIPT DESIGNATION AND ORDER FORM by United States of America as to Jay Bernard Gillilland for proceedings held on 05/24/2008 before Judge John M. Roll. (Markovich, Eric) (Entered: 04/14/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/15/2008 13:38:08 | | | |
| PACER Login: | ux0824 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:04-cr-01747-JMR-HCE |
| Billable Pages: | 6 | Cost: | 0.48 |