# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff(s), | ) | NO. CR-08-1154-TUC-DCB |
| vs. | ) | ORDER |
| Marco T. Jimenez-Ayala , | ) | |
| Defendant(s). | ) | |

The District Court has reviewed the Findings and Recommendation of the Magistrate Judge, and no objections have been filed. Therefore,

IT IS ORDERED that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY.

DATED this 3rd day of March, 2009.

David C. Bury
United States District Judge